ORIGINAL

# In The United States Court of Federal Claims

ECF

RECEIVED
AUG 1 9 2003
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

## Cover Sheet

Plaintiff(s) or Petitioner(s)
Grot Incorporated

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] Andrew J. Kilpatrick, Jr.

Firm Name: Gore, Kilpatrick, Purdie, Metz & Adcock

Post Office Box: P.O. Drawer 2900

03-1951C

Street Address: 400 Legacy Park Drive, Suite B

City-State-Zip: Ridgeland, Mississippi 39158

Telephone & Facsimile Numbers: Tele.: 601-957-1595; Facsimile: 601-899-9171

E-mail address: akilpatrick@hgglaw.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes, #656
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: ~~C~~ ~~D~~ ~~A~~ 1 1 4

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: V A

See attached Sheet for three digit code.

Amount Claimed: $308,054.03+

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only)

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003