IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 60 days, to and including December 19, 2003, within which to file and to serve its response to the complaint. Our response is currently due on October 20, 2003. We notified plaintiff's counsel, Andrew J. Kilpatrick, Jr., of our intent to request an enlargement of time. Mr. Kilpatrick consented to a 30 day enlargement and represented that he did not possess the authority to consent to any time over 30 days. This is our first request for an enlargement of time for this purpose.

Counsel for the Veterans Administration has not yet had an opportunity to prepare a litigation report pursuant to 28 U.S.C. § 520. We currently anticipate that the requested 60 days will allow us sufficient time to review the litigation report, to complete the Government's response to the complaint, and to have the response reviewed by counsel's supervisor.

For the foregoing reasons, we respectfully request that this motion be granted and the time for responding to the complaint be enlarged until December 19, 2003.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

Attorneys for Defendant

OF COUNSEL:

KENNETH MACKENZIE
Veterans Administration
Litigation Attorney

October 17, 2003

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this ___day of October, 2003, I caused to served by mail a copy of "DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME," addressed as follows:

Andrew J. Kilpatrick, Jr.
Gore, Kilpatrick, Purdie, Metz & Acock, P.L.L.C.
Post Office Drawer 2900
Ridgeland, Mississippi 39158