# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: October 29, 2003)

| | |
|---|---|
| GROT INCORPORATED, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

**ORDER**

Defendant's **Motion for an Enlargement of Time** (60 days) until December 19, 2003, to respond to the plaintiff's complaint is hereby **GRANTED**.

Counsel for the parties in this action have been informed by the Clerk of this Court on August 19, 2003, that this case was designated for Electronic Case Filing (ECF). Sixty days after that date, except in the highly limited circumstances authorized by General Order 2003-42, the Court will not accept the hard copy filing of any document in this matter. Further, the Court will not accept an attorney's failure to be registered and trained for the ECF system as good cause for failing to file any document in this matter. **Accordingly, counsel for the plaintiff shall act forthwith to comply with the ECF Guidelines.**

This Court's Special Procedures Order shall also be filed this day.

**Clerk of the Court is directed to serve a copy of these two Orders on the counsel by mail.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge