# In the United States Court of Federal Claims

* * * * * * *

GROT INCORPORATED, *

Plaintiff, * No. 03-1951C (ADR)

v. * Filed: February 2, 2004

UNITED STATES OF AMERICA, *

Defendant. *

* * * * * * *

**ORDER**

The parties have not contacted the settlement judge since the September 2003 Order to state whether ADR proceedings would be productive in their case. Counsel should advise this court no later than February 6 whether they wish to participate in the ADR Program. Otherwise, we will notify the presiding judge that the case may proceed without further delay. We remain available to assist the parties with pre-trial problems or to address any other matters.

Due to a clerical error, the Orders issued on January 28 are hereby VACATED.

/s/ Robert H. Hodges, Jr.
Robert H. Hodges, Jr.
ADR Judge