**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**GROT INCORPORATED,**

**Plaintiff,**

**v.** **No. 03-1951C (Judge Baskir)**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**JOINT STATUS REPORT**
**<u>AS TO UTILIZING ALTERNATIVE DISPUTE RESOLUTION</u>**

Pursuant to the February 2, 2004 order of Settlement Judge Hodges, the parties hereby advise the Court that they do not believe that early utilization of the non-binding alternative dispute resolution procedures of the Court is appropriate at this time. The parties further advise the Court that they will continue to consider utilizing alternative dispute resolution procedures as this matter proceeds through discovery.

Respectfully submitted,

GROT INCORPORATED

By: s/ Andrew J. Kilpatrick, Jr.

Andrew J. Kilpatrick, Jr. ID#656
Gore, Kilpatrick, Purdie, Metz &
Adcock, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: 601.957.1595
Facsimile: 601.899.9171
Ms. Bar #3763
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, Jr.
Assistant Director

s/ Michael F. Bahler
MICHAEL F. BAHLER
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-3020

OF COUNSEL:

KENNETH MACKENZIE
Veterans Administration
Litigation Attorney

February 5, 2004

Attorneys for Defendant