# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: February 11, 2004)

*****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

The Court intends to schedule a telephonic status conference (on the record) during the month of March. Accordingly, it is ORDERED that the parties agree upon at least three dates during this time period. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 219-9565, **of the proposed status conference dates no later than February 27, 2004**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge