# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: February 24, 2004)

*****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

**ORDER**

This Order confirms the **telephonic Preliminary Status Conference on the record scheduled for 10:00 a.m. (EST), on Wednesday, March 10, 2004. The defendant shall initiate the conference call with the plaintiff, before calling the Judge at (202) 219-9565**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge