# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: March 11, 2004)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This Order confirms matters discussed at the status conference that this Court held yesterday, March 10, 2004.

The Defendant has indicated that it intends to file a Partial Motion to Dismiss on jurisdictional issues. **On or before June 1, 2004, either the Defendant is to file its Motion or the Parties are to submit a Joint Status Report regarding jurisdiction.**

Discovery is to begin immediately and the following schedule applies:

(1) The Plaintiff shall designate its expert, if any, and disclose any experts' report on or before September 30, 2004.

(2) **On or before October 1, 2004, the Parties shall submit a Joint Status Report detailing the progress of discovery.**

(3) The Defendant shall designate its expert, if any, and disclose any experts' report on or before October 31, 2004.

(4) The Parties shall conclude all depositions of expert witnesses on or before December 15, 2004.

(5) Discovery shall be completed on or before December 31, 2004.

(6) **On or before December 31, 2004, the Parties shall submit a Joint Status Report with a proposed schedule for future proceedings.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge