**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**GROT INCORPORATED,**

**Plaintiff,**

**v.**

**No. 03-1951C**
**(Judge Baskir)**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

COMES NOW Grot Incorporated ("Grot"), and pursuant to Rule 15, Rules of the United States Court of Federal Claims submits this its motion for leave to file its First Amended Complaint and in support thereof would show as follows, to-wit:

1. This is an appeal from a final decision of a contracting officer dated August 7, 2003 claiming a wrongful termination of a contract for default; accordingly, this Court has jurisdiction over this cause pursuant to 41 U.S.C. § 609.

2. Grot's original complaint was filed on August 19, 2003 and contained therein were certain claims for monetary damages arising out of the termination which had not been submitted to the contracting officer for final decision thereby raising a question as to whether or not this court had jurisdiction over that aspect of Grot's complaint.

3. Grot seeks leave of court to file its first amended complaint to delete claims for relief upon which there is questionable jurisdiction and, should this Court grant Grot's motion, Grot will then submit the disputed matters to the contracting officer for final decision in accordance with the Contract Disputes Act of 1978.

4. Counsel for Grot has consulted with counsel for the plaintiff and is authorized to advise this Court that the plaintiff will not oppose the granting of said motion.

WHEREFORE, PREMISES CONSIDERED, Grot Incorporated, moves this court for leave to file its first amended complaint and for such other relief as this court may deem appropriate under the circumstances.

Respectfully submitted,

GROT INCORPORATED

s/Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.
Id#656
Gore, Kilpatrick, Purdie, Metz &
Adcock, PLLC
Post Office Drawer 2900
Ridgeland, Ms. 39158-2900
Tele: 601.957.1595
Fax: 601.899.9171
MS. Bar# 3763

DATED: May 24, 2004 Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I, Andrew J. Kilpatrick, Jr., do hereby certify that I have this day mailed via United States Mail and true and correct copy of the above and foregoing Motion for Leave to File First Amended Complaint to the following:

Michael F. Bahler
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unite
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

This 24th day of May, 2004.

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.