IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Lindsay Williams as Trial Attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Lindsay Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street NW

Dated: August 31, 2004

s/ Lindsay Williams

LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 31st day of August 2004 I caused to serve electronically, copies of "NOTICE OF APPEARANCE" addressed as follows:

Andrew Kilpatrick, Jr.
GORE, KILPATRICK, PURDIE, METZ & ADCOCK, PLLC
P.O. Drawer 2900
Ridgeland, Mississippi 39158

s/Lindsay Williams