# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: September 14, 2004)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

Plaintiff's unopposed **Motion for Leave to File First Amended Complaint** filed May 24, 2004, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge