**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**GROT INCORPORATED,**

**Plaintiff,**

**v.**

**No. 03-1951C**
**(Judge Baskir)**

**THE UNITED STATES OF AMERICA,**

**Defendant.**

**<u>JOINT STATUS REPORT</u>**

Pursuant to this Court's order of March 11, 2004, counsel for Plaintiff and Defendant submit the following joint status report detailing the status of discovery.

1. Both parties have exchanged their initial disclosures pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

2. Plaintiff has filed its First Set of Interrogatories and Request for Production of Documents to which Defendant has filed its objections and response; Plaintiff has reviewed the documents produced in response

to the request.

3. By agreement of counsel, Plaintiff will take depositions of John Mraz and Rickey L. Kirk of the Veterans Administration and Mark Fratto of Fratto Engineering the week of October 11th. Plaintiff anticipates taking the depositions of Mel Harrison, Chris Forner and Cojean Sprouse of the Veterans Administration, Scott McCauly of Siemens Building Technologies and, possibly, additional depositions of Veterans Administration personnel. Plaintiff can complete its discovery on or before December 31, 2004.

4. The undersigned replaced prior counsel for defendant on September 21, 2004. Defendant expects to serve interrogatories and requests for document production and to depose witnesses within the next two months. Because defendant's counsel is new to the case, and will require time to become familiar with this case, defendant is unsure at this time if it will be able to complete its discovery on or before December 31, 2004. If this change in counsel results in a need to seek an enlargement of discovery deadlines, defendant will seek such an enlargement as soon as that determination is made.

Respectfully submitted,

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.
Gore, Kilpatrick, Purdie, Metz &
Adcock, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: (601) 957-1595
Facsimile: (601) 899-9171

Counsel for Plaintiff

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

s/Franklin E. White
Franklin E. White
Assistant Director

OF COUNSEL:
Kenneth MacKenzie
Veterans Administration

s/Lindsay E. Williams
Lindsay E. Williams
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

October 1, 2004

Attorneys for Defendant