IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE OF THE COURT TO FILE OUT OF TIME ITS ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, United States, respectfully requests that the Court grant it leave to file out of time its answer to the plaintiff's first amended complaint. Defendant's answer was due on October 6, 2004. The plaintiff through counsel has been contacted and does not oppose this motion.

Defendant respectfully requests that the Court grant it leave to file its answer out of time for the following reasons. On May 24, 2004, plaintiff filed an unopposed motion to amend its complaint based upon an agreement between the parties. The amendment was not of a

controversial nature, but simply altered plaintiff's request for damages pursuant to this Court's jurisdiction. The Court granted plaintiff's motion on September 14, 2004. This case was transferred to the undersigned on September 21, 2004. Plaintiff filed its amended complaint on September 22, 2004. At this time, the undersigned was familiarizing herself with the case in order to file the October 1, 2004 Joint Status Report and to defend the depositions of two Government witnesses in Dallas, Texas on October 12 through October 15, 2004. Consequently, the undersigned inadvertantly failed to calendar the due date for filing the Government's answer to plaintiff's first amended complaint. Upon realizing this, she immediately prepared an answer. We regret this error and will take steps to ensure that it will not occur in the future.

For these reasons, we respectfully request that the Court grant us leave to file our answer out of time to plaintiff's first amended complaint and direct the Clerk to file the Government's answer to plaintiff's first amended complaint.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

S/FRANKLIN E. WHITE, JR
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:
KENNETH MACKENZIE
Department of Veterans Affairs

S/LINDSAY E. WILLIAMS
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

October 15, 2004

Attorneys for Defendant