# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: October 21, 2004)

**************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

**ORDER**

Defendant's unopposed Motion for Leave to File Out of Time (9 days) its Answer to Plaintiff's First Amended Complaint is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge