IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| | ) | |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR LEAVE TO FILE A CORRECTED COPY
OF DEFENDANT'S MOTION FOR ENLARGEMENT

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, United States, respectfully requests that the Court grant it leave to file a corrected copy of defendant's motion for enlargement of time within which to complete discovery. Defendant filed its original motion for enlargement on December 21, 2004. Defendant requested an enlargement of 45 days, but incorrectly indicated that February 2, 2005, was 45 days from the original discovery deadline of December 31, 2004. The date the undersigned should have indicated in defendant's motion is February 11, 2005.

For these reasons, we respectfully request that the Court grant us

leave to file a corrected copy of our motion for enlargement and direct the Clerk to file the defendant's corrected motion for enlargement.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:
KENNETH MACKENZIE
Department of Veterans Affairs

s/Lindsay Williams
LINDSAY WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

December 22, 2004

Attorneys for Defendant