IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to this Court's order of March 11, 2004, counsel for plaintiff and defendant submit the following joint status report detailing the status of discovery.

1. Both parties have exchanged their initial disclosures pursuant to Rule 26(a)(1) of the Rules of the United States Court of Federal Claims ("RCFC").

2. Plaintiff believes that it has completed its discovery with the exception of certain documents that defendant has agreed to produce. Plaintiff requests that the matter be placed upon the Court's trial calendar.

3. Defendant has filed a motion seeking an extension until

February 11, 2005, within which to complete its discovery. On December 28, 2004, Plaintiff filed its response in opposition to the motion. As of the filing of this Joint Status Report, the motion is still under consideration by the Court.

4. Should the Court grant defendant's motion, the parties are prepared to proceed with depositions during the last week of January or first week of February.

5. Additionally, defendant anticipates filing a dispositive motion within forty-five (45) days of the close of discovery.

Respectfully submitted,

GROT INCORPORATED
By: s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr. ID#656
Gore, Kilpatrick, Purdie, Metz &
Adcock, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: 601.957.1595
Facsimile: 601.899.9171
MSB #3763
Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.,
FRANKLIN E. WHITE, JR.
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

OF COUNSEL:

Kenneth MacKenzie
Veterans Administration
Litigation Attorney

December 30, 2004

Attorneys for Defendant