# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: January 14, 2005)

| | |
|---|---|
| GROT INCORPORATED, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

On December 21, 2004, the Defendant filed a Motion for an Enlargement of Time of 45 days, to and including February 2, 2005, within which to complete discovery. On December 22, the Defendant filed a Motion for Leave to File a Corrected Copy of Defendant's Motion for Enlargement, stating that February 11, 2005, was the proper end date of the extension. The Plaintiff has opposed the Defendant's motion.

Having carefully considered the arguments by both parties, we find no undue delay on the part of the Defendant in conducting discovery. **We hereby grant Defendant's Motion for Leave to File a Corrected Copy of Defendant's Motion for Enlargement and Defendant's Corrected Motion for an Enlargement of Time, for an extension of time until February 11, 2005, within which to complete discovery.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge