# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: April 8, 2005)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

On January 14, 2005, we granted the Defendant's Motion for Enlargement of Time, extending discovery until February 11, 2005. Discovery is now closed. **The Parties are hereby ordered to submit a Joint Status Report by no later than April 29, 2005, with a proposed schedule for further proceedings.** We note that the Defendant suggested that it would file a dispositive motion within 45 days of the close of discovery; however, no such motion has been filed.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge