IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1951C<br>(Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO STAY THE CASE**

The United States, on behalf of both parties, and with the consent of plaintiff's counsel, respectfully requests a stay of proceedings in this case for 60 days, to and including June 28, 2005, in light of the fact that on March 31, 2005, plaintiff filed a "Request for Additional Compensation" with the contracting officer, who has since that time taken ill.

Following the close of discovery, on March 31, 2005, plaintiff submitted to the contracting officer a "Request for Additional Compensation" on the contract at issue in this case. On or around this same date, the contracting officer, John Mraz, was unexpectedly hospitalized for emergency heart surgery. He has indicated that he will return to work no sooner than May 31, 2005.

After discussing the current status of the case and considering the new claim pending before the agency, the contracting officer's ill health, the

potential that the claim will become part of this litigation and that discovery will need to take place on the new claim, the parties believe that the best course of action at this time is to stay the case for 60 days. The Government believes it most appropriate for the parties to file a status report at the close of the 60 days to inform the Court of the progress in the case. Plaintiff believes that a status conference would be the better method of bringing the Court up to date on the status of the case and future proceedings. The parties will defer to the Court's judgment on this matter.

For the foregoing reasons, we respectfully request that the Court grant defendant's unopposed motion to stay the case until June 28, 2005, at which time either the parties will file a status report or the Court will hold a status conference to inform the Court of the progress in the case .

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

OF COUNSEL:
KENNETH MACKENZIE
Department of Veterans Affairs

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor, 1100 L St., N.W.
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

April 29, 2005

Attorneys for Defendant