# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: May 3, 2005)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

On April 29, 2005, Defendant filed an unopposed Motion to Stay the case until June 28, 2005, in light that on March 31 the Plaintiff filed a "Request for Additional Compensation" with the contracting officer, who has since that time taken ill. **The Court hereby GRANTS Defendant's unopposed Motion to Stay this case until June 28, 2005.**

**The Parties are hereby ordered to submit a Joint Status Report by June 28, 2005, with a proposed schedule for further proceedings. Parties are to include 3 dates in July for a possible telephonic Status Conference, if needed.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge