# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: July 12, 2005)

**************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
**************************************************

## ORDER

On June 28, 2005, the parties filed a Joint Status Report informing the Court, in part, that the contracting officer anticipated releasing his final decision on the Plaintiff's Request for Additional Compensation by no later than June 30, 2005. As of this date, the Court has received no further indication of whether or not that decision was indeed released. **Accordingly, by no later than July 25, 2005, the Defendant is hereby ordered to provide the Court with a statement indicating whether or not the decision was indeed filed, and if not, when the contracting officer anticipates filing his decision. If the decision has been released the Defendant shall include a copy of the decision with its filing.**

We note that it is always in order for the parties to participate in the Court's ADR program. Judge Hodges, the ADR Judge assigned to this case, can provide the parties with further assistance should they desire to pursue ADR at this time.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge