IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT INCORPORATED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 03-1951C |
| v. | ) | (Judge Baskir) |
| | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S STATUS REPORT

Pursuant to this Court's order of July 12, 2005, defendant submits the following status report to inform the Court that on June 29, 2005, the contracting officer issued his decision on plaintiff's March 31, 2005 claims. Also in accordance with this Court's July 12, 2005 order, defendant has attached a copy of the contracting officer's decision to this status report.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.,
FRANKLIN E. WHITE, JR.
Assistant Director

s/Lindsay E. Williams
LINDSAY E. WILLIAMS
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530

Attorneys for Defendant

OF COUNSEL:

Kenneth MacKenzie
Veterans Administration
Litigation Attorney

July 25, 2005