# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: August 8, 2005)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

On June 28, 2005, the parties filed a Joint Status Report with a proposed schedule for further proceedings. The Plaintiff requested that this matter be submitted either to the Court's alternative dispute resolution procedure, or proceed directly to trial. The Defendant stated that it may request additional discovery based upon Plaintiff's March 31, 2005, request for additional compensation, and that it anticipated filing a RCFC Rule 56 motion for summary judgment at or before the close of any additional discovery.

On June 29, 2005, the Contracting Officer issued a Final Decision on Plaintiff's request for additional compensation - a decision that the Defendant informed the Court of on July 25, 2005. **The Defendant is hereby ordered to file either a motion for additional discovery, with a proposed discovery schedule, or a statement that it no longer seeks such discovery by no later than August 22, 2005. If the Defendant no longer seeks additional discovery, the parties are ordered to provide an updated proposed schedule for further proceedings and three dates in September for a possible telephonic status conference, if needed, by no later than August 22, 2005.** Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge