# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: September 12, 2005)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

On August 22, 2005, the parties filed a Joint Status Report pursuant to this Court's Special Procedures Order. According to the Joint Status Report, it is possible that the Plaintiff will seek to amend its complaint, adding a related claim for money damages. If such an amendment occurs, the Defendant foresees the need for additional discovery in this matter.

As such, **we hereby order the Plaintiff to move to amend its complaint no later than October 10, 2005, or in the alternative, to inform the Court forthwith of its decision not to amend its complaint in this action.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge