IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GROT INCORPORATED, )
)
Plaintiff, )
)
) No. 03-1951C
v. ) (Judge Baskir)
)
)
THE UNITED STATES, )
)
Defendant. )

PLAINTIFF'S STATUS REPORT

Pursuant to this Court's order of September 12, 2005, plaintiff submits this status report for the purpose of advising the Court that Plaintiff does not intend to file an amended complaint in this proceeding. All matters related to the appeal of the contracting officer's final decision of June 29, 2005, as referenced in the Joint Status Report of August 22, 2005, will be submitted to the Department of Veterans Affairs Board of Contract Appeals.

Respectfully submitted,

GROT INCORPORATED

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr. ID#656
Gore, Kilpatrick, Purdie & Metz, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: 601.957.1595
Facsimile: 601.899.9171

September __,2005 Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I, Andrew J. Kilpatrick, Jr., do hereby certify that I have this day mailed via United States Mail and true and correct copy of the above and foregoing Plaintiff's Status Report to Lindsay E. Williams, Commercial Litigation Branch, Civil Division, Department of Justice, Attn: Classification Unit 8th Floor, 1100 L Street, N.W., Washington, D.C. 20530.

This ___ day of September, 2005.

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.