# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: September 23, 2005)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

**ORDER**

On September 12, 2005, Plaintiff filed a Status Report informing the Court that Plaintiff does not intend to file an amended complaint. Parties are ordered to file a Joint Status Report with a proposed briefing schedule for further proceedings, no later than October 14, 2005.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge