**DEPARTMENT OF VETERANS AFFAIRS**
**Board of Contract Appeals**
**Washington DC 20420**
**Telephone (202) 273-6743**
**Facsimile (202) 275-5381**

October 3, 2005

Andrew J. Kilpatrick, Esq. (09)
Gore, Kilpatrick, Purdie, & Metz
402 Legacy Park
Post Office Drawer 2900
Ridgeland, MS 39158

Office of General Counsel (025)
Department of Veterans Affairs
810 Vermont Avenue, NW
Washington, DC 20420

Contracting Officer (183B)
Department of Veterans Affair
North Texas Veterans Health Care System
VA Medical Center
4500 S. Lancaster Road
Dallas, TX 75216

**VABCA-7438-7444**
Grot, Incorporated
Contract No. V549P-606-2
VAMC, Bonham, Texas

**NOTICE OF DOCKETING**

The appeals of Grot, Incorporated, from a Contracting Officer's final decisions for claims totaling $1,684,719.86, were received and docketed on September 15, 2005, and assigned the following docket numbers:

| *APPEAL NO.* | *CLAIM* | *AMOUNT* |
|---|---|---|
| VABCA-7438 | Unpaid Progress Payments | $195,331.68 |
| VABCA-7439 | Retainage | 84,938.97 |
| VABCA-7440 | Late Payments | 43,564.06 |
| VABCA-7441 | Project Redesign | 308,009.72 |

10/12/05 WED 12:51 FAX 214 302 1458 A&MW Office ☒003

| | | |
|---|---|---|
| VABCA-7442 | Differing Site Condition – Manholes | 44,990.02 |
| VABCA-7443 | Fire Watch | 74,250.11 |
| VABCA-7444 | Loss of Bonding Capacity | 933,635.30 |

In future correspondence, reference should be made to the assigned docket numbers.

The parties should take notice that correspondence sent via *U.S. Mail* should be addressed as follows:

Department of Veterans Affairs
Board of Contract Appeals (09)
810 Vermont Avenue, NW
Washington, DC 20420

Use of the Board's mail symbol (09) is important to internal mail delivery.

However, for any correspondence sent via *private express carriers* the Board's address is as follows:

Department of Veterans Affairs
Board of Contract Appeals
1800 G Street, NW - Suite 545
Washington, DC 20006

A copy of the Board's Rules is enclosed for the parties' information. 38 C.F.R. § 1.783. These Rules are applicable to all appeals processed under the *Contract Disputes Act of 1978* (41 U.S.C. § 601 *et seq.*). Appellant's attention is directed to Rule 6(1) which requires that its Complaints be filed within 30 days after receipt of this docketing notice. The Board acknowledges receipt of Appellant's Complaints (copy enclosed for the Government).

All documents filed with the Board should be on letter-size paper. For the parties' convenience, documents may be filed via the Board's fax machine at (202) 275-5381.

A *Notice Regarding Alternative Methods of Dispute Resolution* and a copy of the Board's Interim Procedures for processing *Equal Access to Justice Act* applications are also enclosed for the parties' information. Additional information concerning the operation and procedures of the Board may be found at our web site located at *www1.va.gov/bca*. The Board's e-mail address is *vacobca@mail.va.gov*.

The Department of Veterans Affairs should notify the Board and the Appellant within thirty days as to who will be representing the Government in this appeal.

Rule 4 prescribes the duties of the Contracting Officer in connection with assembling and forwarding the appeal files. The files, properly arranged in chronological order, numbered sequentially, tabbed, and indexed to identify its contents, are to be forwarded by the Contracting Officer to the Office of General Counsel (025) for submission to the Board. Please do not use ring binders.

The appeal files are to be lodged with the Board and Appellant on or before *Monday, **November 7, 2005.*** The Contracting Officer is requested, therefore, to forward the originals, legible facsimiles or authenticated copies of all documents specified in Rule 4 to the Office of General Counsel in ample time for that office to file said documents with the Board by the close of business on November 7, 2005.

The parties are advised that Judge Richard C. Walters is being assigned as the Presiding Judge in these appeals. All future filings and correspondence concerning this appeal should be addressed to his attention.

GARY J. KRUMP
Chief Administrative Judge

Enclosures

10/12/05 WED 12:52 FAX 214 302 1458 VA&MM Office 005