IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | No. 03-1951C |
| | ) | (Judge Baskir) |
| vs. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

JOINT STIPULATION TO TRANSFER OF PLAINTIFF'S APPEALS, NUMBERS 7438-7444, FROM THE DEPARTMENT OF VETERANS AFFAIRS BOARD OF CONTRACT APPEALS TO THIS COURT,AND CONSOLIDATION WITH CASE NUMBER 03-1951C

On October 14, 2005, the defendant filed a motion to transfer plaintiff Grot Inc.'s ("Grot") appeals, numbers 7438-7444, from the Department of Veterans Affairs Board of Contract Appeals ("VABCA") to this Court, and to consolidate those appeals with this case. The parties have since discussed the matter and have come to an agreement. The parties hereby stipulate to the transfer of Grot's VABCA appeals, numbers 7438-7444, from the VABCA to this Court and, if the Court agrees, to consolidation of those appeals with this case. Defendant reserves the right to conduct discovery upon Grot's monetary claims, which are the subject of the VABCA appeals.

Respectfully submitted,

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.
Gore, Kilpatrick, Purdie, & Metz, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: (601) 957-1595
Facsimile: (601) 899-9171

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/Lindsay E. Williams
Lindsay Williams
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L. Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-7995
Fax: (202) 514-8624

Attorneys for Defendant

OF COUNSEL:

Kenneth MacKenzie
Veterans Administration
Litigation Attorney

October 28, 2005