IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1951C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 5-day enlargement of time, to and including November 2, 2005, within which to file its motion for partial summary judgment. In the October 14, 2005 joint status report, defendant indicated that it would file its motion for partial summary judgment on October 28, 2005. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose this motion.

The requested enlargement of time is necessary because additional time is required for further consideration of a particular legal issue in this case. After preparing a draft brief and discussing the legal issues with a

supervisor, questions arose that require additional investigation and legal research. An enlargement of 5 days will allow counsel to accomplish these necessary tasks prior to filing our brief.

For these reasons, we respectfully request that the Court grant this request for an enlargement of time of 5 days, to and including November 2, 2005.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

October 28, 2005

Attorneys for Defendant