# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: November 2, 2005)

*****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

Defendant's unopposed Motion for an Enlargement of Time of 5 days, until November 2, 2005, within which to file its Motion for Partial Summary Judgment is hereby GRANTED.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge