Feb. 1, 2002

DEPARTMENT OF VETERANS AFFAIRS
SAM RAYBURN MEMORIAL VETERANS CENTER
1201 EAST NINTH STREET
BONHAM, TX 75418

Mr. Jerry Grot
Grot, Inc.
P.O. Box 54353
Lexington, KY 40555-4353

Feb 1, 2002

February 1, 2002

Dear Mr. Jerry Grot:

Your offer to furnish and install a Fire Alarm System at the Sam Rayburn Memorial Veterans Center, Bonham, TX in accordance with the Department of Veterans Affairs prints and specifications for the firm fixed cost of $934,310.00 been accepted. Contract Number V5549P-609-2 been assigned.

Ricky Kirk (903/583-6494) has been designated as the Contracting Officer's Technical Representative for this contract. .

If you have any questions, contact me 214-857-0021.

Sincerely,

John Mraz
Contracting Officer

1

Feb. 1, 2002

DEPARTMENT OF VETERANS AFFAIRS
NORTH TEXAS VETERANS HEALTH CARE SYSTEM
DALLAS VETERANS MEDICAL CANTER
4500 S. LANCASTER ROAD
DALLAS, TX 75216

Feb 1, 2002

Date: February 1, 2002

# NOTICE TO PROCEED

Contract No. V549P-609-2, Project NRM 99-115-
Bonham Fire Alarm System, Rayburn Memorial
Veterans Center, Bonham, TX

You are hereby notified to proceed with Contract V549P-609-2 and install a Fire Alarm System at the Sam Rayburn Memorial Veterans Center, Bonham, TX.

Work shall begin within ten (10) calendar days after receipt of this "Notice to Proceed" and shall be completed within 270 days after receipt of this "Notice to Proceed". The contract completion date is November 10, 2002

John Mraz
Contracting Officer

## ACKNOWLEDGEMENT

Received and acknowledged by: ______________ Signature    2-1-02 Dated

Pres. ______________
Title

2

Grot, Incorporated
688 Grot Dr.
Lexington, Kentucky 40505
859-254-3848 Fax 859-254-3847

To: Siemens- Texas

Attn: Lee Bledsoe
Subject: contract to Siemens for Bonham job!

Date: 2/11/02
Doc No.: 1
Project: Bonham Tx.-VA
2002.006
Sam Rayburn Memorial Veterans
East Ninth
Bonham, Tx 75418

# STANDARD FORM OF AGREEMENT BETWEEN CONTRACTOR AND SUBCONTRACTOR

AGREEMENT

made as of the 1 day of February in the year of 2002

BETWEEN the Contractor: Grōt Inc.
P.O. Box 54353
Lexington, KY 40555-4353
Ph. (859) 254-3848 fax: (859) 254-3847

and the Subcontractor:
(Name and Location)
: Siemens Cerberus Division
: 8925 Sterling Drive
: Irving, Texas 75063

The Contractor has made a contract for construction dated 2/6/02 with
The Owner:
(Name and Location:
: Sam Rayburn Veterans Center
: 1203 East Ninth Street
: Bonham, Texas

For the following Project:
(Name and Location)
: Bonham Fire Alarm Replacement
:
:
:

Grot, Incorporated
688 Grot Dr.
Lexington, Kentucky 40505
859-254-3848 Fax 859-254-3847

Subcontract without written consent to the Contractor. The Subcontractor shall not assign any amounts due or to become due under this Subcontract without written notice to the Contractor.

## DIVISION 8

### THE WORK OF THIS SUBCONTRACT

8.1 The Subcontract shall execute the following portion of the Work described in the Subcontract Documents, including all labor, materials, equipment, services and other items required to complete such portion of the Work, except to the extent specifically indicated in the Subcontract Documents to be the responsibility of others:

- supply submittals for equipment
- submit drawing of system (wiring lay out)
- supply all devices as per drawings and specs
- install panels and get all communicating with each other to be done by Siemens
- install temporary fire alarm system in buildings needed
- install devices and trim out (entire job)
- install UPS system
- provide three year warranty

## DIVISION 9

### DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

9.1 The Subcontractor's date of commencement is the date from which the Contract Time of Paragraph 9.3 is measured; it shall be the date of this Agreement, as first written above, unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Contractor.
**February Ninth, Two Thousand And Two**

9.2 The Work of this Subcontract shall be completed within such time as will permit the Contractor to substantially complete the project not later than, subject to adjustments of this Subcontract Time as provided in the Subcontract Documents.

210 days to complete contract!

**Damages are as per specs**

9.3 Deleted

9.4 Time is of the essence of this Subcontract.

Project Manual
including Specifications

for the

# Campus-Wide Fire Alarm
# Project No. 099-108

at the

## Sam Rayburn Memorial Veterans Center
East Ninth and Lipscomb Streets
Bonham, Texas

March 9, 2001

STATE OF TEXAS
MARK S. FRATTO
60977
REGISTERED
PROFESSIONAL ENGINEER
3.9.01

REGISTERED ARCHITECT
DENNIS J. DELISSE
10591
STATE OF TEXAS
3/9/01

Prepared By

**Fratto Engineering, Inc.**
Consulting Engineers
427 Fielder North Plaza
Arlington, Texas 76012
(817) 461-2337

**MPI Architects**
Architects Planners Interior Design
5100 Belt Line Road #838
Dallas, Texas 75240
(972) 788-0078

Engineer's Project No.
00062

3

DEPARTMENT OF VETERANS AFFAIRS
CAMPUS-WIDE FIRE ALARM SPECIFICATIONS
FOR BONHAM, TEXAS

TABLE OF CONTENTS


| | | |
|---|---|---|
| | DIVISION 0 - SPECIAL SECTIONS | DATE |
| 00851 | List of Drawings | 02-01 |
| | | |
| | DIVISION 1 - GENERAL REQUIREMENTS | |
| 01001 | General Conditions | |
| 01010 | General Requirements | |
| 01090 | Reference Standards | |
| 01340 | Samples and Shop Drawings | |
| 01410 | Testing Laboratory Services | |
| | | |
| | DIVISION 2 - SITEWORK | |
| 02050 | Demolition | |
| 02200 | Earthwork | |
| | | |
| | DIVISION 6 - WOOD AND PLASTIC | |
| 06100 | Rough Carpentry | |
| | | |
| | DIVISION 7 - THERMAL AND MOISTURE PROTECTION | |
| 07270 | Firestopping Systems | |
| 07920 | Sealants and Caulking | |
| | | |
| | DIVISION 9 - FINISHES | |
| 09260 | Gypsum Board System | |
| 09510 | Accoustical Ceiling | |
| 09900 | Painting | |
| | | |
| | DIVISION 13 - SPECIAL CONSTRUCTION | |
| 13850 | Fire Alarm Systems | |
| | | |
| | DIVISION 16 - ELECTRICAL | |
| 16050 | Basic Methods and Requirements (Electrical) | |
| 16111 | Conduit Systems | |
| 16127 | Cables, Low Voltage (600 Volts and Below) | |
| 16450 | Grounding | |
| | | |
| | Appendix 'A' | |
| | Existing Fire Alarm System Input Devices List | |

| | | |
|---|---|---|
| | Appendix 'B' | |
| | Existing Telecommunications Rooms and Closets | |
| | Telecommunications Cable Routing Between Buildings | |
| | | |
| | - - - E N D - - - | |

SECTION 01001
GENERAL CONDITIONS

TABLE OF CONTENTS


1.1 SPECIAL NOTES (VAAR 852.236-91) (JAN 1988) . . . . . . . . . . . . . . . . 1

1.2 COMMENCEMENT, PROSECUTION AND COMPLETION OF WORK (FAR 52.211-10) (APR 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

1.3 AUDIT AND RECORDS - SEALED BIDDING (FAR 52.214-26) (OCT 1997) . . . . . . 2

1.4 SUBCONTRACTOR COST OR PRICING DATA - MODIFICATIONS - SEALED BIDDING (FAR 52.214-28) (OCT 1997) . . . . . . . . . . . . . . . . . . . . . . . . 3

1.5 UTILIZATION OF SMALL BUSINESS CONCERNS (FAR 52.219-8) (OCT 2000) . . . 4

1.6 NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FAR 52.222-1) (FEB 1997) . 6

1.7 EQUAL OPPORTUNITY (FAR 52.222-26) (FEB 1999) . . . . . . . . . . . . . . 6

1.8 AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (FAR 52.222-35) (APR 1998) . . . . . . . . . . . . . . . . . . . . . . . . 8

1.9 EMPLOYMENT REPORTS ON DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA (FAR 52.222-37)(JAN 1999) . . . . . . . . . . . . . . . . . . . . . . . 11

1.10 BUY AMERICAN ACT--BALANCE OF PAYMENTS PROGRAM--CONSTRUCTION MATERIALS (far 52.225-9)(FEB 2000). . . . . . . . . . . . . . . . . . . . . . . . 11

1.11 NOTICE OF BUY AMERICAN ACT/BALANCE OF PAYMENTS PROGRAM REQUIREMENT--CONSTRUCTION MATERIALS (FAR 52.225-10)(FEB 2000). . . . . . . . . . . . 15

1.12 PERFORMANCE AND PAYMENT BONDS-- CONSTRUCTION (FAR 52.228-15) (JULY 2000)16

1.13 ADDITIONAL BOND SECURITY (FAR 52.228-2) (OCT 1997) . . . . . . . . . . 18

1.14 BOND PREMIUM ADJUSTMENT (VAAR 852.228-70) (APR 1984) . . . . . . . . . 18

1.15 PLEDGES OF ASSETS (FAR 52.228-11) (FEB 1992) . . . . . . . . . . . . . 18

1.16 INSURANCE - WORK ON A GOVERNMENT INSTALLATION (FAR 52.228-5) (JAN 1997)19

1.17 SUPPLEMENTAL INSURANCE REQUIREMENTS: In accordance with FAR 28.307-2 and the previous clause, the following minimum coverage shall apply to this contract . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 19

1.18 FEDERAL, STATE, AND LOCAL TAXES (FAR 52.229-3) (JAN 1991) . . . . . . 20

1.19 FEDERAL, STATE, AND LOCAL TAXES (NONCOMPETITIVE CONTRACT) (FAR 52.229-4) (JAN 1991) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 21

1.20 TAXES - CONTRACTS PERFORMED IN UNITED STATES POSSESSIONS OR PUERTO RICO (FAR 52.229-5) (APR 1984). . . . . . . . . . . . . . . . . . . . . . . 23

1.21 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (FAR 52.232-5) (MAY 1997) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 23

1.22 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (VAAR 852.236-82) (APR 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 26

1.23 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (FAR 52.232-27) (jun 1997) 33

1.25 PAYMENT BY ELECTRONIC FUNDS TRANSFER-CENTRAL CONTRACTOR REGISTRATION (FAR 52.232-33) (MAY 1999) . . . . . . . . . . . . . . . . . . . . . . . 43

1.26 ASSIGNMENT OF CLAIMS (FAR 52.232-23) (JAN 1986) . . . . . . . . . . . 46

1.27 DISPUTES (FAR 52.233-1) (DEC 1998) . . . . . . . . . . . . . . . . . . 46

1.28 PERFORMANCE OF WORK BY THE CONTRACTOR (FAR 52.236-1) (APR 1984) . . . 48

1.29 PERFORMANCE OF WORK BY THE CONTRACTOR (VAAR 852.236-72) (APR 1984) . 48

1.30 DIFFERING SITE CONDITIONS (FAR 52.236-2) (APR 1984) . . . . . . . . . . 50
1.31 CHANGES (FAR 52.243-4) (AUGUST 1987) . . . . . . . . . . . . . . . . . . 50
1.32 CHANGES - SUPPLEMENT (For Changes Over $500,000) (VAAR 852.236-88(a) (JUN 1987) . . . . . . . . . . . . . . . . . . . . . . . . . . . 51
1.33 CHANGES - SUPPLEMENT (For Changes Costing $500,000 or Less) (VAAR 852.236-88(b)) (JUN 1987) . . . . . . . . . . . . . . . . . . . . . 52
1.34 SITE INVESTIGATION AND CONDITIONS AFFECTING THE WORK (FAR 52.236-3) (APR 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . 54
1.35 MATERIAL AND WORKMANSHIP (FAR 52.236-5) (APR 1984) . . . . . . . . . . 55
1.36 SUPERINTENDENCE BY THE CONTRACTOR (FAR 52.236-6) (APR 1984) . . . . . 55
1.37 PERMITS AND RESPONSIBILITIES (FAR 52.236-7) (NOV 1991) . . . . . . . . 56
1.38 OTHER CONTRACTS (FAR 52.236-8) (APR 1984) . . . . . . . . . . . . . . 56
1.39 USE AND POSSESSION PRIOR TO COMPLETION (FAR 52.236-11) (APR 1984) . 56
1.40 CLEANING UP (FAR 52.236-12) (APR 1984) . . . . . . . . . . . . . . . . 57
1.41 ACCIDENT PREVENTION (FAR 52.236-13) (NOV 1991) . . . . . . . . . . . . 57
1.42 ACCIDENT PREVENTION (VAAR 852.236-87) (SEP 1993) . . . . . . . . . . . 58
1.43 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (FAR 52.236-21) (FEB 1997) 58
1.44 SPECIFICATIONS AND DRAWINGS FOR CONSTRUCTION (VAAR 852.236-71) (apr 1984) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 60
1.45 INSPECTION OF CONSTRUCTION (FAR 52.246-12) (AUG 1996) . . . . . . . . 60
1.46 INSPECTION OF CONSTRUCTION (VAAR 852.236-74) (APR 1984) . . . . . . . 62
1.47 VALUE ENGINEERING - CONSTRUCTION (FAR 52.248-3) (feb 2000) . . . . . . 62
1.48 DEFAULT (FIXED-PRICE CONSTRUCTION) (FAR 52.249-10) (APR 1984) . . . 66
1.49 GUARANTY (VAAR 852.236-75) (APR 1984) . . . . . . . . . . . . . . . . 67
1.50 CORRESPONDENCE (VAAR 852.236-76) (APR 1984) . . . . . . . . . . . . . 69
1.51 REFERENCE TO "STANDARDS" (VAAR 852.236-77) (APR 1984) . . . . . . . . 69
1.52 GOVERNMENT SUPERVISION (VAAR 852-236-78) (APR 1984) . . . . . . . . . 69
1.53 DAILY REPORT OF WORKERS AND MATERIALS (VAAR 852.236-79) (APR 1984) . 70
1.54 SUBCONTRACTS AND WORK COORDINATION (VAAR 852.236-80) (APR 1984) . . 70
1.55 SCHEDULE OF WORK PROGRESS (VAAR 852.236-84) (NOV 1984) . . . . . . . 71
1.56 WORKMEN'S COMPENSATION (VAAR 852.236-86) (APR 1984) . . . . . . . . 72
1.57 GENDER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 72
1.58 COMMERCIAL ADVERTISING (VAAR 852.270-4) (NOV 1984) . . . . . . . . . 72
1.60 OWNERSHIP OF ORIGINAL DOCUMENTS . . . . . . . . . . . . . . . . . . . 73
1.79 CLAUSES INCLUDED BY REFERENCE . . . . . . . . . . . . . . . . . . . . 74

SECTION 13850
FIRE ALARM SYSTEM

PART 1 GENERAL

1.1 DESCRIPTION

A. This section of the specifications includes: the furnishing, installation, and connection of fire alarm equipment to form a complete multi-building analog addressable-device fire alarm and emergency notification system; testing and placing the new system into operation; training of the owner's personnel; and removal of the old system. The new system shall include, but not be limited to, alarm initiating devices, alarm notification appliances, control units, fire safety control devices and interfaces, annunciators, power supplies, remote alarm interfaces, and wiring as shown on the drawings and as specified. All devices and accessories necessary for a complete operating system shall be included even though each item is not specifically mentioned or described herein.

B. The fire alarm system shall comply with requirements of NFPA 101 and NFPA 72. The system design, system layout, submittal documents preparation, and supervision of installation and testing shall be provided by a technician that is certified NICET level III or a registered fire protection engineer. The NICET certified technician shall be on site for the supervision and testing of the system. Equipment manufacturer factory engineers thoroughly familiar and knowledgeable with all equipment utilized, shall provide additional technical support at the site as required by the Contracting Officer or his authorized representative. Installers shall have a minimum of five years experience installing fire alarm systems.

C. The system's active components shall be of a single manufacturer except as permitted herein.

D. The new system shall be installed one Fire Alarm Control Unit (FACU) at a time while the existing system remains in operation in all areas yet to be completed for work under this project. The work shall follow a VA approved Contractor work plan.

E. The Contractor shall provide a dedicated fire watch person all times any normally protected area is disconnected from a fire alarm system as a result of the project work, except during normal day shift non-holiday VA work hours. The fire watch person shall have no duties other than fire watch. Contractor personnel assigned to fire watch shall have VA fire watch training prior to assuming fire watch duties. The training shall be during normal day shift work hours. Individuals shall be instructed by VA personnel for VA alarm notification procedures. Coordinate with the COTR for this training.

F. Fire alarm system outages must be coordinated with the COTR not less than 2 weeks in advance.

G. Fire alarm signals:

1. All buildings shall have an automatic fire alarm signal for each floor unless noted otherwise herein. The alarm shall consist of operation of visual notification appliances and of a digitized voice announcement on system dedicated audible notification appliances.

2. All areas shall be accessible for microphone initiated audio instructions from the master FACU located in the control room at Building 11/23 (also called the Energy Center and called the Central Plant.

3. Two distinct alarm signal systems are required at Building 11/23. One system for a campus-wide alarm signal and one system for Building 11/23 itself.

4. Each fire alarm initiation shall cause an alpha-numeric input to the site paging system. Through the COTR, coordinate with the existing paging service provider for this function. [redacted]

5. All fire alarm speakers shall be capable of announcing staff instructions unless otherwise noted.

6. Alarm signals (by device), supervisory signals (by device) and system trouble signals (by device not reporting) shall be distinctly and discretely reported at an FACU and transmitted to the master FACU. [redacted]

7. The master FACU shall automatically transmit alarm signals to a central station using a digital alarm communicator transmitter in accordance with NFPA 72. Through the COTR, coordinate with the existing central station service provider for this function. [redacted]

**1.2 SCOPE**

A. All accessible existing fire alarm equipment, raceway systems, wiring, devices and sub-systems not remaining in use or not reused within the new system shall be removed. The materials removed shall become the property of the Contractor. Materials for disposal shall be disposed in a legal manner.

B. A new fire alarm system shall be designed and installed in accordance with the specifications and drawings. Device location and wiring runs shown on the drawings are for reference only unless specifically dimensioned. Actual locations shall be in accordance with NFPA 72 and this specification.

C. Existing fire alarm door holders, valve tamper switches and waterflow/pressure switches may be reused provided the equipment:

1. meets this specification section.
2. is UL listed or FM approved.
3. is compatible with new equipment being installed.
4. is verified as operable through contractor testing and inspection.
5. is warranted as new by the contractor.

D. Existing waterflow/pressure switches, and valve tamper switches reused by the Contractor shall be equipped with an addressable interface device compatible with the new system being installed. Tamper indication shall initiate supervisory alarms. Water flow shall initiate a fire alarm.

E. Existing elevator control interfaces for recall and shutdown be replaced with new addressable devices and equipment compatible with the new alarm system. Where existing elevator equipment is not installed with recall and shutdown functions, new fire alarm system interface equipment shall be installed adjacent to the existing controls. The interface equipment shall permit future

SECTION 01001
GENERAL CONDITIONS

1.1 SPECIAL NOTES (VAAR 852.236-91) (JAN 1988)

(a) Signing of the bid shall be deemed to be a certification by the bidder that:

(1) Bidder is a construction contractor who owns, operates, or maintains a place of business, regularly engaged in construction, alteration or repair of buildings, structures, communication facilities, or other engineering projects, including furnishing and installing of necessary equipment; or

(2) If newly entering into a construction activity, bidder has made all necessary arrangements for personnel, construction equipment, and required licenses to perform construction work; and

(3) Upon request, prior to award, bidder will promptly furnish to the Government a statement of facts in detail as to bidder's previous experience (including recent and current contracts), organization (including company officers), technical qualifications, financial resources and facilities available to perform the contemplated work.

(b) Unless otherwise provided in this contract, where the use of optional materials or construction is permitted the same standard of workmanship, fabrication and installation shall be required irrespective of which option is selected. The contractor shall make any change or adjustment in connecting work or otherwise necessitated by the use of such optional material or construction, without additional cost to the Government.

(c) When approval is given for a system component having functional or physical characteristics different from those indicated or specified, it is the responsibility of the contractor to furnish and install related components with characteristics and capacities compatible with the approved substitute component as required for systems to function as noted on drawings and specifications. There shall be no additional cost to the Government.

(d) In some instances it may have been impracticable to detail all items in specifications or on drawings because of variances in manufacturers' methods of achieving specified results. In such instances the contractor will be required to furnish all labor, materials, drawings, services and connections necessary to produce systems or equipment which are completely installed, functional, and ready for operation by facility personnel in accordance with their use.

control upgrades to the elevators without fire alarm system equipment changes or additions.

F. Existing kitchen hood fire suppression systems are to be upgraded with new addressable devices and equipment compatible with the new alarm system. The fire signals from this equipment shall initiate alarms.

G. Basic System Performance:

1. Alarm and trouble signals from each FACU shall be digitally encoded by UL listed electronic devices onto a multiplexed communication system.

2. Response time between alarm initiation (contact closure) and recording at the main fire alarm control unit (appearance on alphanumeric read out) shall not exceed five (5) seconds.

H. Unless otherwise noted by plan or specifications, all FACU's, smoke detectors, pull stations, speakers, and other similar devices shall be mounted flush or semi-flush. Unless otherwise noted by plans or specifications, all other work is to be concealed. Work may be surface mounted in fire rated stairwells, building mechanical and building equipment rooms, and industrial spaces.

**1.3 RELATED WORK**

A. Division 9, FINISHES.

B. Section 01340, SAMPLES AND SHOP DRAWINGS.

C. Section 07250, FIRE STOPPING.

D. ~~Section 09900, PAINTING.~~

E. Section 16050, BASIC METHODS AND REQUIREMENTS (ELECTRICAL).

F. Section 16111, CONDUIT SYSTEMS.

G. Section 16127, CABLES, LOW VOLTAGE (600 VOLTS AND BELOW)

**1.4 SUBMITTALS**

A. General: Submit 4 copies and reproducibles in accordance with section 01340, SAMPLES AND SHOP DRAWINGS and Section 16050, BASIC METHODS AND REQUIREMENTS (ELECTRICAL).

B. Drawings:

1. Prepare drawings using AutoCAD Release 14 software and standardized symbols; IEEE, ANSI, or similar. Include all contractor's information. Layering shall be by VA criteria as provided by Contracting Officer's Technical Representative (COTR). Bid drawing files on AutoCAD will be provided to the Contractor at the pre-construction meeting. The contractor shall be responsible for verifying all critical dimensions shown on the drawings provided by VA.

2. Floor plans: Provide locations of all devices (with device ~~number at each~~ addressable device corresponding to control unit programming), appliances, panels, equipment, junction/terminal cabinets/boxes, risers, electrical power connections, individual circuits and raceway routing, system zoning; number, size, and type of raceways and conductors in each raceway; conduit fill calculations with cross section area percent fill for each type and size of conductor and raceway. Only those devices connected and incorporated into the final system shall be on these floor plans. Do not show

SECTION 16050
BASIC METHODS AND REQUIREMENTS (ELECTRICAL)

PART 1 GENERAL

1.1 DESCRIPTION

A. This Section, Basic Methods and Requirements (Electrical) applies to all sections of Division 16 and to 13850.

B. Furnish and install electrical wiring, systems, equipment and accessories in accordance with the specifications and drawings. Capacities and ratings of motors, transformers, cable, switchboards, switchgear, panelboards, motor control centers, and other items and arrangements for the specified items are shown on drawings.

C. Wiring ampacities specified or shown on the drawings are based on copper conductors, with the conduit and raceways accordingly sized. Aluminum conductors are prohibited.

1.2 MINIMUM REQUIREMENTS

A. References to the National Electrical Code (NEC), Underwriters Laboratories, Inc. (UL), and National Fire Protection Association (NFPA) /are minimum installation requirement standards.

B. Drawings and other specification sections shall govern in those instances where requirements are greater than those specified in the above standards.

1.3 TEST STANDARDS

A. All materials and equipment shall be listed, labeled or certified by a nationally recognized testing laboratory to meet Underwriters Laboratories, Inc., standards where test standards have been established. Equipment and materials which are not covered by UL Standards will be accepted provided equipment and material is listed, labeled, certified or otherwise determined to meet safety requirements of a nationally recognized testing laboratory. Equipment of a class which no nationally recognized testing laboratory accepts, certifies, lists, labels, or determines to be safe, will be considered if inspected or tested in accordance with national industrial standards, such as NEMA, or ANSI. Evidence of compliance shall include certified test reports and definitive shop drawings.

B. Definitions:

1. Listed; equipment or device of a kind mentioned which:
   a. Is published by a nationally recognized laboratory which makes periodic inspection of production of such equipment.
   b. States that such equipment meets nationally recognized standards or has been tested and found safe for use in a specified manner.

# s, Inc.

# /.A. CENTER

# REET

# 18

# PLANS

"Checked by RLK

Approved for general arrangement only. No responsibility assumed for quantities or dimensions. Contractor required to comply with contract document, plans, and specifications. Contractor is responsible for field verification of quantities and dimensions; fabrication process and techniques of construction; coordination of work with other trades and satisfactory performance of his work.

Rickey L. Kirb Date 6-20-02
Resident Engineer

☐ Approved ☒ Approved As Corrected

Fabrication/installation may be undertaken. Approved does not authorize changes to the Contract Sum or Contract Time. Approval is only for conformance with the design concept of the project and with the information given in the Contract Documents; this Approval does not extend to accuracy of quantities or dimensions, designs by contract shop fabrication processes, field construction techniques and safety, or coordination of trades and their work.

☐ Revise & Resubmit ☐ Rejected

Fabrication and/or installation MAY NOT be undertaken. In resubmitting, limit correction to items marked.

Review/Approval neither extends nor alters any contractual obligations of the Architect or Contractor. Review/Approval is based on the assumption that the submittal was reviewed and coordinated as required by the general conditions and that the contractor assumes the responsibilities required therein. Checking of shop drawings shall not relieve contractor of responsibility for deviation from requirements of contract documents nor for errors or omissions in shop drawings.

By D. Morrison Date: 5-24-02
Fratto Engineering, Inc.

GROT, INC.
Reviewed CB ☑
Approved as Corrected ☐
Resubmit ☐
Date 5-17-02 By C. Bell ☑

DEVICE I.D. NOMENCLATURE

0#-##
- DENOTES ALD DEVICE NUMBER
- DENOTES ALD MODE NUMBER
- DENOTES PANEL NODE NUMBER

S#-##
- DENOTES AUDIO/VISUAL DEVICE NUMBER
- DENOTES AUDIO/VISUAL CIRCUIT NUMBER
- DENOTES AUDIO/VISUAL PAD NUMBER

S#-##
- DENOTES PANEL AUDIO/VISUAL DEVICE NUMBER
- DENOTES PANEL AUDIO/VISUAL CIRCUIT NUMBER

TOKEN RING COMMUNICATION LC




# GENERAL NOTES:

1. ALL DEVICES SHOWN ARE NEW UNLESS PERMITTED OTHERWISE IN THE SPECIFICATIONS. DEVICES NOT SPECIFICALLY IDENTIFIED AS NEW ('N') REPLACE EXISTING DEVICES AT THE SAME LOCATION. DEVICES SPECIFICALLY IDENTIFIED AS NEW ('N') ARE AT A LOCATION WHICH DID NOT FORMERLY HAVE ANY DEVICE INSTALLED.

2. EXISTING FIRE ALARM CABINETS (XFATC) MAY BE REUSED AS PART OF THE RACEWAY SYSTEM.

3. DRAWINGS ARE NOT TO A STANDARD SCALE. THEY ARE FROM DIGITALLY SCANNED DOCUMENTS. THE SCALE RULERS SHOWN ARE APPROXIMATE AND ARE BASED UPON LIMITED FIELD DATA. THE CONTRACTOR IS TO FIELD CONFIRM ALL DIMENSIONALLY SIGNIFICANT REQUIREMENTS.

4. ALL ACCESSIBLE EQUIPMENT AND DEVICES ARE TO BE MOUNTED FLUSH OR SEMI-FLUSH UNLESS OTHERWISE NOTED. ALL OTHER EQUIPMENT IS TO BE INSTALLED CONCEALED UNLESS OTHERWISE NOTED.

5. THESE DRAWINGS ARE GENERIC WITH RESPECT TO ANY PARTICULAR MANUFACTURER'S EQUIPMENT. QUANTITIES OF FATC AND SPACING DEPENDENT DEVICES MAY VARY WITH THE SYSTEM EQUIPMENT MANUFACTURER.

1 DISTRIBU

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| | | | |
|---|---|---|---|
| 1. CONTRACT ID CODE | | PAGE 1 | OF PAGES 1 |
| AMENDMENT/MODIFICATION NO. Modification One (1) | 3. EFFECTIVE DATE April 8, 2003 | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. *(If applicable)* |
| 6. ISSUED BY CODE 549 / 90C<br>Contracting Officer (90C)<br>VA North Texas Health Care System<br>Dallas VA Medical Center 4500 South Lancaster Rd.<br>Dallas, TX 75216 | | 7. ADMINISTERED BY *(If other than Item 6)* CODE<br>Same as Item 6 | |

8. NAME AND ADDRESS OF CONTRACTOR *(No. Street, county, State and ZIP: Code)*

Jerry N. Grot Electric Inc.
324 Henry Street
Lexington, KY 40505

CODE | FACILITY CODE

(4) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED *(SEE ITEM 11)*

X 10A. MODIFICATION OF CONTRACT/ORDER NO. V549P-609-2

X 10B. DATED *(SEE ITEM 13)* 001/02/02

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offerss extended, X ]is extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA *(If required)*

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: *(Specify authority)* THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES *(such as changes in paying office, appropriation date, etc.)* SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. FAR—Change Order |

E. IMPORTANT: Contractor [ ] is not, [X ] is required to sign this document and return one (1) copies to the issuing office.

Contract V549P-609-2 is hereby modified as follows: "The contractor shall install four (4) new pull stations in Building # 5, for a total cost of $3,092.12."

All other Contract Terms and Conditions remain unchanged.

| | | | |
|---|---|---|---|
| 15A. NAME AND TITLE OF SIGNER *(Type or print)* | | 16A. NAME AND TITLE OF CONTRACTING OFFICER *(Type or print)*<br>John Mraz, Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br><br>*(Signature of person authorized to sign)* | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>*(Signature of Contracting Officer)* | 16C. DATE SIGNED<br>8 April 03 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

1. CONTRACT ID CODE | PAGE 1 OF 1 PAGES

2. AMENDMENT/MODIFICATION NO.: Modification Two (2)

3. EFFECTIVE DATE: April 8, 2003

4. REQUISITION/PURCHASE REQ. NO.:

5. PROJECT NO. (If applicable):

6. ISSUED BY — CODE: 549 / 90C

Contracting Officer (90C)
VA North Texas Health Care System
Dallas VA Medical Center 4500 South Lancaster Rd.
Dallas, TX 75216

7. ADMINISTERED BY (If other than Item 6) — CODE:

Same as Item 6

8. NAME AND ADDRESS OF CONTRACTOR (No. Street, county, State and ZIP: Code)

Jerry N. Grot Electric Inc.
324 Henry Street
Lexington, KY 40505

(4) 9A. AMENDMENT OF SOLICITATION NO.

9B. DATED (SEE ITEM 11)

X 10A. MODIFICATION OF CONTRACT/ORDER NO.: V549P-609-2

X 10B. DATED (SEE ITEM 13): 02/01/02

CODE | FACILITY CODE

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offerss extended, X ]is extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. FAR—Part 36 |

E. IMPORTANT: Contractor [ ] is not, [X ] is required to sign this document and return one (1) copies to the issuing office.

Contract V549P-609-2 is hereby modified as follows: " The contractor shall install two (2) smoke detectors in Room 101 of Building 2 as originally shown in the drawings. These smoke detectors were deleted by the redesign contractor and inadvertently overlooked until the installation of conduit and boxes commenced in this area. The contractor shall install the two (2) smoke detectors in Room 101 of Building as originally call for in the drawings".

***This is a no cost modification to Contract V549P-609-2.***

All other Contract Terms and Conditions remain unchanged.

15A. NAME AND TITLE OF SIGNER (Type or print)

16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print): John Mraz, Contracting Officer

15B. CONTRACTOR/OFFEROR

(Signature of person authorized to sign)

15C. DATE SIGNED

16B. UNITED STATES OF AMERICA

BY (Signature of Contracting Officer)

16C. DATE SIGNED: 8 April 03

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

# AMENDMENT OF SOLICITATION/MODIFICATION OF CONTRACT

| 1. CONTRACT ID CODE | PAGE | OF PAGES |
|---|---|---|
| | 1 | 1 |

| 2. AMENDMENT/MODIFICATION NO. | 3. EFFECTIVE DATE | 4. REQUISITION/PURCHASE REQ. NO. | 5. PROJECT NO. (If applicable) |
|---|---|---|---|
| Modification Three (3) | April 8, 2003 | | |

| 6. ISSUED BY CODE 549 / 90C | 7. ADMINISTERED BY (If other than Item 6) CODE |
|---|---|
| Contracting Officer (90C)<br>VA North Texas Health Care System<br>Dallas VA Medical Center 4500 South Lancaster Rd.<br>Dallas, TX 75216 | Same as Item 6 |

| 8. NAME AND ADDRESS OF CONTRACTOR (No. Street, county, State and ZIP: Code) | (4) | |
|---|---|---|
| Jerry N. Grot Electric Inc.<br>324 Henry Street<br>Lexington, KY 40505 | | 9A. AMENDMENT OF SOLICITATION NO. |
| | | 9B. DATED (SEE ITEM 11) |
| | X | 10A. MODIFICATION OF CONTRACT/ORDER NO.<br>V549P-609-2 |
| CODE / FACILITY CODE | X | 10B. DATED (SEE ITEM 13)<br>02/01/02 |

## 11. THIS ITEM ONLY APPLIES TO AMENDMENTS OF SOLICITATIONS

☐ The above numbered solicitation is amended as set forth in Item 14. The hour and date specified for receipt of Offerss extended, X ]is extended.

Offers must acknowledge receipt of this amendment prior to the hour and date specified in the solicitation or as amended, by one of the following methods:

(a) By completing Items 8 and 15, and returning one (1) copy of the amendment; (b) By acknowledging receipt of this amendment on each copy of the offer submitted; or (c) By separate letter or telegram which includes a reference to the solicitation and amendment numbers. FAILURE OF YOUR ACKNOWLEDGMENT TO BE RECEIVED AT THE PLACE DESIGNATED FOR THE RECEIPT OF OFFERS PRIOR TO THE HOUR AND DATA SPECIFIED MAY RESULT IN REJECTION OF YOUR OFFER. If by virtue of this amendment you desire to change an offer already submitted, such change may be made by telegram or letter, provided each telegram or letter makes reference to the solicitation and this amendment, and is received prior to the opening hour and data specified.

12. ACCOUNTING AND APPROPRIATION DATA (If required)

## 13. THIS ITEM APPLIES ONLY TO MODIFICATIONS OF CONTRACTS/ORDERS, IT MODIFIES THE CONTRACT/ORDER NO. AS DESCRIBED IN ITEM 14.

| (4) | |
|---|---|
| | A. THIS CHANGE ORDER IS ISSUED PURSUANT TO: (Specify authority) THE CHANGES SET FORTH IN ITEM 14 ARE MADE IN THE CONTRACT ORDER NO. IN ITEM 10A. |
| | B. THE ABOVE NUMBERED CONTRACT/ORDER IS MODIFIED TO REFLECT THE ADMINISTRATIVE CHANGES (such as changes in paying office, appropriation date, etc.) SET FORTH IN ITEM 14, PURSUANT TO THE AUTHORITY OF FAR 43.103(b). |
| | C. THIS SUPPLEMENTAL AGREEMENT IS ENTERED INTO PURSUANT TO AUTHORITY OF: |
| X | D. FAR |

E. IMPORTANT: Contractor [ ] is not, [X ] is required to sign this document and return one (1) copies to the issuing office.

The Government has accepted your revised work schedule and granted an inexcusable contract performance extension to V549P-609-2. The performance completion date has changed from November 10, 2002 to June 23, 2003. The Government does not relinquish its right to seek compensatory damages for losses caused by the contractor's inexcusable delay. Moreover, the new contract completion date re-establishes the Government's right to terminate for default should the contractor fail to complete the contract by June 23, 2003.

All other Contract Terms and Conditions remain unchanged.

| 15A. NAME AND TITLE OF SIGNER (Type or print) | | 16A. NAME AND TITLE OF CONTRACTING OFFICER (Type or print) | |
|---|---|---|---|
| | | John Mraz, Contracting Officer | |
| 15B. CONTRACTOR/OFFEROR<br><br>(Signature of person authorized to sign) | 15C. DATE SIGNED | 16B. UNITED STATES OF AMERICA<br>BY<br>(Signature of Contracting Officer) | 16C. DATE SIGNED<br>8 April 03 |

NSN 7540-01-152-8070
PREVIOUS EDITION UNUSABLE

30-105
Computer Generated

STANDARD FORM 30 (REV. 10-83)
Prescribed by GSA
FAR (48 CFR) 53.243

FRATTO ENGINEERING Inc

MEETING NOTES

| | |
|---|---|
| DATE: | May 5, 2002 |
| PROJECT: | VA Bonham Fire Alarm System Replacement |
| FEI PROJECT NUMBER: | 00063 |

ATTENDEES:

| | |
|---|---|
| Rickey Kirk | VANTHCS, COTR |
| Larry Waldrop | VANTHCS |
| Dan Bloodworth | Siemens Building Technologies |
| Clyde Bell | Grot Inc. |
| Evans (?) | Grot Inc. |
| Mel | VANTHCS fire systems |
| Chris | VANTHCS fire systems |
| David Morrison | Fratto Engineering |

Evans EXHIBIT NO. 72 1FEB05

PURPOSE: Network (ring) cable route and general discussion.

DISCUSSION:

1. The network ring cable route was discussed. The route through the corridors between buildings 3, 24, and 2 was of concern. Resolution was established. Grot/Siemens to resubmit drawing FA-1 showing the solution discussed.

2. Expressed concern that submittals have be piece mealed and that items may be missed from the submittal.

3. Asked that Grot provide a paragraph by paragraph commentary for the spec sections with respect to their work.

4. It appears that Grot or Siemens may not have the latest issue spec from the rebid package. Rickey and Clyde to investigate.

5. Reminded Grot/Siemens that they are responsible for compliance with applicable codes. The drawings are for defining the scope of work. It seems that, with few exceptions, the submittals are the same as the project drawings.

6. Discussion about training coordination. VA and Grot to review. Scheduling needs to be done promptly. There is concern about conflicts with vacations.

7. Reminded Grot/Siemens that 100% spare active circuit capacity is to be provided as

427 Fielder North Plaza Arlington, Texas 76012
Phone: metro (817) 461-2337 Fax: metro (817) 461-1025

G- 001860

installed. This was discussed in meetings prior to bid.

---

END OF REPORT

The above represents our understanding of items discussed and decisions reached. Should this understanding be inaccurate in any manner, notice to that effect must be brought to our attention immediately.

Prepared by

David Morrison

**FRATTO ENGINEERING, INC.**

Distribution: Rickey Kirk
file

427 Fielder North Plaza Arlington, Texas 76012
Phone: metro (817) 461-2337 Fax: metro (817) 461-1025

G- 001861

Kirk, Rickey L.

---

**From:** Kirk, Rickey L.
**Sent:** Monday, June 24, 2002 10:41 AM
**To:** 'clyde@grotinc.com'
**Cc:** Mraz, John P.; Ballard, Charles; Ashby, John R.; Harrison, Melvin; Forner, Chris
**Subject:** Fire Alarm Project

Mr. Bell,

It has just come to my attention that a Mr. Scott Stead of Siemens has been made the project manager over the Bonham Fire Alarm project. It has also been said that Mr. Stead **is not** a Nicet III Technician. According to spec section 13850, paragraph 1.1, sub-paragraph B, this project requires a Certified NICET Level III technician or a Registered Fire Protection Engineer to supervise this project.
We informed Grot and Siemens at the beginning of this project that it was necessary for them to walk the center and produce a set of plans for our project that would fully meet all codes. When Mr. Stead was informed of the need to walk the center and produce a set of plans that would meet all codes, as required by spec section 12850, paragraph 1.4, subparagraph B, Mr. Stead stated that Siemens had no intention of walking the center and verifying what was needed for this project.
All plans Siemens has submitted have been virtually the same plans produced by Fratto Eng. We have approved with corrections what plans have been submitted. This approval is for general layout only and does not relieve Grot of the responsibility of assuring that all codes are met. If installation is made and it is found that device locations are not to code then what work that has been done will have to be redone at contractors expense. It has already been found that some of the locations shown for Fire Alarm Control Panels will not work and changes must be made. If such a large item as a Fire Alarm Control Panel location has not been verified then this leaves me to suspect all device locations.
My fire alarm technicians are very concerned with what is happening with these plans. Therefore I am very concerned.
If this information is correct then this is the third time Siemens has changed their supervisor for this project. This time it was without any notification.
Please verify this information for me and let me know what is going on.
We need something in writing who exactly Siemens will use as their project supervisor and we must me notified in the future if their is any change.
Also we will need certifications showing that Siemens project supervisor is a NICET Level III Technician.
Please respond as soon as possible.

Thank You,

Rickey L. Kirk
C.O.T.R.

EVANS
EXHIBIT NO. 83
1FEB05



G- 001850

June 25, 2002
1 of 2

Grot Incorporated
Est. 1980
Electrical & Technology Contractors
583 Grot Drive
Lexington, Kentucky
40505-3835
Telephone: (859) 254-3848
Facsimile: (859) 254-3847
Toll Free: (888) 254-3847
Website: www.grotinc.com

BELL
EXHIBIT NO. 104
2FEB05

To: VA North Texas Health Care System
Dept. of Veterans Affairs
4500 S. Lancaster Road, Bldg. 8
Dallas, Texas 75216

Attn: Tongee Flemming

Date: 6/25/2002

Doc No. 1
Project: Bonham Tx.-VA
2002.006
Sam Rayburn Memorial Veterans East Ninth
Bonham Tx 75418

Subject: Response to E-mail dated 06/24/02

Dear Tongee Flemming:

In reviewing the e-mail received from Rickey Kirk, I need a little clarification and would like to clarify several matters.

1. It came to Mr. Kirk's attention that a Mr. Scott Stead of Siemens will be the project manager for the project. Who brought this to Mr. Kirk's attention? The Prime contractor on the project, Grot Inc., Has not received such information from Siemens that such a change has been made. Construction protocol mandates that any correspondence, conversations, etc. shall be between owner and prime contractor and not with the prime contractor's subcontractors.

2. The supervision of installation and testing shall be inacorradance with specifications.

3. The fire protection system shall be installed as designed by Fratto Engineering Inc. in accordance with the specifications. To provide a set of plans for the project that meets all codes is not a requirement of the contractual documents. It is the responsibility of the Engineering firm for the project to design a workable system which meets all applicable codes.

4. It has been brought to my attention that the owner has given direction to Mr. Stead with Siemens. The OWNER needs not to give any direction to Grot Inc. subcontractors, unless they are willing to incur the additional charges that may relate to said direction. As stated in item 1, and communication, directives, or correspondence should be addressed to Grot Inc., the prime contractor, for this project. Grot Inc. has a full time Project Manager, Mr. Jon Evans on site and is the person that any and all directives, and job site communications should be directed to.

5. Grot Inc. submitted drawings for the Siemens Fire Protection System Installation for the owners review and approval in accordance with the specification section 13850-4 paragraphs 1.4 subparagraphs B. On the last half of the drawings the owner corrected the following items and added additional items.
   a. Siemens drawing FA-17/Fratto Drawings EF-2.01E Room 137 the owner has requested two additional smoke detectors.
   b. Siemens drawing FA-21/Fratto drawing EF-2.04 two speakers were not shown on the Siemens drawings, they shall be installed as shown on Fratto drawings.

G- 003437

ABC    GSA FSS Contractor    IEC Independent Electrical Contractors Inc.

06/26/2002 10:16 8592543847 GROT INC PAGE 01

June 25, 2002
2012

Grot Incorporated

---

c. Siemens drawing FA-27/Fratto EF2.401C Room 131 is missing a flasher, one shall be installed as shown on Fratto drawing.

d. Siemens drawing FA-36/Fratto EF.01.01 one ceiling smoke is not shown and it shall be installed as shown on the Fratto drawing.

6. As stated in item 5, plans were submitted for review by the owner in accordance with the specifications. Grot Inc. was not contracted with to design the project. The design was the responsibility of the Owner's engineers, Fratto Engineering Inc. The installation of the fire alarm systems shall be as shown on the plans and per the specifications. It is not the responsibility of Grot Inc. to redesign the project.

7. The plans are diagrammatic in nature and thus moving a device from one wall to the other shall be shown on as built drawings.

Please feel free to contact me at my office, if you should have any other questions or issues.

Sincerely,
Grot, Incorporated

Clyde Bell

Clyde Bell
Project Manager

cc: John Mraz, VA North Texas Health Care System

Grot's Project Manager Claims The it is not Grot's responsibility to design project

G- 003438

06/26/2002 10:16 6592542847 PAGE 02

MEMO

TO: Ricky Kirk, Charles Ballard, Mel Harison & Chris Forner

FROM: John Mraz, Contracting Officer

DATE: July 2, 2002

SUBJECT: Meeting between Grot, Inc. and the VA

IN ATTENDANCE: John Mraz, VA: Ricky Kirk, VA: Charles Ballard, VA, Chris Forner, VA; David Morrison, Fratto; Clyde Bell, Grot, Inc.; Jon Evans, Grot, Inc.; & Jerry Grot, Grot, Inc.

ISSUES:

A. Training: Both parties agreed that Grot, Inc. shall be responsible for provide training and defray expenses for four unnamed techs. Grot, Inc. shall book the hotel reservations and provide meals. In addition, Grot, Inc. shall pay 32 cent per mile to each trainee for transportation costs. The contracting officer shall issue a modification to Grot's contract and deduct the transportation costs.
B. Certification Letters: Grot shall provide certification letters from Siemens. In addition, Grot shall provide certification letters from the training instructors.
C. Grot, Inc. will insure that all project samples and submittals are available on a timely basis.
D. Grot, Inc. will provide Ricky Kirk with receipts for stored materials before Invoice # 3 will be paid.
E. Prints VRS. Specifications: See below:

Evans
EXHIBIT NO. 84
1Feb05

G- 001846