NICET online

Certification Programs

- Certification Programs
- Exam Scheduling
- Apply
- Jobs
- Training
- Recertification
- NICET Store
- Forms & Publications
- About NICET
- Search & Site Map
- Ask NICET
- Home

## Fire Alarm Systems



This certification program was designed for engineering technicians working in the fire alarm industry who engage in a combination of the following fire alarm systems activities: system layout (plan preparation), system equipment selection, system installation, system acceptance testing, system trouble-shooting, system servicing, and system sales. Technical areas covered include applicable codes and standards, types of signaling systems, supervision requirements, types of fire and smoke detectors, building occupancy considerations, basic electricity and electronics, and physical science fundamentals.

The Fire Alarm Systems program comprises four levels of certification. Level I is designed for trainees and entry-level technicians who perform limited job tasks under frequent supervision, Level II is for technicians who perform routine tasks under general daily supervision, Level III is for intermediate-level technicians who, under little or no daily supervision, work with standards, plans, specifications, and instructions, and Level IV is for independent, senior-level technicians whose work includes supervising others. Certification at Levels II, III, and IV does not require prior certification at the lower level, but it does require meeting the certification requirements of the lower levels.

Requirements for Certification in Fire Alarm Systems
Download the Program Detail Manual
About the Exam
Standard Editions Referenced in Fire Protection Exams
Order a Crossover Listing
The Application and Certification Process
Test Development and Supporting Organizations

***Fire Alarm Systems is a subfield of Fire Protection Engineering Technology (Field Code 003, Subfield Code 03). Fire Alarm Systems is a Work Element Program.***

National Institute for Certification in Engineering Technologies
1420 King Street, Alexandria, VA 22314-2794 • 1-888-IS-NICET

## What is Fire Protection Engineering?

Fire protection engineering is the application of science and engineering principles to protect people and their environment from destructive fire and includes: analysis of fire hazards; mitigation of fire damage by proper design, construction , arrangement, and use of buildings, materials, structures, industrial processes, and transportation systems; the design, installation and maintenance of fire detection and suppression and communication systems; and post/fire investigation and analysis.

A fire protection engineer (FPE) by education, training, and experience: (1) is familiar with the nature and characteristics of fire and the associated products of combustion; (2) understands how fires originate, spread within and outside of buildings/structures, and can be detected, controlled, and/or extinguished; and (3) is able to anticipate the behavior of materials, structures, machines, apparatus, and processes as related to the protection of life and property from fire.

- Code of Ethics
- Profile of the FPE
- Role of the FPE in the Design / Construction Process

Download a PowerPoint presentation on the role of the fire protection engineer in the building design process. This presentation was prepared by SFPE's Design Team Liaison Task Group and is intended to be used when discussing fire protection engineering with allied professionals.

The Fire Protection Engineer

**What is Fire Protection Engineering**
**Becoming an FPE**
**Careers**
**Other FPE Links**
**Careers in Fire Protection Engineering**