# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: December 21, 2005)

| | |
|---|---|
| GROT INCORPORATED, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The Court on November 16, 2005, granted the parties' Joint Stipulation to transfer several cases pending before the Department of Veterans Affairs Board of Contract Appeals to this Court and consolidate them with the above-captioned case. The transfer of those cases is currently pending. Upon the Court's request, the parties filed a Joint Status Report ("JSR") on December 15. In the JSR, the Defendant states that it anticipates conducting some limited discovery upon the additional consolidated claims. However, the parties jointly propose that briefing on the Defendant's pending Motion for Partial Summary Judgment continue, and that further discovery be postponed until after the Court rules on the Motion.

**The suspension of briefing on the Defendant's Motion for Partial Summary Judgment is hereby lifted. The Plaintiff shall file a brief in opposition to the Defendant's Motion no later than January 25, 2006. The Defendant shall file a reply brief no later than February 8, and the parties shall file the Consolidated Statement of Uncontroverted Facts no later than February 15.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge