IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1951C (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests a 14-day enlargement of time, to and including February 22, 2006, within which to file its reply to plaintiff's opposition to defendant's motion for partial summary judgment. Defendant's reply brief is currently due on February 8, 2006. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by telephone regarding this request and does not oppose this motion.

The requested enlargement of time is necessary because the undersigned served on jury duty at the District of Columbia Superior Court, and was, thus, out of the office from January 23, 2006, until January 31,

2006. In addition to the reply brief due in this case, the undersigned has a motion to dismiss in Jackson v. United States, Fed. Cl. No. 05-526, and a reply brief in Holmes v. United States, Fed. Cl. No. 05-994, due no later than February 13, 2006. In the United States Court of Appeals for the Federal Circuit, the undersigned has an oral argument in Contreras v. United States, Fed. Cir. No. 05-5108, on February 7, 2006. Thus, the additional time is required to allow Government counsel sufficient time to review plaintiff's opposition to the motion for partial summary judgment, to confer with agency counsel and to draft a reply brief.

For these reasons, we respectfully request that the Court grant this request for an enlargement of time of 14 days, to and including February 22, 2006.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 353-7995
Fax: (202) 514-8624

February 6, 2006

Attorneys for Defendant