# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: February 8, 2006)

*****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

The Defendant's unopposed 14-day **Motion for an Enlargement of Time**, **until February 22, 2006, to reply** to Plaintiff's opposition to Defendant's Motion for Partial Summary Judgment, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge