make sense to you?
A. There are some specialized devices like that. But by and large, I don't think most people are normally taking advantage of those kinds of differences. Their code is going to say that you put X number within a certain square feet or they're on a certain spacing down the corridor, and you go from there.
Q. Okay. So then, my next question is, is the way that this project was done where you were hired to do generic drawings and then a contractor comes in and bids on it to actually build the specific system or install the specific system -- is this normal? Have you ever done this before?
A. It's normal for me.
Q. Okay. Can you give me examples of other projects that you've done that are similar to this and how were they similar?
A. All of the work -- all of the documents that we prepare that have the installation or modification of an existing fire-alarm system referenced in them referenced them as a performance package. We're not -- we're not designing that package, simply communicating to the contractor that he needs to obtain the design-level person. And he needs to follow these

parameters within this scope and come up with that system and install it.

Q. Okay. Has it been your normal experience that, when contractors bid on this type of project, that they understand that? Let me ask it a different way. Would you say that it's accepted in the industry that this is normal practice?

A. I believe it is. I don't know that I can say that --

Q. And I'm asking your opinion.

A. -- on behalf of the industry. But that's what we do, and that's what we've always done.

Q. Okay. So if I asked you, what would you consider your expertise to be in, what would you say?

A. Preparing documents to get apples-to-apples bids for various modifications to structures.

Q. Okay. Do you consider yourself to be -- let's go to when you were reviewing the documents. Okay. Let's go back to when you were reviewing the documents. When you would get the shop drawings from Grot, I think you said -- correct me if I'm wrong -- that you didn't remember if they came directly to you from Grot or if they went through the VA.

A. Correct.

Q. Okay. So let's just say, once they were in