IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 03-1951C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a seven day enlargement of time, to and including March 8, 2006, within which to file the Consolidated Statement of Uncontroverted Facts. Pursuant to this Court's October 29, 2003 special procedures order, the Consolidated Statement of Uncontroverted Facts is due no later than March 1, 2006. This is the parties' first request for an enlargement of time for this purpose.

The requested enlargement of time is necessary because the parties have been unable to confer regarding the language of the consolidated statement. This situation resulted, in part, from the fact that Government counsel was out of the office February 16, 17 and 21, 2006, and plaintiff's counsel was out of the office February 10, 13, 23 and 24, 2006. The parties anticipate that an enlargement of seven days will allow the parties

to confer and draft the consolidated statement.

For these reasons, we respectfully request that the Court grant this request for an enlargement of time of seven days, to and including March 8, 2006.

Respectfully submitted,

s/Andrew J. Kilpatrick, Jr.
ANDREW J. KILPATRICK, JR.
Gore, Kilpatrick, &
Dambrino, PLLC
Post Office Drawer 2900
Ridgeland, MS. 39158

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
ATTN: Classification Unit, 8th Fl
100 L Street, NW
Washington, DC 20530

Phone: (202) 353-7995
Fax: (202) 514-8624

February 28, 2006

Attorneys for Defendant