# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: March 3, 2006)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The parties' **Joint Motion for an Enlargement of Time** (7 days), **until March 8, 2006, to file the Consolidated Statement of Uncontroverted Facts**, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge