IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1951C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a seven day enlargement of time, to and including March 15, 2006, within which to file the Consolidated Statement of Uncontroverted Facts. Pursuant to this Court's March 3, 2006 order, the Consolidated Statement of Uncontroverted Facts is due no later than March 8, 2006. This is the parties' second request for an enlargement of time for this purpose, the Court having previously granted the parties a seven-day enlargement of time.

The requested enlargement of time is necessary because the parties need additional time to finalize their consolidated statement. At this time the parties have created a 70-page working draft, but need additional time to discuss, edit and agree upon a final, integrated statement. This is due in

part to the fact that the statement is larger than the parties expected and that the structure of each party's original statement of facts differed so greatly. The parties anticipated that they would be able to file the consolidated statement today, however, it became apparent within the last day that this was not possible. While it is possible that seven days is more than an ample amount of time for us to complete and file our consolidated statement, we prefer to err on the side of caution and request a seven-day enlargement, as counsel for plaintiff will be out of the office in depositions March 9 and 10.

For these reasons, we respectfully request that the Court grant this request for an enlargement of time of seven days, to and including March 15, 2006.

Respectfully submitted,

s/Andrew J. Kilpatrick, Jr.
ANDREW J. KILPATRICK, JR.
Gore, Kilpatrick, &
Dambrino, PLLC
Post Office Drawer 2900
Ridgeland, MS. 39158

Counsel for Plaintiff

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Lindsay Williams
LINDSAY WILLIAMS
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
ATTN: Classification Unit, 8th Fl
100 L Street, NW
Washington, DC 20530

Phone: (202) 353-7995
Fax: (202) 514-8624

March 8, 2006

Attorneys for Defendant