# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: March 14, 2006)

| | |
|---|---|
| GROT INCORPORATED, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The parties' **Joint Motion for an Enlargement of Time** (7 days), **until March 15, 2006, to file the Consolidated Statement of Uncontroverted Facts**, is hereby **GRANTED**.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge