# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: March 17, 2006)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

This Order confirms **Oral Argument** on the Defendant's Motion for Partial Summary Judgment is scheduled for **1:00 p.m., on Tuesday, April 4, 2006**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff and the United States shall appear in person.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge