# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: March 24, 2006)

| | |
|---|---|
| GROT INCORPORATED, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

**ORDER**

On November 16, 2005, the Court ordered that the Plaintiff's pending appeals before the Department of Veterans Affairs Board of Contract Appeals ("Board") be transferred to this Court and consolidated with the above-captioned case. At the April 4 Oral Argument, the parties should be prepared to report the status of the appeals before the Board, which have yet to be transferred to this Court.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge