# In the United States Court of Federal Claims

**03-1951C**

**Filed: April 7, 2006**

**GROT INCORPORATED**

**v.**

**THE UNITED STATES**

**Letter and copies of all documents from the Department of Veteran Affairs Board of Contract Appeals**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.