# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: April 28, 2006)

*****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*****************************************************

## ORDER

On November 16, 2005, the Court ordered the transfer to this Court of Grot's pending appeals before the Department of Veterans Affairs Board of Contract Appeals (VABCA), VABCA Appeal Nos. 7438, 7439, 7440, 7441, 7442, 7443, and 7444. On April 7, 2006, the Court received copies of all documents related to these appeals. These documents were filed as docket entry number 65 in the above-captioned case, Case No. 03-1951C.

The Clerk of the Court is ordered to assign individual sub-case numbers to the transferred VABCA appeals, Appeal Nos. 7438, 7439, 7440, 7441, 7442, 7443, and 7444. These newly created case numbers shall be consolidated for all purposes under the lead case, *Grot, Incorporated v. United States*, Case No. 03-1951C, unless otherwise ordered by the Court. All future filings in this matter shall be filed using the lead Case No. 03-1951C (Consolidated), unless otherwise ordered by the Court.

We should note that, "consolidation under Rule 42(a) is simply a procedural device" and "does not merge [multiple] cases into a single claim, nor does it change or expand the parties' rights." *S. Cal. Fed. Sav. and Loan Assoc. v. United States*, 51 Fed. Cl. 676, 678 (2002).

This order does not require the parties to file or refile any additional documents in the newly created cases, the dockets and records of which shall be deemed to include any prior filings in this action. The Court hereby waives any additional filing fees that would otherwise be due pursuant to RCFC 77.1(c).

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge