IN THE UNITED STATES COURT OF FEDERAL CLAIMS

GROT INCORPORATED,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

No. 03-1951C
(Judge Baskir)

JOINT STATUS REPORT

In its May 15, 2006, order, the Court directed the parties to file a Joint Status Report to propose further proceedings in this case. On April 28, 2006, the Court consolidated plaintiff's pending appeals with the Veterans Affairs Board of Contract Appeals ("VABCA")[1], with the above-captioned case, as member case numbers 1:03-cv-19510-LMB; 1:03-cv-19511-LMB; 1:03-cv-19512-LMB; 1:03-cv-19513-LMB; 1:03-cv-19514-LMB; 1:03-cv-19515-LMB; and 1:03-cv-19516-LMB. In the parties' most recent Joint Status Report filed on December 15, 2005, the parties requested that discovery with respect to the consolidated VABCA claims would take place after the Court had entered a decision on the Government's motion for partial summary judgment. The Court granted

[1]VABCA Appeal Nos. 7438, 7439, 7440, 7441, 7442, 7443, and 7444.

that motion by its May 15, 2006, order, and accordingly, the parties submit the following schedule:

Discovery on plaintiff's appeals to the Veteran's Affairs Contract Board of Appeals that were consolidated with the above-captioned case shall be completed on or before October 30, 2006.

The parties shall designate any additional expert witnesses on or before October 30, 2006.

Dispositive motions, if any, shall be filed by the parties on or before December 15, 2006.

Plaintiff requests that this case be set for a pre-trial conference in accordance with RCFC 16, and also be placed on the Court's trial calendar. The Government believes that this case should be set for a pre-trial conference in accordance with RCFC 16, and also be placed on the Court's trial calendar, if necessary, following resolution of any dispositive motions.

Respectfully submitted,

Grot, Incorporated

By: Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick Jr. ID #656
Gore, Kilpatrick, & Dambrino, PLLC

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: (601) 957- 3202
Facsimile: (601) 957-1790
MSB #3763
Attorney for Plaintiff

June 20, 2006

s/ Franklin E. White, Jr.
Franklin E. White, Jr.
Assistant Director

s/Joan M. Stentiford
Joan M. Stentiford
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Defendant

OF COUNSEL:

Kenneth MacKenzie
Veterans Administration
Litigation Attorney