# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: June 26, 2006)

| | |
|---|---|
| GROT INCORPORATED, *Plaintiff,* | * |
| v. | * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * |

## ORDER

The **discovery schedule** in the parties' Joint Status Report of June 20, 2006, is **GRANTED**. **Discovery** in the above-captioned case will **conclude on October 30, 2006.** The parties shall file a **Joint Status Report no later than November 30, 2006**, addressing further proceedings, including whether either party intends to file a dispositive motion.

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge