# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: December 6, 2006)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

**Defendant's Motion for a Protective Order regarding the discovery sought from Siemens is hereby DENIED.** The Plaintiff has satisfied the Court that the documents meet the broad standard for relevance required for discovery. The Defendant has failed to demonstrate that a protective order is required to prevent annoyance, embarrassment, oppression, or undue burden or expense as required by RCFC 26(c).

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge