# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: December 13, 2006)

****************************************************

| | |
|---|---|
| GROT INCORPORATED, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |

****************************************************

**ORDER**

In the Parties' Joint Status Report, Defendant indicated an intention to file a Dispositive Motion. **The Parties are hereby ordered to submit an agreed schedule for briefing on the motion no later than January 3, 2007.**

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge