IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1951C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED SCHEDULE FOR BRIEFING DISPOSITIVE MOTIONS**

Pursuant to the Court's Order entered December 13, 2006, the parties propose the following schedule:

All dispositive motions, from either party, shall be filed or before March 2, 2007.

Oppositions to dispositive motions shall be filed on or before April 2, 2007.

Reply briefs, if any, shall be filed on or before April 16, 2007.

Respectfully submitted,

Peter D. Keisler
Assistant Attorney General

David M. Cohen
Director

GROT, INCORPORATED

s/ Franklin E. White, Jr.
Franklin E. White, Jr.
Assistant Director

By: s/ Andrew J. Kilpatrick
Andrew J. Kilpatrick, Jr. ID #656
Gore, Kilpatrick, Purdie, Metz
& Adcock, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
Telephone: (601) 957-1595
Facsimile: (601) 899-9171
Attorney for Plaintiff

s/Joan M. Stentiford
Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Telephone: (202) 616-0341
Facsimile: (202) 514-8624

Of Counsel:

Kenneth MacKenzie
Veterans Administration
Litigation Attorney
Attorneys for Defendant

December 28, 2006

IT IS SO ORDERED.

______________________________
Judge Lawrence M. Baskir
United States Court of Federal Claims