# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: January 5, 2007)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

**ORDER**

Upon the Court's request, the Parties filed a proposed schedule for briefing dispositive motions. This Order confirms the schedule proposed by the Parties. It is the Court's understanding that only the Government intends to file a dispositive motion.

**The Defendant's dispositive motion shall be filed no later than March 2, 2007. The opposition and cross motion, if any, shall be filed no later than April 2, 2007. The reply and opposition to the cross motion shall be filed no later than April 16, 2007.**

**The Parties shall submit a Consolidated Statement of Uncontroverted Facts tailored appropriately for the motion no later than April 23, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge