No. 03-1951C
(Judge Baskir)

---

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

---

GROT, INC.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

SUPPLEMENTAL APPENDIX TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT UPON THE CLAIMS TRANSFERRED FROM THE VABCA AND UPON THE ISSUE OF WHETHER THE TERMINATION OF THE CONTRACT FOR DEFAULT WAS PROPER

PETER D. KEISLER
Assistant Attorney General
JEANNE E. DAVIDSON
Director
FRANKLIN E. WHITE, JR.
Assistant Director
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, DC 20530
Telephone: (202) 616-0341
Facsimile: (202) 514-8624
Attorneys for Defendant

March 2, 2007

5. This confirmation is subject to the Uniform Customs and Practice (UCP) for Documentary Credits, 1993 Revision, International Chamber of Commerce Publication No. 500, and to the extent not inconsistent therewith, to the laws of __________ [state of confirming financial institution].

6. If this confirmation expires during an interruption of business of this financial institution as described in Article 17 of the UCP, we specifically agree to effect payment if this credit is drawn against within 30 days after the resumption of our business.

Sincerely,

------------------------------------------------------------------------

[Confirming financial institution]

(g) The following format shall be used by the Contracting Officer for a sight draft to draw on the Letter of Credit: SIGHT DRAFT

[City, State]
(Date)__________________
[Name and address of financial institution]
Pay to the order of-------------------------------------------------
[Beneficiary Agency] __________
the sum of United States $ __________
This draft is drawn under-----------------------------------------------
Irrevocable Letter of Credit No.-----------------------------------------

------------------------------------------------------------------------

[Beneficiary Agency]
By: __________________

(End of Clause)

**52.228-15 PERFORMANCE AND PAYMENT BONDS--CONSTRUCTION (JULY 2000)**

(a) Definitions. As used in this clause--

Original contract price means the award price of the contract; or, for requirements contracts, the price payable for the estimated total quantity; or, for indefinite-quantity contracts, the price payable for the specified minimum quantity. Original contract price does not include the price of any options, except those options exercised at the time of contract award.

(b) Amount of required bonds. Unless the resulting contract price is $100,000 or less, the successful offeror shall furnish performance and payment bonds to the Contracting Officer as follows:

(1) Performance bonds (Standard Form 25). The penal amount of performance bonds at the time of contract award shall be 100 percent of the total dollar amount of task orders in process.

(2) Payment Bonds (Standard Form 25-A). The penal amount of payment bonds at the time of contract award shall be 100 percent of the total dollar amount of task orders in process.

(3) Additional bond protection.

(i) The Government may require additional performance and payment bond protection if the contract price is increased. The increase in protection generally will equal 100 percent of the increase in contract price.

(ii) The Government may secure the additional protection by directing the Contractor to increase the penal amount of the existing bond or to obtain an additional bond.

(c) Furnishing executed bonds. The Contractor shall furnish all executed bonds, including any necessary reinsurance agreements, to the Contracting Officer, within the time period specified in the Bid Guarantee provision of the solicitation, or otherwise specified by the Contracting Officer, but in any event, before starting work.

(d) Surety or other security for bonds. The bonds shall be in the form of firm commitment, supported by corporate sureties whose names appear on the list contained in Treasury Department Circular 570, individual sureties, or by other acceptable security such as postal money order, certified check, cashier's check, irrevocable letter of credit, or, in accordance with Treasury Department regulations, certain bonds or notes of the United States. Treasury Circular 570 is published in the Federal Register or may be obtained from the U.S. Department of Treasury, Financial Management Service, Surety Bond Branch, 401 14th Street, NW, 2nd Floor, West Wing, Washington, DC 20227.

(e) Notice of subcontractor waiver of protection (40 U.S.C. 270b(c). Any waiver of the right to sue on the payment bond is void unless it is in writing, signed by the person whose right is waived, and executed after such person has first furnished labor or material for use in the performance of the contract.

(End of Clause)

## 52.232-5 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (MAY 1997)

(a) Payment of price. Government shall pay the Contractor the contract price as provided in this contract.

(b) Progress payments. The Government shall make progress payments monthly as the work proceeds, or at more frequent intervals as determined by the Contracting Officer, on estimates of work accomplished which meets standards of quality established under the contract, as approved by the Contracting Officer.

(1) The Contractor's request for progress payments shall include the following substantiation:

(i) An itemization of the amounts requested, related to the various elements of work required by the contract covered by the payment requested.

(ii) A listing of the amount included for work performed by each subcontractor under the contract.

(iii) A listing of the total amount of each subcontract under the contract.

(iv) A listing of the amounts previously paid to each such subcontractor under the contract.

(v) Additional supporting data in a form and detail required by the Contracting Officer.

(2) In the preparation of estimates, the Contracting Officer may authorize material delivered on the site and preparatory work done to be taken into consideration. Material delivered to the Contractor at locations other than the site also may be taken into consideration if--

(i) Consideration is specifically authorized by this contract; and

(ii) The Contractor furnishes satisfactory evidence that it has acquired title to such material and that the material will be used to perform this contract.

(c) Contractor certification. Along with each request for progress payments, the Contractor shall furnish the following certification, or payment shall not be made: (However, if the Contractor elects to delete paragraph (c)(4) from the certification, the certification is still acceptable.)

I hereby certify, to the best of my knowledge and belief, that--

(1) The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract;

(2) Payments to subcontractors and suppliers have been made from previous payments received under the contract, and timely payments will be made from proceeds of the payment covered by this

(End of Clause)

**52.232-18 AVAILABILITY OF FUNDS (APR 1984**

Funds are not presently available for this contract. The Government's obligation under this contract is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise until funds are made available to the Contracting Officer for this contract and until the Contractor receives notice of such availability, to be confirmed in writing by the Contracting Officer.

(End of Clause)

**4.42 52.232-23 ASSIGNMENT OF CLAIMS (JAN 1986**

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 15 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.
(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

(End of Clause)

**52.232-27 PROMPT PAYMENT FOR CONSTRUCTION CONTRACTS (JUN 1997)**

Notwithstanding any other payment terms in this contract, the Government will make invoice payments and contract financing payments under the terms and conditions specified in this clause. Payment shall be considered as being made on the day a check is dated or the date of an electronic funds transfer. Definitions of pertinent terms are set forth in section 32.902 of the Federal Acquisition Regulation. All days referred to in this clause are calendar days, unless otherwise specified. (However, see subparagraph (a)(3) concerning payments due on Saturdays, Sundays, and legal holidays.)

(a) Invoice payments--(1) Types of invoice payments. For purposes of this clause, there are several types of invoice payments that may occur under this contract, as follows:

(i) Progress payments, if provided for elsewhere in this contract, based on Contracting Officer approval of the estimated amount and value of work or services performed, including payments for reaching milestones in any project:

(A) The due date for making such payments shall be 30 days after receipt of payment request by the designated billing office. If the designated billing office fails to annotate the payment request with the actual date of receipt at the time of receipt, the payment due date shall be the 30th day after the date of the Contractor's payment request, provided a proper payment request is received and there is no disagreement over quantity, quality, or Contractor compliance with contract requirements.

(B) The due date for payment of any amounts retained by the Contracting Officer in accordance with the clause at 52.232-5, Payments Under Fixed-Price Construction Contracts, shall be as specified in the contract or, if not specified, days after approval for release to the Contractor by the Contracting Officer.

(a) Nothing contained in this contract shall be construed as creating any contractual relationship between any subcontractor and the Government. Divisions or sections of specifications are not intended to control the contractor in dividing work among subcontractors, or to limit work performed by any trade.
(b) The contractor shall be responsible to the Government for acts and omissions of his/her own employees, and of the subcontractors and their employees. The contractor shall also be responsible for coordination of the work of the trades, subcontractors, and material suppliers.

(c) The Government or its representatives will not undertake to settle any differences between the contractor and subcontractors or between subcontractors.

(d) The Government reserves the right to refuse to permit employment on the work or require dismissal from the work of any subcontractor who, by reason of previous unsatisfactory work on Department of Veterans Affairs projects or for any other reason, is considered by the contracting officer to be incompetent or otherwise objectionable.

(End of Clause)

**VAAR 852.236-81 WORK COORDINATION (APR 1984)**

The contractor shall be responsible to the Government for acts and omissions of his/her own employees, and subcontractors and their employees. The contractor shall also be responsible for coordination of the work of the trades, subcontractors, and material suppliers. The contractor shall, in advance of the work, prepare coordination drawings showing the location of openings through slabs, the pipe sleeves and hanger inserts, as well as the location and elevation of utility lines, including, but not limited to, conveyor systems, pneumatic tubes, ducts, and conduits and pipes 2 inches and larger in diameter. These drawings, including plans, elevations, and sections as appropriate shall clearly show the manner in which the utilities fit into the available space and relate to each other and to existing building elements. Drawings shall be of appropriate scale to satisfy the previously stated purposes, but not smaller than 3/8-inch scale. Drawings may be composite (with distinctive colors for the various trades) or may be separate but fully coordinated drawings (such as sepias or photographic paper reproducibles) of the same scale. Separate drawings shall depict identical building areas or sections and shall be capable of being overlaid in any combination. The submitted drawings for a given area of the project shall show the work of all trades which will be involved in that particular area. Six complete composite drawings or six complete sets of separate reproducible drawings shall be received by the Government not less than 20 days prior to the scheduled start of the work in the area illustrated by the drawings, for the purpose of showing the contractor's planned methods of installation. The objectives of such drawings are to promote carefully planned work sequence and proper trade coordination, in order to assure the expeditious solutions of problems and the installation of lines and equipment as contemplated by the contract documents while avoiding or minimizing additional costs to the contractor and to the Government. In the event the contractor, in coordinating the various installations and in planning the method of installation, finds a conflict in location or elevation of any of the utilities with themselves, with structural items or with other construction items, he/she shall bring this conflict to the attention of the contracting officer immediately. In doing so, the contractor shall explain the proposed method of solving the problem or shall request instructions as to how to proceed if adjustments beyond those of usual trades coordination are necessary. Utilities installation work will not proceed in any area prior to the submission and completion of the Government review of the coordinated drawings for that area, nor in any area in which conflicts are disclosed by the coordination drawings until the conflicts have been corrected to the satisfaction of the contracting officer. It is the responsibility of the contractor to submit the required drawings in a timely manner consistent with the requirements to complete the work covered by this contract within the prescribed contract time.

(End of Clause)

**VAAR 852.236-82 PAYMENTS UNDER FIXED-PRICE CONSTRUCTION CONTRACTS (APR 1984)**

(a) Retainage:

(1) The contracting officer may retain funds:

(i) Where performance under the contract has been determined to be deficient or the contractor has performed in an unsatisfactory manner in the past; or
(ii) As the contract nears completion, to ensure that deficiencies will be corrected and that completion is timely.

(2) Examples of deficient performance justifying a retention of funds include, but are not restricted to, the following:

(i) Unsatisfactory progress as determined by the contracting officer;
(ii) Failure to meet schedule in Schedule of Work Progress;
(iii) Failure to present submittals in a timely manner; or
(iv) Failure to comply in good faith with approved subcontracting plans, certifications or contract requirements.

(3) Any level of retention shall not exceed 10 percent either where there is determined to be unsatisfactory performance, or when the retainage is to ensure satisfactory completion. Retained amounts shall be paid promptly upon completion of all contract requirements, but nothing contained in this subparagraph shall be construed as limiting the contracting officer's right to withhold funds under other provisions of the contract or in accordance with the general law and regulations regarding the administration of Government contracts.

(b) The contractor shall submit a schedule of cost to the contracting officer for approval within 30 calendar days after date of receipt of notice to proceed. Such schedule will be signed and submitted in triplicate. The approved cost schedule will be one of the bases for determining progress payments to the contractor for work completed. This schedule shall show cost by the branches of work for each building or unit of the contract, as instructed by the resident engineer.

(1) The branches shall be subdivided into as many subbranches as are necessary to cover all component parts of the contract work.

(2) Costs as shown on this schedule must be true costs and, should the resident engineer so desire he/she may require the contractor to submit the original estimate sheets or other information to substantiate detailed makeup of schedule.

(3) The sum of subbranches, as applied to each branch, shall equal the total cost of such branch. The total costs of all branches shall equal the contract price.

(4) Insurance and similar items shall be prorated and included in the cost of each branch of the work.

(5) The cost schedule shall include separate cost information for the systems listed below. The percentages listed below are proportions of the cost listed in contractor's cost schedule and identify, for payment purposes, the value of the work to adjust, correct and test systems after the material has been installed. Payment of the listed percentages will be made only after the contractor has demonstrated that each of the systems is substantially complete and operates as required by the contract.

| Value of Adjusting, Correcting, and Testing System | System Percent |
|---|---|
| Pneumatic tube system ........................................ | 10 |
| Incinerators (medical waste and trash) ........................ | 5 |
| Sewage treatment plant equipment ............................. | 5 |
| Water treatment plant equipment .............................. | 5 |
| Washers (dish, cage, glass, etc.) ............................ | 5 |
| Sterilizing equipment.......................................... | 5 |

| | |
|---|---|
| Water distilling equipment ................................... | 5 |
| Prefab temperature rooms (cold, constant temperature) ......... | 5 |
| Entire air-conditioning system (Specified under 600 Sections) . | 5 |
| Entire boiler plant system (Specified under 700 Sections) ..... | 5 |
| General supply conveyors .................................... | 10 |
| Food service conveyors ...................................... | 10 |
| Pneumatic soiled linen and trash system ...................... | 10 |
| Elevators and dumbwaiters .................................... | 10 |
| Materials transport system ................................... | 10 |
| Engine-generator system ...................................... | 5 |
| Primary switchgear ........................................... | 5 |
| Secondary switchgear ......................................... | 5 |
| Fire alarm system ............................................ | 5 |
| Nurse call system ............................................ | 5 |
| Intercom system .............................................. | 5 |
| Radio system ................................................. | 5 |
| TV (entertainment) system .................................... | 5 |

(c) In addition to this cost schedule, the contractor shall submit such unit costs as may be specifically requested. The unit costs shall be those used by the contractor in preparing his/her bid and will not be binding as pertaining to any contract changes.

(d) The contracting officer will consider for monthly progress payments material and/or equipment procured by the contractor and stored on the construction site as space is available, or at a local approved location off the site, under such terms and conditions as such officer approves, including but not limited to the following:

(1) The material or equipment is in accordance with the contract requirements and/or approved samples and shop drawings.

(2) Only those materials and/or equipment as are approved by the resident engineer for storage will be included.

(3) Such materials and/or equipment will be stored separately and will be readily available for inspection and inventory by the resident engineer.

(4) Such materials and/or equipment will be protected against weather, theft and other hazards and will not be subjected to deterioration.

(5) All of the other terms, provisions, conditions and covenants contained in the contract shall be and remain in full force and effect as therein provided.

(6) A supplemental agreement will be executed between the Government and the contractor with the consent of the contractor's surety for off-site storage.

(e) The contractor, prior to receiving a progress or final payment under this contract, shall submit to the contracting officer a certification that the contractor has made payment from proceeds of prior payments, or that timely payment will be made from the proceeds of the progress or final payment then due, to subcontractors and suppliers in accordance with the contractual arrangements with them.

(f) The Government reserves the right to withhold payment until samples, shop drawings, engineer's certificates, additional bonds, payrolls, weekly statements of compliance, proof of title, nondiscrimination compliance reports, or any other things required by this contract, have been submitted to the satisfaction of the contracting officer.

(End of Clause)

(b) If a stop-work order issued under this clause is canceled either before or after a final decision in the protest, the Contractor shall resume work. Contracting Officer shall make an equitable adjustment in the delivery schedule or contract price, or both, and the contract shall be modified, in writing, accordingly, if -

(1) The stop-work order results in an increase in the time required for, or in the Contractor's cost properly allocable to, the performance of any part of this contract; and

(2) The Contractor asserts its right to an adjustment within 30 days after the end of the period of work stoppage; provided, that if the Contracting Officer decides the facts justify the action, the Contracting Officer may receive and act upon a proposal submitted at any time before final payment under this contract.

(c) If a stop-work order is not canceled and the work covered by the order is terminated for the convenience of the Government, the Contracting Officer shall allow reasonable costs resulting from the stop-work order in arriving at the termination settlement.

(d) If a stop-work order is not canceled and the work covered by the order is terminated for default, the Contracting Officer shall allow, by equitable adjustment or otherwise, reasonable costs resulting from the stop-work order.

(e) Government's rights to terminate this contract at any time are not affected by action taken under this clause.

(f) If, as the result of the Contractor's intentional or negligent misstatement, misrepresentation, or miscertification, a protest related to this contract is sustained, and the Government pays costs, as provided in FAR 33.102(b)(2) or 33.104(h)(1), the Government may require the Contractor to reimburse the Government the amount of such costs. In addition to any other remedy available, and pursuant to the requirements of Subpart 32.6, the Government may collect this debt by offsetting the amount against any payment due the Contractor under any contract between the Contractor and the Government.

(End of Clause)

**52.236-1 PERFORMANCE OF WORK BY THE CONTRACTOR (APR 1984**

The Contractor shall perform on the site, and with its own organization, work equivalent to at least percent of the total amount of work to be performed under the contract. This percentage may be reduced by a supplemental agreement to this contract if, during performing the work, the Contractor requests a reduction and the Contracting Officer determines that the reduction would be to the advantage of the Government.

(End of Clause)

**52.236-2 DIFFERING SITE CONDITIONS (APR 1984**

(a) The Contractor shall promptly, and before the conditions are disturbed, give a written notice to the Contracting Officer of (1) subsurface or latent physical conditions at the site which differ materially from those indicated in this contract, or (2) unknown physical conditions at the site, of an unusual nature, which differ materially from those ordinarily encountered and generally recognized as inhering in work of the character provided for in the contract.

(b) Contracting Officer shall investigate site conditions promptly after receiving notice. If the conditions do materially so differ and cause an increase or decrease in the Contractor's cost of, or the time required for, performing any part of the work under this contract, whether or not changed as a result of the conditions, an equitable adjustment shall be made under this clause and the contract modified in writing accordingly.

(c) No request by the Contractor for an equitable adjustment to the contract under this clause shall be allowed, unless the Contractor has given the written notice required; provided, that the time prescribed in (a) above for giving written notice may be extended by the Contracting Officer.

(d) No request by the Contractor for an equitable adjustment to the contract for differing site conditions shall be allowed if made after final payment under this contract.

(End of Clause)

**52.236-3 SITE INVESTIGATION & CONDITIONS AFFECTING THE WORK (APR 1984)**

(a) The Contractor acknowledges that it has taken steps reasonably necessary to ascertain the nature and location of the work, and that it has investigated and satisfied itself as to the general and local conditions which can affect the work or its cost, including but not limited to (1) conditions bearing upon transportation, disposal, handling, and storage of materials; (2) the availability of labor, water, electric power, and roads; (3) uncertainties of weather, river stages, tides, or similar physical conditions at the site; (4) the conformation and conditions of the ground; and (5) the character of equipment and facilities needed preliminary to and during work performance. The Contractor also acknowledges that it has satisfied itself as to the character, quality, and quantity of surface and subsurface materials or obstacles to be encountered insofar as this information is reasonably ascertainable from an inspection of the site, including all exploratory work done by the Government, as well as from the drawings and specifications made a part of this contract. Any failure of the Contractor to take the actions described and acknowledged in this paragraph will not relieve the Contractor from responsibility for estimating properly the difficulty and cost of successfully performing the work, or for proceeding to successfully perform the work without additional expense to the Government.

(b) The Government assumes no responsibility for any conclusions or interpretations made by the Contractor based on the information made available by the Government. Nor does the Government assume responsibility for any understanding reached or representation made concerning conditions which can affect the work by any of its officers or agents before the execution of this contract, unless that understanding or representation is expressly stated in this contract.

(End of Clause)

**52.236-4 PHYSICAL DATA (APR 1984**

Data and information furnished or referred to below is for Contractor's information. The Government shall not be responsible for any interpretation of or conclusion drawn from data or information by Contractor.

(a) The indications of physical conditions on the drawings and in the specifications are the result of site investigations by:

(b) Weather Conditions:

(c) Transportation Facilities

(d) Other Physical Data

(End of Clause)

**52.236-5 MATERIAL AND WORKMANSHIP (APR 1984)**

(a) All equipment, material, and articles incorporated into the work covered by this contract shall be new and of the most suitable grade for the purpose intended, unless otherwise specifically provided in this contract. References in the specifications to equipment, material, articles, or patented processes by trade name, make, or catalog number, shall be regarded as establishing a standard of quality and shall not be construed as limiting competition. The Contractor may, at its option, use any equipment, material, article, or process that, in the judgment of the Contracting Officer is equal to that named in the specifications, unless otherwise specifically provided in this contract.

(b) The Contractor shall obtain the Contracting Officer's approval of the machinery and mechanical and other equipment to be incorporated into the work. When requesting approval, the Contractor shall furnish to the

**SECTION 13850**
**FIRE ALARM SYSTEM**

**PART 1 GENERAL**

**1.1 DESCRIPTION**

A. This section of the specifications includes: the furnishing, installation, and connection of fire alarm equipment to form a complete multi-building analog addressable-device fire alarm and emergency notification system; testing and placing the new system into operation; training of the owner's personnel; and removal of the old system. The new system shall include, but not be limited to, alarm initiating devices, alarm notification appliances, control units, fire safety control devices and interfaces, annunciators, power supplies, remote alarm interfaces, and wiring as shown on the drawings and as specified. All devices and accessories necessary for a complete operating system shall be included even though each item is not specifically mentioned or described herein.

B. The fire alarm system shall comply with requirements of NFPA 101 and NFPA 72. [redacted] Equipment manufacturer factory engineers thoroughly familiar and knowledgeable with all equipment utilized, shall provide additional technical support at the site as required by the Contracting Officer or his authorized representative. Installers shall have a minimum of five years experience installing fire alarm systems.

C. The system's active components shall be of a single manufacturer except as permitted herein.

D. The new system shall be installed one Fire Alarm Control Unit (FACU) at a time while the existing system remains in operation in all areas yet to be completed for work under this project. The work shall follow a VA approved Contractor work plan.

E. The Contractor shall provide a dedicated fire watch person all times any normally protected area is disconnected from a fire alarm system as a result of the project work, except during normal day shift non-holiday VA work hours. The fire watch person shall have no duties other than fire watch. Contractor personnel assigned to fire watch shall have VA fire watch training prior to assuming fire watch duties. The training shall be during normal day shift work hours. Individuals shall be instructed by VA personnel for VA alarm notification procedures. Coordinate with the COTR for this training.

F. Fire alarm system outages must be coordinated with the COTR not less than 2 weeks in advance.

G. Fire alarm signals:

1. All buildings shall have an automatic fire alarm signal for each floor unless noted otherwise herein. The alarm shall consist of operation of visual notification appliances and of a digitized voice announcement on system dedicated audible notification appliances.

2. All areas shall be accessible for microphone initiated audio instructions from the master FACU located in the control room at Building 11/23 (also called the Energy Center and called the Central Plant.

3. Two distinct alarm signal systems are required at Building 11/23. One system for a campus-wide alarm signal and one system for Building 11/23 itself.

4. Each fire alarm initiation shall cause an alpha-numeric input to the site paging system. Through the COTR, coordinate with the existing paging service provider for this function.

5. All fire alarm speakers shall be capable of announcing staff instructions unless otherwise noted.

6. Alarm signals (by device), supervisory signals (by device) and system trouble signals (by device not reporting) shall be distinctly and discretely reported at an FACU and transmitted to the master FACU.

7. The master FACU shall automatically transmit alarm signals to a central station using a digital alarm communicator transmitter in accordance with NFPA 72. Through the COTR, coordinate with the existing central station service provider for this function.

## 1.2 SCOPE

A. All accessible existing fire alarm equipment, raceway systems, wiring, devices and sub-systems not remaining in use or not reused within the new system shall be removed. The materials removed shall become the property of the Contractor. Materials for disposal shall be disposed in a legal manner.

B. A new fire alarm system shall be designed and installed in accordance with the specifications and drawings. Device location and wiring runs shown on the drawings are for reference only unless specifically dimensioned. Actual locations shall be in accordance with NFPA 72 and this specification.

C. Existing fire alarm door holders, valve tamper switches and waterflow/pressure switches may be reused provided the equipment:

1. meets this specification section.
2. is UL listed or FM approved.
3. is compatible with new equipment being installed.
4. is verified as operable through contractor testing and inspection.
5. is warranted as new by the contractor.

D. Existing waterflow/pressure switches, and valve tamper switches reused by the Contractor shall be equipped with an addressable interface device compatible with the new system being installed. Tamper indication shall initiate supervisory alarms. Water flow shall initiate a fire alarm.

E. Existing elevator control interfaces for recall and shutdown be replaced with new addressable devices and equipment compatible with the new alarm system. Where existing elevator equipment is not installed with recall and shutdown functions, new fire alarm system interface equipment shall be installed adjacent to the existing controls. The interface equipment shall permit future

**PART 2 PRODUCTS**

**2.1 EQUIPMENT AND MATERIALS, GENERAL**

A. Existing equipment may be reused only where indicated on the drawings or listed in the specifications, and when the equipment conforms to the applicable requirements of these specifications.

B. Existing fire alarm raceway systems and outlet boxes may be reused provided their use does not compromise the integrity of the existing fire alarm system which remains active.

C. Existing supervisory system (Johnson Controls Metasys) raceway systems and outlet boxes dedicated to the existing devices which move to the new fire alarm system may be reused provided their use does not compromise the integrity of the remaining existing systems.

D. Except as indicated in paragraphs A, B, and C above, all equipment and components shall be new and be the manufacturer's current model. All equipment shall be tested and listed by Underwriters Laboratories, Inc. or Factory Mutual Research Corporation for use as part of a fire alarm system. All system controls and addressable equipment shall be of the same manufacturer. An authorized representative of the manufacturer of the major equipment shall certify in writing that the completed installation complies with all the manufacturer's requirements and that satisfactory total system operation has been achieved with respect to the manufacturer's requirements.

E. Systems similar to Siemens ALS3, Simplex 4120, and Honeywell XLS-1000, and complying with these specifications will be considered.

**2.2 CONDUIT, BOXES, WIRE, AND CIRCUITS**

A. Conduit shall be in accordance with Section 16111, CONDUIT SYSTEMS and as follows:

1. All new and reused conduit shall be installed in accordance with NFPA 70.

2. Conduit fill shall not exceed 40 percent of interior cross sectional area.

3. All new conduit shall be ¾ inch minimum.

4. Use of existing spare raceways and spare stub-outs is not permitted.

B. Wire:

1. All existing wiring shall be removed and new wiring installed when abandoned raceways are reused.

2. Wiring shall be in accordance with NFPA 72, NEC article 760, Section 16127, CABLES, LOW VOLTAGE, and as recommended by the manufacturer of the fire alarm system. All wires shall be color coded (VA coding: white, data; red, strobes; yellow, speakers). Number and size of conductors shall be as recommended by the fire alarm system manufacturer, but not less than 18 AWG for initiating device circuits and 14 AWG for notification device circuits.

3. Addressable circuits and wiring used for the multiplex communication loop shall be twisted and shielded unless specifically excepted by the fire alarm equipment manufacturer in writing.

4. Any fire alarm system wiring that extends outside of a building shall have additional power surge protection to

protect equipment from physical damage and false signals due to lightning, voltage and current induced transients. Protection devices shall be shown on the submittal drawings and shall be UL listed or in accordance with written manufacturer's requirements.

5. All wire or cable used in underground conduits including those in concrete shall be listed for wet locations.

C. Terminal Boxes, Junction Boxes, and Cabinets:

1. Shall be galvanized steel in accordance with UL requirements.

2. All new and reused boxes shall be sized and installed in accordance with NFPA 70.

3. New and existing covers shall be newly painted red in accordance with Section 09900, PAINTING and shall be identified with white markings as "FA" for junction boxes and as "Fire Alarm System" for cabinets and terminal boxes. Lettering shall be a minimum of ¼" high.

4. Terminal boxes and cabinets shall have a volume 50 percent greater than required by the NFPA 70. Minimum sized wire shall be considered as 14 AWG for calculation purposes.

5. Terminal boxes and cabinets shall have identified pressure type terminal strips and shall be located at the base of each riser. Terminal strips shall be labeled as specified or as approved by the COTR.

6. Wiring for local building fire alarm systems shall be as defined in NFPA 72 and as follows:

   a. Initiating Device Circuits (IDC); Style B (Class B).

   b. Signaling Line Circuits (SLC); Style 1.0 (Class B).

   c. Notification Appliance Circuits (NAC); Style Y (Class B).

   d. Communications between buildings shall be Style 7 (Class A) signaling line circuits.

7. Use of existing telecommunications wiring, circuits, and equipment is not permitted without special written approval from the COTR for each use. Three weeks is required to process any request.

**2.3 FIRE ALARM CONTROL UNIT (FACU)**

A. General:

1. The main FACU and operator workstation shall receive and report all information; alarms, troubles, supervisory conditions, etc. system-wide.

2. Each FACU shown on the plans shall be capable of stand-alone operation as a supervised, zoned fire alarm system.

3. Each power source shall be supervised.

4. All circuits shall be monitored for integrity.

5. Each FACU shall visually and audibly annunciate any trouble condition within its area of coverage including, but not limited to power failure, ground and system wiring derangement.

SECTION 16111
CONDUIT SYSTEMS

PART 1 GENERAL

1.1 DESCRIPTION

A. This section specifies the furnishing, installation, and connection of conduit, fittings, and boxes to form complete, coordinated, grounded raceway systems. Raceways are required for all wiring unless shown or specified otherwise.

B. Definitions: The term conduit, as used in this specification, shall mean any or all of the raceway types specified.

1.2 RELATED WORK

A. Bedding of conduits: Section 02200, EARTHWORK.

B. Mounting board for telephone closets: Section 06100, ROUGH CARPENTRY.

C. Sealing around penetrations to maintain the integrity of time rated construction: Section 07270, FIRESTOPPING SYSTEMS.

D. Fabrications for the deflection of water away from the building envelope at penetrations: Section 07600, FLASHING AND SHEET METAL.

E. Sealing around conduit penetrations through the building envelope to prevent moisture migration into the building: Section 07920, SEALANTS AND CAULKING.

F. Identification and painting of conduit and other devices: Section 09900, PAINTING.

G. General electrical requirements and items that are common to more than one section of DIVISION 16: Section 16050, BASIC METHODS AND REQUIREMENTS (ELECTRICAL).

H. Requirements for personnel safety and to provide a low impedance path for possible ground fault currents: Section 16450, GROUNDING.

1.3 SUBMITTALS

In accordance with Section 01340, SAMPLES AND SHOP DRAWINGS, furnish the following:

A. Shop Drawings:

1. Size and location of main feeders. Size and location of panels and pull boxes. Layout of required conduit penetrations through structural elements.
2. The specific item proposed and its area of application shall be marked on the catalog cuts.

B. Certification: Prior to final inspection, deliver to the Resident Engineer four copies of the certification that the material is in

accordance with the drawings and specifications and has been properly installed.

1.4 **APPLICABLE PUBLICATIONS**

A. Publications listed below (including amendments, addenda, revisions, supplements and errata) form a part of this specification to the extent referenced. Publications are referenced in the text by the basic designation only.

B. National Fire Protection Association (NFPA):

| | |
|---|---|
| 70-99 | National Electrical Code (NEC) |

C. Underwriters Laboratories, Inc. (UL):

| | |
|---|---|
| 1-93 | Flexible Metal Conduit |
| 5-96 | Surface Metal Raceway and Fittings |
| 6-97 | Rigid Metal Conduit |
| 50-95 | Enclosures for Electrical Equipment |
| 467-93 | Grounding and Bonding Equipment |
| 514A-96 | Metallic Outlet Boxes |
| 514B-97 | Fittings for Cable and Conduit |
| 651-95 | Schedule 40 and 80 Rigid PVC Conduit |
| 651A-95 | Type EB and A Rigid PVC Conduit and HDPE Conduit |
| 797-93 | Electrical Metallic Tubing |
| 1242-96 | Intermediate Metal Conduit |

**PART 2 PRODUCTS**

2.1 **MATERIAL**

A. Conduit Size: In accordance with the NEC, but not less than 13 mm (½ inch) unless otherwise shown. Where permitted by the NEC, 13 mm (½ inch) flexible conduit may be used for tap connections to recessed lighting fixtures.

B. Conduit:

1. Rigid steel: UL 6.
2. Rigid aluminum: UL 6
3. Rigid intermediate steel conduit (IMC): UL 1242.
4. Electrical metallic tubing (EMT): U.L. 797. Maximum size 125 mm (5 inch). Permitted only with cable rated 600 volts or less.
5. Flexible steel conduit (commercial greenfield): UL 1.
6. Liquid-tight flexible metal conduit: Flexible galvanized steel tubing covered with extruded liquid-tight jacket of polyvinyl chloride (PVC). Provide conduit with a continuous copper bonding conductor wound spirally between the convolutions.
7. Direct burial plastic conduit: UL 651 and UL 651A, heavy wall PVC or high density PE.
8. Surface metal raceway: UL 5.

C. Conduit Fittings:

1. Rigid steel and IMC conduit fittings:
   a. Standard threaded couplings, locknuts, bushings, and elbows: Only steel or malleable iron materials are acceptable. Integral retractable type IMC couplings are acceptable also.
   b. Locknuts: Bonding type with sharp edges for digging into the metal wall of an enclosure.
   c. Bushings: Metallic insulating type, consisting of an insulating insert molded or locked into the metallic body of the fitting. Bushings made entirely of metal or nonmetallic material are not permitted.
   d. Erickson (union-type) and set screw type couplings: Approved for use in concrete are permitted for use to complete a conduit run where conduit is installed in concrete. Use set screws of case hardened steel with hex head and cup point to firmly seat in conduit wall for positive ground. Tightening of set screws with pliers is prohibited.
   e. Sealing fittings: Threaded cast iron type. Use continuous drain type sealing fittings to prevent passage of water vapor. In concealed work, install fittings in flush steel boxes with blank coverplates having the same finishes as that of other electrical plates in the room.
2. Rigid aluminum conduit fittings:
   a. Standard threaded couplings, locknuts, bushings, and elbows: Malleable iron, steel or aluminum alloy materials. Zinc or cadmium plate iron or steel fittings. Aluminum fittings containing more than 0.4 percent copper are prohibited.
   b. Locknuts and bushings: As specified for rigid steel and IMC conduit.
   c. Set screw fittings: Not permitted for use with aluminum conduit.
3. Electrical metallic tubing fittings:
   a. Only steel or malleable iron material are acceptable.
   b. Couplings and connectors: Concrete tight and rain tight, with connectors having insulated throats. Use gland and ring compression type couplings and connectors for conduit sizes 50 mm (2 inches) and smaller. Use set screw type couplings with four set screws each for conduit sizes over 50 mm (2 inches). Use set screws of case-hardened steel with hex head and cup point to firmly seat in wall of conduit for positive grounding.
   c. Indent type connectors or couplings are prohibited.

d. Die-cast or pressure-cast zinc-alloy fittings or fittings made of "pot metal" are prohibited.

4. Flexible steel conduit (greenfield) fittings:
   a. UL 5. Only steel or malleable iron materials are acceptable.
   b. Clamp type, with insulated throat.
5. Liquid-tight flexible metal conduit fittings:
   a. Only steel or malleable iron materials are acceptable.
   b. Fittings must incorporate a threaded grounding cone, a steel or plastic compression ring, and a gland for tightening. Connectors shall have insulated throats.
6. Direct burial plastic conduit fittings: As recommended by the conduit manufacturer.
7. Surface metal raceway fittings: As recommended by the raceway manufacturer.
8. Expansion and deflection couplings:
   a. UL 467 and UL 514B.
   b. Accommodate, 19 mm (0.75 inch) deflection, expansion, or contraction in any direction, and allow 30 degree angular deflections.
   c. Include internal flexible metal braid sized to guarantee conduit ground continuity and fault currents in accordance with UL 467, and the NEC code tables for ground conductors.
   d. Jacket: Flexible, corrosion-resistant, watertight, moisture and heat resistant molded rubber material with stainless steel jacket clamps.

D. Conduit Supports:
1. Parts and hardware: Zinc-coat or provide equivalent corrosion protection.
2. Individual Conduit Hangers: Designed for the purpose, having a pre-assembled closure bolt and nut, and provisions for receiving a hanger rod.
3. Multiple conduit (trapeze) hangers: Not less than 38 mm by 38 mm (1-1/2 by 1-1/2 inch), 12 gage steel, cold formed, lipped channels; with not less than 9 mm (3/8 inch) diameter steel hanger rods.
4. Solid Masonry and Concrete Anchors: Self-drilling expansion shields, or machine bolt expansion.

E. Outlet, Junction, and Pull Boxes:
1. UL-50 and UL-514A.
2. Cast metal where required by the NEC or shown, and equipped with rustproof boxes.
3. Sheet metal boxes: Galvanized steel, except where otherwise shown.

F. Wireways: Equip with hinged covers, except where removable covers are shown.

PART 3 EXECUTION

3.1 PENETRATIONS

A. Cutting or Holes:

1. Locate holes in advance where they are proposed in the structural sections such as ribs or beams. Obtain the approval of the Resident Engineer prior to drilling through structural sections.
2. Cut holes through concrete and masonry in new and existing structures with a diamond core drill or concrete saw. Pneumatic hammer, impact electric, hand or manual hammer type drills are not allowed, except where permitted by the Resident Engineer as required by limited working space.

B. Fire Stop: Where conduits, wireways, and other electrical raceways pass through fire partitions, fire walls, smoke partitions, or floors, install a fire stop that provides an effective barrier against the spread of fire, smoke and gases as specified in Section, FIRESTOPPING SYSTEMS, with rock wool fiber or silicone foam sealant only. Completely fill and seal clearances between raceways and openings with the fire stop material.

C. Waterproofing: At floor, exterior wall, and roof conduit penetrations, completely seal clearances around the conduit and make watertight as specified in Section, SEALANTS AND CAULKING.

3.2 CONDUIT SYSTEMS INSTALLATION, GENERAL

A. Installation: In accordance with UL, NEC, as shown, and as hereinafter specified.

B. Essential (Emergency) raceway systems: Install entirely independent of other raceway systems, except where specifically "excepted" by NEC Article 517.

C. Install conduit as follows:

1. In complete runs before pulling in cables or wires.
2. Flattened, dented, or deformed conduit is not permitted. Remove and replace the damaged conduits with new undamaged material.
3. Assure conduit installation does not encroach into the ceiling height head room, walkways, or doorways.
4. Cut square with a hacksaw, ream, remove burrs, and draw up tight.
5. Mechanically and electrically continuous.
6. Independently support conduit. Do not use other supports i.e., (suspended ceilings, suspended ceiling supporting members, lighting fixtures, mechanical piping, or mechanical ducts).

7. Support within 300 mm (one foot) of changes of direction, and within one foot of each enclosure to which connected.
8. Close ends of empty conduit with plugs or caps at the rough-in stage to prevent entry of debris, until wires are pulled in.
9. Conduit installations under fume and vent hoods are prohibited.
10. Secure conduits to cabinets, junction boxes, pull boxes and outlet boxes with bonding type locknuts. For rigid and IMC conduit installations, provide a locknut on the inside of the enclosure, made up wrench tight. Do not make conduit connections to junction box covers.
11. Flashing of penetrations of the roof membrane is specified in Section, FLASHING AND SHEET METAL.

D. Conduit Bends:

1. Make bends with standard conduit bending machines.
2. Conduit hickey may be used for slight offsets, and for straightening stubbed out conduits.
3. Bending of conduits with a pipe tee or vise is prohibited.

E. Layout and Homeruns:

1. Install conduit with wiring, including homeruns, as shown.
2. Deviations: Make only where necessary to avoid interferences and only after drawings showing the proposed deviations have been submitted to and have been approved by the Resident Engineer.

**3.3 CONCEALED WORK INSTALLATION**

A. In Concrete:

1. Conduit: Rigid steel, IMC or EMT; except do not install EMT in concrete slabs that are in contact with soil, gravel or vapor barriers.
2. Align and run conduit in direct lines.
3. Install conduit through concrete beams only when the following occurs:
   a. Where shown on the structural drawings.
   b. As approved by the Resident Engineer prior to construction, and after submittal of drawing showing location, size, and position of each penetration.
4. Installation of conduit in concrete that is less than 75 mm (3 inches) thick is prohibited.
   a. Conduit outside diameter larger than 1/3 of the slab thickness is prohibited.
   b. Space between conduits in slabs: Approximately six conduit diameters apart, except one conduit diameter at conduit crossings.

c. Install conduits approximately in the center of the slab so that there will be a minimum of 19 mm (¾ inch) of concrete around the conduits.

5. Make couplings and connections watertight. Use thread compounds that are UL approved conductive type to insure low resistance ground continuity through the conduits. Tightening set screws with pliers is prohibited.

B. Above Furred or Suspended Ceilings and in Walls:

1. Conduit for conductors above 600 volts:
   a. Rigid steel or rigid aluminum. Do not use aluminum in wet locations.
   b. Aluminum conduit mixed indiscriminately with other types in the same system is prohibited.
2. Conduit for conductors 600 volts and below:
   a. Rigid steel, IMC, rigid aluminum, or EMT. Types mixed indiscriminately in the same system is prohibited.
   b. Do not use aluminum in wet locations.
3. Align and run conduit parallel or perpendicular to the building lines.
4. Connect recessed lighting fixtures to conduit runs with maximum 1800 mm (six feet) of flexible metal conduit extending from a junction box to the fixture.
5. Tightening set screws with pliers is prohibited.

**3.4 EXPOSED WORK INSTALLATION**

A. Conduit for conductors above 600 volts:
   1. Rigid steel or rigid aluminum. Do not use aluminum in wet locations.
   2. Aluminum conduit mixed indiscriminately with other types in the same system is prohibited.

B. Conduit for Conductors 600 volts and below:
   1. Rigid steel, IMC, rigid aluminum, or EMT. Types mixed indiscriminately in the system is prohibited.
   2. Do not use aluminum in wet locations.

C. Align and run conduit parallel or perpendicular to the building lines.

D. Install horizontal runs close to the ceiling or beams and secure with conduit straps.

E. Support horizontal or vertical runs at not over 2400 mm (eight foot) intervals.

F. Surface metal raceways: Use only where shown.

G. Painting:
   1. Paint exposed conduit as specified in Section, PAINTING.

2. Paint all conduits containing cables rated over 600 volts safety orange. Refer to Section, PAINTING for preparation, paint type, and exact color. In addition, paint legends, using 50 mm (two inch) high black numerals and letters, showing the cable voltage rating. Provide legends where conduits pass through walls and floors and at maximum 6000 mm (20 foot) intervals in between.

**3.5 DIRECT BURIAL INSTALLATION**

A. Exterior routing of Lighting Systems and Other Branch circuits (600 Volt and Less, and 1500 mm (5 feet) from the buildings):

1. Conduit: Thick wall PVC or high density PE, unless otherwise shown.
2. Mark conduit at uniform intervals to show the kind of material, direct burial type, and the UL approval label.
3. Install conduit fittings and terminations as recommended by the conduit manufacturer.
4. Tops of conduits shall be as follows unless otherwise shown:
   a. Not less than 600 mm (24 inches) below finished grade.
   b. Not less than 750 mm (30 inches) below road and other paved surfaces.
5. Work with extreme care near existing ducts, conduits, cables, and other utilities to avoid damaging them.
6. Excavation for conduit bedding and back-filling of trenches is specified in Section, EARTHWORK.
   a. Cut the trenches neatly and uniformly.
   b. Do not kink the conduits.
7. Seal conduits, including spare conduits, at building entrances and at outdoor terminations for equipment with a suitable compound that prevents the entrance of moisture and gases.
8. Where metal conduit is shown, install threaded heavy wall rigid steel galvanized conduit or type A20 rigid steel galvanized conduit coated with .5 mm (20 mil) bonded PVC, or rigid steel or IMC, PVC coated or standard coated with bituminous asphaltic compound.

**3.6 HAZARDOUS LOCATIONS**

A. Use rigid steel conduit only, notwithstanding requirements otherwise specified in this or other sections of these specifications.

B. Install UL approved sealing fittings, that prevent passage of explosive vapors, in hazardous areas equipped with explosive proof lighting fixtures, switches, and receptacles, as required by the NEC.

**3.7 WET OR DAMP LOCATIONS**

A. Unless otherwise shown, use conduits of rigid steel or IMC.

B. Provide sealing fittings, to prevent passage of water vapor, where conduits pass from warm to cold locations, i.e., (refrigerated spaces,

constant temperature rooms, air conditioned spaces building exterior walls, roofs) or similar spaces.

C. Unless otherwise shown, use rigid steel or IMC conduit within 1500 mm (five feet) of the exterior and below concrete building slabs in contact with soil, gravel, or vapor barriers. Conduit shall include an outer factory coating of .5 mm (20 mil) bonded PVC or field coat with asphaltum before installation. After installation, completely coat damaged areas of coating.

**3.8 MOTORS AND VIBRATING EQUIPMENT**

Use flexible metal conduit for connections to motors and other electrical equipment subject to movement, vibration, misalignment, cramped quarters, or noise transmission. Provide liquid-tight flexible metal conduit for installation in exterior locations, moisture or humidity laden atmosphere, corrosive atmosphere, water or spray wash-down operations, inside (air stream) of HVAC units, and locations subject to seepage or dripping of oil, grease or water. Provide a green ground wire with flexible metal conduit.

**3.9 EXPANSION JOINTS**

A. Conduits 75 mm (3 inches) and larger, that are secured to the building structure on opposite sides of a building expansion joint, require expansion and deflection couplings. Install the couplings in accordance with the manufacturer's recommendations.

B. Provide conduits smaller than 75 mm (3 inches) with junction boxes on both sides of the expansion joint. Connect conduits to junction boxes with sufficient slack of flexible conduit to produce 125 mm (5 inch) vertical drop midway between the end. Flexible conduit shall have a copper green ground bonding jumper installed. In lieu of this flexible conduit, expansion and deflection couplings as specified above for 375 mm (15 inches) and larger conduits are acceptable.

C. Install expansion and deflection couplings where shown.

**3.10 CONDUIT SUPPORTS, INSTALLATION**

A. Safe working load shall not exceed ¼ of proof test load of fastening devices.

B. Use pipe straps or individual conduit hangers for supporting individual conduits.

C. Support multiple conduit runs with trapeze hangers. Use trapeze hangers that are designed to support a load equal to or greater than the sum of the weights of the conduits, wires, hanger itself, and 90 kg (200 pounds). Attach each conduit with U-bolts or other approved fasteners.

D. Support conduit independently of junction boxes, pull boxes, fixtures, suspended ceiling T-bars, angle supports, and similar items.

E. Fasteners and Supports in Solid Masonry and Concrete:

1. New Construction: Use steel or malleable iron concrete inserts set in place prior to placing the concrete.

2. Existing Construction:

a. Steel expansion anchors not less than 6 mm (¼ inch) bolt size and not less than 28 mm (1-1/8 inch) embedment.

b. Power set fasteners not less than 6 mm (¼ inch) diameter with depth of penetration not less than 75 mm (3 inches).

c. Use vibration and shock resistant anchors and fasteners for attaching to concrete ceilings.

F. Hollow Masonry: Toggle bolts are permitted. Bolts supported only by plaster are not acceptable.

G. Metal Structures: Use machine screw fasteners or other devices specifically designed and approved for the application.

H. Attachment by wood plugs, rawl plug, plastic, lead or soft metal anchors, or wood blocking and bolts supported only by plaster is prohibited.

I. Chain, wire, or perforated strap shall not be used to support or fasten conduit.

J. Spring steel type supports or fasteners are prohibited for all uses except: Horizontal and vertical supports/fasteners within walls.

K. Vertical Supports: Vertical conduit runs shall have riser clamps and supports in accordance with the NEC and as shown. Provide supports for cable and wire with fittings that include internal wedges and retaining collars.

**3.11 BOX INSTALLATION**

A. Boxes for Concealed Conduits:

1. Mount flush.

2. Provide raised covers for boxes to suit the wall or ceiling, construction and finish.

B. In addition to boxes shown, install additional boxes where needed to prevent damage to cables and wires during pulling in operations.

C. Remove only knockouts as required and plug unused openings. Use threaded plugs for cast metal boxes and snap-in metal covers for sheet metal boxes.

D. Outlet boxes in the same wall mounted back-to-back are prohibited.

E. Minimum size of outlet boxes for ground fault interrupter (GFI) receptacles is 100 mm (4 inches) square by 55 mm (2-1/8 inches) deep, with device covers for the wall material and thickness involved.

F. Stencil or install phenolic nameplates on covers of boxes identified on riser diagrams. For example "SIG-FA JB No. 1".

3.12 **TELEPHONE CONDUIT**

A. Install the telephone raceway system as shown on drawings.

B. Minimum conduit size of 19 mm (¾ inch), but not less than the size shown on the drawings.

C. All conduit ends shall be equipped with insulated bushings.

D. All 100 mm (four inch) conduits within buildings shall include pull boxes after every two 90 degree bends. Size per the NEC.

E. Vertical conduits/sleeves through closets floors shall terminate not less than 75 mm (3 inches) below the floor and not less than 75 mm (3 inches) below the ceiling of the floor below.

F. Terminate conduit runs to/from a telephone backboard in a closet or interstitial space at the top or bottom of the backboard. Conduits shall enter telephone closets next to the wall and be flush with the backboard.

G. Were drilling is necessary for vertical conduits, locate holes so as not to affect structural sections such as ribs or beams.

H. All empty conduits located in telephone closets or on telephone backboards shall be sealed with a standard non-hardening duct seal compound to prevent the entrance of moisture and gases and to meet fire resistance requirements.

I. Conduit runs shall contain no more than four quarter turns (90 degree bends) between pull boxes/backboards. Minimum radius of telephone conduit bends shall be as follows (special long radius):

| Sizes of Conduit<br>Trade Size | Radius of Conduit Bends<br>mm, Inches |
|---|---|
| ¾ | 150 (6) |
| 1 | 230 (9) |
| 1-1/4 | 350 (14) |
| 1-1/2 | 430 (17) |
| 2 | 525 (21) |
| 2-1/2 | 635 (25) |
| 3 | 775 (31) |
| 3-1/2 | 900 (36) |
| 4 | 1125 (45) |

J. Furnish and install 19 mm (¾ inch) thick fire retardant plywood specified in Section, ROUGH CARPENTRY on the wall of telephone closets where indicated. Size plywood 2400 mm (eight feet) high by the width of the closet. Mount the plywood with the bottom edge 300 mm (one foot) above the finished floor.

K. Furnish and install pull wire in all empty conduits. (Sleeves through floor are exceptions).

- - - E N D - - -