SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Period Ending May 15, 2002

**SECOND PROGRESS PAYMENT**

| | | |
|---|---|---|
| Original contract amount | | $ 700,000.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 700,000.00 |
| Less value of work not completed | | $ 659,104.40 |
| Value of work in place to date | $40,895.60 | |
| Value of unused materials previously paid for | -0- | |
| Value of unused materials paid for this period | -0- | |
| Earned to date | | $ 40,895.60 |
| Less retained (See line 59) | $ 4,089.56 | |
| Less previous payments | | 29,558.70 |
| Payment this period | | $ 7,247.34 |

Claim made as indicated above. **I have made payment from proceeds of prior payments,** and/or timely payment will be made from the proceeds of this progress payment now due **to my subcontractors and suppliers in accordance with contractual arrangements with them.**

DATE ______________________ Jerry N. Grot

Per ______________________ Title President

I approve the payment of this estimate in the amount of **$7,247.34** and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 001938

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 5/15/2002

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

1. PROJECT NO.: B01-114
2. CONTRACT NO.: V549C-599-1
3. DATE CONTRACT AWARD: 9/26/2001
4. DATE NOTICE TO PROCEED RECEIVED: 2/1/2002
5. DATE CONSTRUCTION STARTED: 4/15/2002

6. NAME AND ADDRESS OF CONTRACTOR: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT: Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | | 13. ESTIMATED COMPLETION DATE | 11/28/2002 |
| 10. ACTUAL PERCENT COMPLETION | | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 0.00 | 5,802.60 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 0.00 | 2,250.00 |
| 19. | FIRE ALARM | 287,546.00 | 0.00 | 0.00 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 0.00 | 0.00 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 0.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $32,843.00 | $8,052.60 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 001939

## CON[illegible]CT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $40,895.60 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $40,895.60 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $4,089.56 |
| 60. | TOTAL PREVIOUS PAYMENTS | $29,558.70 | |
| 61. | PAYMENT THIS PERIOD | $7,247.34 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $36,806.04 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $659,104.40 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | Progress Chart |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk (signature)<br>Rickey L. Kirk, C.O.T.R. | 5/15/2002 |

G- 001940

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

**THIRD PROGRESS PAYMENT**

Period Ending July 22, 2002

| | | |
|---|---|---|
| Original contract amount | | $ 700,000.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 700,000.00 |
| Less value of work not completed | | $ 659,104.40 |
| Value of work in place to date | $47,295.60 | |
| Value of unused materials previously paid for | -0- | |
| Value of unused materials paid for this period | 83,958.72 | $ 131,254.32 |
| Earned to date | | |
| Less retained (See line 59) | $13,125.43 | |
| Less previous payments | 36,806.04 | 49,931.47 |
| Payment this period | | $ 81,322.85 |

Claim made as indicated above. I have made payment ~~from proceeds~~ of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ______________ Jerry N. Grot

Per ______________ Title President

I approve the payment of this estimate in the amount of $81,322.85 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

Rec'd on 25 Jul 02

$ 81,322.

JOHN MRAZ
Contracting Officer

"I CERTIFY THAT THE ARTICLES OR SERVICES LISTED HEREON IN THE AMOUNT OF $____ HAVE BEEN RECEIVED OR RENDERED ON ____ (DATE) AND ARE PROPER FOR PAYMENT (EXCEPT AS NOTED) BY THE DUE DATE SHOWN IN THE UPPER RIGHT HAND CORNER OF THE INVOICE."

[signature] 25 Jul 02
SIGNATURE DATE
Contracting Officer C11534
Title Obligation No.

G- 001920



2002-07-30 07:48am From-VAHANTXDAL +2143021416 T-583 P.002/004 F-875

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| | | | |
|---|---|---|---|
| Period Ending July 22, 2002 | **THIRD PROGRESS PAYMENT** | | |
| | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 659,104.40 |
| | Value of work in place to date | $47,295.60 | |
| | Value of unused materials previously paid for | -0- | |
| | Value of unused materials paid for this period | 83,958.72 | |
| | Earned to date | | $ 131,254.32 |
| | Less retained (See line 59) | $13,125.43 | |
| | Less previous payments | 36,806.04 | 49,931.47 |
| | Payment this period | | $ 81,322.85 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ____________________ Jerry N. Grot

Per ____________________ Title President

I approve the payment of this estimate in the amount of $81,322.85 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 001921

**VA** Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 7/22/2002

**TO**
**Project Manager (087 )**
**Office of Facilities**
**Veterans Administration Central Office**
**Washington, DC 20420**

LOCATION OF PROJECT
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 | V549C-599-1 | 9/26/2001 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT
Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | | 13. ESTIMATED COMPLETION DATE | 11/28/2002 |
| 10. ACTUAL PERCENT COMPLETION | | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 2,250.00 | 0.00 |
| 19. | FIRE ALARM | 287,546.00 | 0.00 | 6,400.00 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 0.00 | 0.00 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 0.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $40,895.60 | $6,400.00 |

FORM 08-6001A MAY 1987 — SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 001922

## COI ACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $47,295.60 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $83,958.72 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $131,254.32 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $13,125.43 |
| 60. | TOTAL PREVIOUS PAYMENTS | $36,806.04 | |
| 61. | PAYMENT THIS PERIOD | $81,322.85 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $118,128.89 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $568,745.68 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | Output Matrix |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk (signature)<br>Rickey L. Kirk, C.O.T.R. | 7/22/2002 |

G- 001923

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending | FOURTH PROGRESS PAYMENT | | |
|---|---|---|---|
| July 30, 2002 | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 531,713.20 |
| | Value of work in place to date | $57,814.80 | |
| | Value of unused materials previously paid for | 83,958.72 | |
| | Value of unused materials paid for this period | 26,513.28 | |
| | Earned to date | | $ 168,286.80 |
| | Less retained (See line 59) | $16,828.68 | |
| | Less previous payments | 118,128.89 | |
| | Payment this period | | **$ 33,329.23** |

Claim made as indicated above. **I have made payment from proceeds of prior payments**, and/or timely payment will be made from the proceeds of this progress payment now due **to my subcontractors and suppliers in accordance with contractual arrangements with them.**

DATE__________________ Jerry N. Grot

Per__________________ Title President

I approve the payment of this estimate in the amount of **$33,329.23** and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 001899

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 7/30/2002

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 | V549C-599-1 | 9/26/2001 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT: Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | | 13. ESTIMATED COMPLETION DATE | 11/28/2002 |
| 10. ACTUAL PERCENT COMPLETION | | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 2,250.00 | 0.00 |
| 19. | FIRE ALARM | 287,546.00 | 6,400.00 | 0.00 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 0.00 | 10,519.20 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 0.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $47,295.60 | $10,519.20 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 001900

## CON ACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $57,814.80 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $83,958.72 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $26,513.28 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $168,286.80 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $16,828.68 |
| 60. | TOTAL PREVIOUS PAYMENTS | $118,128.89 | |
| 61. | PAYMENT THIS PERIOD | $33,329.23 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $151,458.12 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $531,713.20 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | SAT | A | Output Matrix |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | | | |
| 71. | ISSUED THIS PERIOD | | | | | | |
| 72. | ISSUED THIS PERIOD | | | | | | |
| 73. | ISSUED THIS PERIOD | | | | | | |

74. REMARKS Contractor has one man on site. Have contacted contractor and informed them that we need more men on site to complete project on time.

75. SIGNATURE OF RESIDENT ENGINEER Rickey L. Kirk, C.O.T.R.

76. DATE 7/30/2002



G- 001901

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending Aug. 31, 2002 | Fifth PROGRESS PAYMENT | | |
|---|---|---|---|
| | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 512,294.00 |
| | Value of work in place to date | $77,234.80 | |
| | Value of unused materials previously paid for | 110,472.00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 187,706.00 |
| | Less retained (See line 59) | $18,770.60 | |
| | Less previous payments | 151,458.12 | |
| | Payment this period | | $ 17,477.28 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ______________ Jerry N. Grot

Per ______________ Title President

I approve the payment of this estimate in the amount of $17,477.28 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract. Pay Asap

$17,477.28

JOHN MRAZ
Contracting Officer

...IFY THAT THE ARTICLES OR SERVICES ...D HEREON IN THE AMOUNT OF $____ ...AVE BEEN RECEIVED OR RENDERED ON ____ (DATE) AND ARE PROPER FOR PAYMENT (EXCEPT AS NOTED) BY THE DUE DATE SHOWN IN THE UPPER RIGHT HAND CORNER OF THE INVOICE."

[signature] 8 Sep 02
SIGNATURE DATE
Contracting Officer C11534
Title Obligation No.

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| | | | |
|---|---|---|---|
| Period Ending Aug. 31, 2002 | **Fifth PROGRESS PAYMENT** | | |
| | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 512,294.00 |
| | Value of work in place to date | $77,234.80 | |
| | Value of unused materials previously paid for | 110,472.00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 187,706.00 |
| | Less retained (See line 59) | $18,770.60 | |
| | Less previous payments | 151,458.12 | |
| | Payment this period | | $ 17,477.28 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE____________________ Jerry N. Grot

Per____________________ Title President

I approve the payment of this estimate in the amount of $17,477.28 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 00857

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 8/31/2002

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT:
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

1. PROJECT NO.: B01-114
2. CONTRACT NO.: V549C-599-1
3. DATE CONTRACT AWARD: 9/26/2001
4. DATE NOTICE TO PROCEED RECEIVED: 2/1/2002
5. DATE CONSTRUCTION STARTED: 4/15/2002

6. NAME AND ADDRESS OF CONTRACTOR:
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT:
Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | | 13. ESTIMATED COMPLETION DATE | 11/28/2002 |
| 10. ACTUAL PERCENT COMPLETION | | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 2,250.00 | 0.00 |
| 19. | FIRE ALARM | 287,546.00 | 6,400.00 | 0.00 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 10,519.20 | 19,419.20 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 0.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $57,814.80 | $19,419.20 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00858

## CON[illegible]CT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $77,234.00 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $110,472.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $187,706.00 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $18,770.60 |
| 60. | TOTAL PREVIOUS PAYMENTS | $151,458.12 | |
| 61. | PAYMENT THIS PERIOD | $17,477.28 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $168,935.40 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $512,294.00 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | NICET Cert. |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | | | |
| 71. | ISSUED THIS PERIOD | | | | | | |
| 72. | ISSUED THIS PERIOD | | | | | | |
| 73. | ISSUED THIS PERIOD | | | | | | |

74. REMARKS Siemens is dragging it's feet in accomplishing pulling wire.

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk (signature)<br>Rickey L. Kirk, C.O.T.R. | 9/4/2002 |

G- 00859

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

(6)

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending | Sixth PROGRESS PAYMENT | | |
|---|---|---|---|
| Sept. 30, 2002 | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 491,594.00 |
| | Value of work in place to date | $97,934.00 | |
| | Value of unused materials previously paid for | 110,472.00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 208,406.00 |
| | Less retained (See line 59) | $20,840.60 | |
| | Less previous payments | 168,935.40 | |
| | Payment this period | | $ 18,630.00 |

Claim made as indicated above. **I have made payment from proceeds of prior payments**, and/or timely payment will be made from the proceeds of this progress payment now due **to my subcontractors and suppliers in accordance with contractual arrangements with them.**

DATE ______________ Jerry N. Grot

Per ______________ Title President

I approve the payment of this estimate in the amount of **$18,630.00** and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

[signature]

JOHN MRAZ
Contracting Officer

"I CERTIFY THAT THE ARTICLES OR SERVICES LISTED HEREON IN THE AMOUNT OF $ ______ HAVE BEEN RECEIVED OR RENDERED ON ______ AND ARE PROPER FOR PAYMENT (EXCEPT AS NOTED) BY THE DUE DATE SHOWN IN THE UPPER RIGHT HAND CORNER OF THE INVOICE."
[signature] 10/8/02
SIGNATURE DATE
C.O. C11534
Title Obligation No.

$18,630.00

G- 00836

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending | Sixth PROGRESS PAYMENT | | |
|---|---|---|---|
| Sept. 30, 2002 | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 491,594.00 |
| | Value of work in place to date | $97,934.00 | |
| | Value of unused materials previously paid for | 110,472.00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 208,406.00 |
| | Less retained (See line 59) | $20,840.60 | |
| | Less previous payments | 168,935.40 | |
| | Payment this period | | $ 18,630.00 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE__________________ Jerry N. Grot

Per__________________ Title President

I approve the payment of this estimate in the amount of $18,630.00 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 00837

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 9/30/2002

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 | V549C-599-1 | 9/26/2001 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT: Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | | 13. ESTIMATED COMPLETION DATE | 11/28/2002 |
| 10. ACTUAL PERCENT COMPLETION | | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 2,250.00 | 0.00 |
| 19. | FIRE ALARM | 287,546.00 | 6,400.00 | 0.00 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 29,938.40 | 20,700.00 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 0.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $77,234.00 | $20,700.00 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00838

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $97,934.00 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $110,472.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $208,406.00 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $20,840.60 |
| 60. | TOTAL PREVIOUS PAYMENTS | $168,935.40 | |
| 61. | PAYMENT THIS PERIOD | $18,630.00 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $187,565.40 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $491,594.00 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design Drwngs. |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | | | |
| 71. | ISSUED THIS PERIOD | | | | | | |
| 72. | ISSUED THIS PERIOD | | | | | | |
| 73. | ISSUED THIS PERIOD | | | | | | |

74. REMARKS Siemens is dragging it's feet in accomplishing pulling wire.

75. SIGNATURE OF RESIDENT ENGINEER Rickey L. Kirk

Rickey L. Kirk, C.O.T.R.

76. DATE 9/30/2002

G- 00839