SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending | Seventh PROGRESS PAYMENT | | |
|---|---|---|---|
| Oct. 30, 2002 | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 377,468.60 |
| | Value of work in place to date | $212,059.40 | |
| | Value of unused materials previously paid for | 110,472.00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 322,531.40 |
| | Less retained (See line 59) | $32,253.15 | |
| | Less previous payments | 187,565.40 | |
| | Payment this period | | $ 102,712.85 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE________________ Jerry N. Grot

Per________________ Title President

I approve the payment of this estimate in the amount of $102,712.85 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

G- 00804

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING 10/30/2002

**TO**

**Project Manager (087 )**
**Office of Facilities**
**Veterans Administration Central Office**
**Washington, DC 20420**

LOCATION OF PROJECT
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 | V549C-599-1 | 9/26/2001 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT
Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 75% | 13. ESTIMATED COMPLETION DATE | 1/31/2003 |
| 10. ACTUAL PERCENT COMPLETION | 35% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 2,250.00 | 0.00 |
| 19. | FIRE ALARM | 287,546.00 | 6,400.00 | 62,099.20 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 50,638.40 | 48,526.20 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 0.00 | 3,500.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $97,934.00 | $114,125.40 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00805

## CON[illegible]CT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $212,059.40 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $110,472.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $322,531.40 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $32,253.15 |
| 60. | TOTAL PREVIOUS PAYMENTS | $187,565.40 | |
| 61. | PAYMENT THIS PERIOD | $102,712.85 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $290,278.25 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $377,468.60 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design Drwngs. |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS Siemens is dragging it's feet in accomplishing pulling wire.

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk (signature)<br>Rickey L. Kirk, C.O.T.R. | 10/30/2002 |

G- 00806

OK to Pay.
Ruby L. Kiels
C.O.T.R. 1-29-03

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

Dir. Please pay ASAP

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

Invoice 9

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Send To Fiscal

OK 6FF

Period Ending Jan. 28, 2003

Ninth PROGRESS PAYMENT

| | | |
|---|---|---|
| Original contract amount | | $ 700,000.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 700,000.00 |
| Less value of work not completed | | $ 333,806.30 |
| Value of work in place to date | $366,193.70 | |
| Value of unused materials previously paid for | .00 | |
| Value of unused materials paid for this period | .00 | |
| Earned to date | | $ 366,193.70 |
| Less retained (See line 59) | $36,619.37 | |
| Less previous payments | $300,135.24 | |
| Payment this period | | $ 29,439.09 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ____________ Jerry N. Grot

Per ____________ Title President

I approve the payment of this estimate in the amount of $29,439.09 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

JOHN MRAZ
Contracting Officer

"...Y THAT THE ARTICLES OR SERVIC... ...ED HEREON IN THE AMOUNT OF $ $29,439.09 ...VE BEEN RECEIVED OR RENDERED ON ____ (DATE) AND ARE PROPE... ...R PAYMENT (EXCEPT AS NOTED) BY THE ... DATE SHOWN IN THE UPPER RIGHT HAND CORNER OF THE INVOICE."

SIGNATURE John Mraz DATE 2/4/03
Title / Obligation No. C11534

G- 00731

CERTIFIED
STATION # 549A4
PAT REF C11534
INV CNTL # ____
INV REC'D ____ SVC REC'D 1/28/03
PAY AMT. $ 29,439.09 439.09
C or P LIQ. AMT $ ____

DATE 1/30/03 SIGNATURE OF THE CERTIFIED OFFICAL & TITLE

[redacted]

John Mraz, Contracting Officer
Printed Name and Telephone number

OK to Pay.
C.O.T.R. 1-29-03

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

| Period Ending Jan. 28, 2003 | Ninth PROGRESS PAYMENT | | |
|---|---|---|---|
| | Original contract amount | | $ 700,000.00 |
| | Net Changes | | $ 0.00 |
| | Current contract amount | | $ 700,000.00 |
| | Less value of work not completed | | $ 333,806.30 |
| | Value of work in place to date | $366,193.70 | |
| | Value of unused materials previously paid for | .00 | |
| | Value of unused materials paid for this period | .00 | |
| | Earned to date | | $ 366,193.70 |
| | Less retained (See line 59) | $36,619.37 | |
| | Less previous payments | $300,135.24 | |
| | Payment this period | | $ 29,439.09 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ____________________ Jerry N. Grot

Per ____________________ Title President

I approve the payment of this estimate in the amount of $29,439.09 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

G- 00732

**CERTIFIED**
**STATION #** 549A4
**PAT REF** C11534
**INV CNTL #** ______
**INV REC'D** ______ **SVC REC'D** 1/28/03
**PAY AMT. $** 29,469.09
**C or P LIQ. AMT $** ______

JOHN MRAZ
Contracting Officer

**DATE** 1/30/03 **SIGNATURE OF THE CERTIFIED OFFICAL & TITLE**
[redacted]
John Mraz, Contracting Officer
**Printed Name and Telephone number**

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 1/28/2003

TO: Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT: VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

1. PROJECT NO.: B01-114
2. CONTRACT NO.: V549C-599-1
3. DATE CONTRACT AWARD: 9/26/2001
4. DATE NOTICE TO PROCEED RECEIVED: 2/1/2002
5. DATE CONSTRUCTION STARTED: 4/15/2002

6. NAME AND ADDRESS OF CONTRACTOR: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT: Replace Fire Alarm System, Phase I
PO No. C11534

8. ORIGINAL CONTRACT AMOUNT: $700,000.00
9. SCHEDULED PERCENT COMPLETION: 100%
10. ACTUAL PERCENT COMPLETION: 35%
11. ORIGINAL CONTRACT COMPLETION DATE: 11/28/2002
12. EXTENDED CONTRACT COMPLETION DATE: 4/30/2003
13. ESTIMATED COMPLETION DATE:
14. DATE COMPLETED:

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 14,491.00 | 5,802.60 | 1,934.20 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 30,668.00 | 4,500.00 |
| 19. | FIRE ALARM | 287,546.00 | 109,926.20 | 16,275.90 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 132,411.20 | 1,600.00 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 21,832.60 | 8,400.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $333,483.60 | $32,710.10 |

VA FORM MAY 1987 **08-6001A**    SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00733

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $366,193.70 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $366,193.70 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $36,619.37 |
| 60. | TOTAL PREVIOUS PAYMENTS | $300,135.24 | |
| 61. | PAYMENT THIS PERIOD | $29,439.09 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $329,574.33 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $333,806.30 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design for B.29 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS

Line Item #56 - Unused Materials Previously Paid For in the amount of $55,236.00 have currently been used and amount has been reflected in Line Item #55 - Value Of Work In Place To Date and in Line Item #53, Column C.

To correct Line Item #62 (Total Payment To Date) an additional $30.00 will be added to Line Item #61 (Payment This Period).
On VA Form 08-6001A, Line Item #61 will remain $29, 439.09. But on Certified payment it will reflect $29,469.09. This is necessary to correct a $30.00 error by FMS payment on Progress Payment #5, Reference FMS PV 549C1153405.

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| [signature] Rickey L. Kirk, C.O.T.R. | 1/28/2003 |

G- 00734

Jan 28 03 02:28p DSS 903 583 6549 p.3

ACTION: R TABLEID: DXRF [illegible] ERID: S549 TLW

*** DOCUMENT CROSS REFERENCE INQUIRY SCREEN ***

KEY IS TRANS ID, F/B POINTER, REF TRANS ID, ACCEPDATE, DOC ACTION

TRANS CODE: SO TRANS NUMBER: 549C11534 DOC TOTAL: 700,000.00

OUTST AMT: 372,945.71

| F/B/A | REF TRANS ID TC NUMBER | ACCEP DATE | DOC ACT | VENDOR | AMOUNT | |
|---|---|---|---|---|---|---|
| 01- F | PV 549C11534AB | 05 22 02 | E | 611105997 | ~~7,247.34~~ | |
| LAST BATCH NUMBER: DJ0753 | | CLEARING ACTION: | | | | |
| 02- F | PV 549C1153401 | 05 21 02 | E | 581814102 04 | 29,558.70 | 1st |
| LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 03- F | PV 549C1153402 | 05 21 02 | E | 581814102 04 | 7,247.34 | 2nd |
| LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 04- F | PV 549C1153403 | 07 26 02 | E | 611105997 | 81,322.85 | 3rd |
| LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 05- F | PV 549C1153404 | 08 02 02 | E | 611105997 | 33,329.23 | 4th |
| LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 06- F | PV 549C1153405 | 09 13 02 | E | 611105997 | 17,447.28 | 5th |
| LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |

was certified by John Mraz in the amount of $17,477.28

G- 00735

ACTION: R TABLEID: DXRF RID: S549 TLW
*** DOCUMENT CROSS REFERENCE INQUIRY SCREEN ***
KEY IS TRANS ID, F/B POINTER, REF TRANS ID, ACCEPDATE, DOC ACTION

TRANS CODE: SO TRANS NUMBER: 549C11534 DOC TOTAL: 700,000.00
OUTST AMT: 372,945.71

| | F/B/A | REF TRANS ID TC NUMBER | ACCEP DATE | DOC ACT | VENDOR | AMOUNT | |
|---|---|---|---|---|---|---|---|
| 01- | F | PV 549C1153406 | 10 07 02 | E | 611105997 | 18,630.00 | 6th |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 02- | F | PV 549C1153407 | 11 01 02 | E | 611105997 | 102,712.85 | 7th |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 03- | | | | | | | |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 04- | | | | | | | |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 05- | | | | | | | |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |
| 06- | | | | | | | |
| | LAST BATCH NUMBER: | | CLEARING ACTION: | | | | |

03-*L009 HEADER CHANGE

G- 00736

OK To Pay
Rickey L. Kirk
C.O.T.R. 3-19-03

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Period Ending Mar. 17, 2003

**Tenth PROGRESS PAYMENT**

| | | |
|---|---|---|
| Original contract amount | | $ 700,000.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 700,000.00 |
| Less value of work not completed | | $ 314,764.10 |
| Value of work in place to date | $385,235.90 | |
| Value of unused materials previously paid for | .00 | |
| Value of unused materials paid for this period | .00 | |
| Earned to date | | $ 385,235.90 |
| Less retained (See line 59) | $38,523.59 | |
| Less previous payments | $329,574.33 | |
| Payment this period | | $ 17,137.98 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ______________ Jerry N. Grot

Per ______________ Title President

I approve the payment of this estimate in the amount of $17,137.98 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

G- 00714

CERTIFIED
STATION # 549A4
PAT REF C11534
INV CNTL #
INV REC'D 3/17/03 SVC REC'D 3/17/03
PAY AMT. $ 17,167.98
C or P LIQ. AMT $

DATE 3/19/03 SIGNATURE OF THE CERTIFIED OFFICAL & TITLE

Charles Ballard, Assoc. Chief Engineer, Projects
Printed Name and Telephone number 71069

JOHN MRAZ
Contracting Officer

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING 3/17/2003

TO
Project Manager (087 )
Office of Facilities
Veterans Administration Central Office
Washington, DC 20420

LOCATION OF PROJECT
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 | V549C-599-1 | 9/26/2001 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT
Replace Fire Alarm System, Phase I
PO No. C11534

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $700,000.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 6/23/2003 |
| 10. ACTUAL PERCENT COMPLETION | 35% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 19,342.00 | 7,736.80 | 9,671.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 83,837.00 | 35,168.00 | 0.00 |
| 19. | FIRE ALARM | 282,695.00 | 126,202.10 | 6,371.20 |
| 20. | CONDUIT SYSTEM | 154,402.00 | 134,011.20 | 0.00 |
| 21. | CABLES LOW VOLTAGE | 94,027.00 | 30,232.60 | 3,000.00 |
| 22. | WARRANTY | 32,854.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $700,000.00 | $366,193.70 | $19,042.20 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00715

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $700,000.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $385,235.90 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $385,235.90 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $38,523.59 |
| 60. | TOTAL PREVIOUS PAYMENTS | $329,574.33 | |
| 61. | PAYMENT THIS PERIOD | $17,137.98 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $346,712.31 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $314,764.10 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design for B.29 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS

To correct Line Item #62 (Total Payment To Date) an additional $30.00 will be added to Line Item #61 (Payment This Period).
On VA Form 08-6001A, Line Item #61 will remain $17,137.98. But on Certified Payment it will reflect $17, 167.98. This is necessary to correct a $30.00 error by FMS payment on Progress Payment #5, Reference FMS PV 549C1153405.

| | |
|---|---|
| 75. SIGNATURE OF RESIDENT ENGINEER *Rickey L. Kirk* Rickey L. Kirk, C.O.T.R. | 76. DATE 3/17/2003 |



G- 00716

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, and Contract V549P-609-2 dated 2/15/02 for Project B02-100, PO No. C20751, Replace Fire Alarm System, Phase II at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Period Ending April 9, 2003

**Eleventh PROGRESS PAYMENT**

| | | |
|---|---|---|
| Original contract amount | | $ 934,310.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 934,310.00 |
| Less value of work not completed | | $ 495,372.20 |
| Value of work in place to date | $438,937.80 | |
| Value of unused materials previously paid for | .00 | |
| Value of unused materials paid for this period | .00 | |
| Earned to date | | $ 438,937.80 |
| Less retained (See line 59) | $43,893.78 | |
| Less previous payments | $346,712.31 | |
| Payment this period | | $ 48,331.71 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ____________ Jerry N. Grot

Per ____________ Title President

I approve the payment of this estimate in the amount of $48,331.71 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

G- 00699

**CERTIFIED**
STATION # 549A4
PAT REF C11534
INV CNTL #
INV REC'D ____ SVC REC'D 4/9/03
PAY AMT $ 48,331.71
C or P LIQ. AMT $

DATE 4/10/03 SIGNATURE OF THE CERTIFIED OFFICAL & TITLE

Charles Ballard Assoc Chief Engineer (Projects)
Printed Name and Telephone number 71069

JOHN MRAZ
Contracting Officer

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 4/9/2003

TO
**Project Manager (087 )**
**Office of Facilities**
**Veterans Administration Central Office**
**Washington, DC 20420**

LOCATION OF PROJECT
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 + B02-100 | V549C-599-1 + V549P-609-2 | 2/15/2002 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT
Replace Fire Alarm System, Phase and Phase 2
PO No. C11534 + PO No. C20751

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $934,310.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 6/23/2003 |
| 10. ACTUAL PERCENT COMPLETION | 47% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 19,342.00 | 17,407.80 | 967.10 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 111,900.00 | 35,168.00 | 20,450.00 |
| 19. | FIRE ALARM | 390,491.00 | 132,573.30 | 0.00 |
| 20. | CONDUIT SYSTEM | 210,384.00 | 134,011.20 | 8,634.80 |
| 21. | CABLES LOW VOLTAGE | 125,500.00 | 33,232.60 | 23,650.00 |
| 22. | WARRANTY | 43,850.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $934,310.00 | $385,235.90 | $53,701.90 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00701

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $934,310.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $438,937.80 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $438,937.80 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $43,893.78 |
| 60. | TOTAL PREVIOUS PAYMENTS | $346,712.31 | |
| 61. | PAYMENT THIS PERIOD | $48,331.71 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $395,044.02 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $495,372.20 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design for B.29 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | | | |
| 71. | ISSUED THIS PERIOD | | | | | | |
| 72. | ISSUED THIS PERIOD | | | | | | |
| 73. | ISSUED THIS PERIOD | | | | | | |

74. REMARKS

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk (signature)<br>Rickey L. Kirk, C.O.T.R. | 3/17/2003 |

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, and Contract V549P-609-2 dated 2/15/02 for Project B02-100, PO No. C20751, Replace Fire Alarm System, Phase II at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Period Ending May 1, 2003

**Twelth PROGRESS PAYMENT**

| | | |
|---|---|---|
| Original contract amount | | $ 934,310.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 934,310.00 |
| Less value of work not completed | | $ 462,747.20 |
| Value of work in place to date | $471,562.80 | |
| Value of unused materials previously paid for | .00 | |
| Value of unused materials paid for this period | .00 | |
| Earned to date | | $ 471,562.80 |
| Less retained (See line 59) | $47,156.28 | |
| Less previous payments | $395,044.02 | |
| Payment this period | | $ 29,362.50 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ____________ Jerry N. Grot

Per ____________ Title President

I approve the payment of this estimate in the amount of $29,362.50 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

G- 00664

"I CERTIFY THAT THE ARTICLES OR SERVICES LISTED HEREON IN THE AMOUNT OF $ ____ C11534 HAVE BEEN RECEIVED OR RENDERED ON ____ (DATE) AND ARE PROPER FOR PAYMENT (EXCEPT AS NOTED) BY THE DUE DATE SHOWN IN THE UPPER RIGHT HAND CORNER OF THE INVOICE."

JOHN MIERA
Contracting Officer

SIGNATURE ____ DATE 13 May 03

Title CO Obligation No. C11534

CERTIFIED
STATION # 549A4
PAT REF C11534
INV CNTL #
INV REC'D 3/3/03 EVS REC'D 5/1/03
PAY AMT $ 29,362.50
C or P LIQ. AMT $

DATE 5/1/03 SIGNATURE OF THE CERTIFIED OFFICAL & TITLE
Charles Ballard Assoc. Chief Engineer (Projects)
Printed Name and Telephone number 7069

May 05 03 07:41a Bonham VA Eng Serv 903 583 6686 p.4

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 5/1/2003

TO
**Project Manager (087 )**
**Office of Facilities**
**Veterans Administration Central Office**
**Washington, DC 20420**

LOCATION OF PROJECT
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 + B02-100 | V549C-599-1 + V549P-609-2 | 2/15/2002 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT
Replace Fire Alarm System, Phase and Phase 2
PO No. C11534 + PO No. C20751

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $934,310.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 6/23/2003 |
| 10. ACTUAL PERCENT COMPLETION | 47% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 19,342.00 | 18,374.90 | 0.00 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 111,900.00 | 55,618.00 | 9,025.00 |
| 19 | FIRE ALARM | 390,491.00 | 132,573.30 | 0.00 |
| 20. | CONDUIT SYSTEM | 210,384.00 | 142,646.00 | 21,050.00 |
| 21 | CABLES LOW VOLTAGE | 125,500.00 | 56,882.60 | 2,550.00 |
| 22 | WARRANTY | 43,850.00 | 0.00 | 0.00 |
| 23 | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27 | | | | |
| 28. | | | | |
| 29 | | | | |
| 30. | | | | |
| 31 | | | | |
| 32 | | | | |
| 33. | | | | |
| 34. | | | | |
| 35 | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50 | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $934,310.00 | $438,937.80 | $32,625.00 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

G- 00665

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $934,310.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $471,562.80 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $471,562.80 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $47,156.28 |
| 60. | TOTAL PREVIOUS PAYMENTS | $395,044.02 | |
| 61. | PAYMENT THIS PERIOD | $29,362.50 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $424,406.52 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $462,747.20 |

| 64. EQUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design for B.29 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM TO INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV REPORTED, NO. TO INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. TO INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM TO INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. TO INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | |
| 71. | ISSUED THIS PERIOD | | | | |
| 72. | ISSUED THIS PERIOD | | | | |
| 73. | ISSUED THIS PERIOD | | | | |

74. REMARKS

| 75. SIGNATURE OF RESIDENT ENGINEER | 76. DATE |
|---|---|
| Rickey L. Kirk, C.O.T.R. | 5/1/2003 |



G- 00666

May 05 03 07:40a Bonham VA Eng Serv 3 583 6686 p.1

# Department of Veterans Affairs — VHA FAX TRANSMITTAL

This transmission is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law.
All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited.
If you have received this communication in error, please notify us immediately at the telephone number shown below. Thank you.




| TO: | FAX NUMBER: ☐FTS ☐COMMERCIAL | DATE: | No. PAGES ATTACHED: |
|---|---|---|---|
| Charles Ballard | 71009 | 5-5-03 | 3 |

SUBJECT: Fire Alarm Progress Payment

| FROM: | TELEPHONE NUMBER: ☐FTS ☐COMMERCIAL |
|---|---|
| Rickey Kirk | 36494 |



G- 00667

SAM RAYBURN MEMORIAL VETERANS CENTER
BONHAM, TEXAS 75418

To: Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

For work performed under Contract V549C-599-1 dated 9/26/01, for Project B01-114, PO No. C11534, Replace Fire Alarm System, Phase I, and Contract V549P-609-2 dated 2/15/02 for Project B02-100, PO No. C20751, Replace Fire Alarm System, Phase II at the Sam Rayburn Memorial Veterans Center, in Bonham, Texas 75418.

Period Ending June 4, 2003

**Thirteenth PROGRESS PAYMENT**

| | | |
|---|---|---|
| Original contract amount | | $ 934,310.00 |
| Net Changes | | $ 0.00 |
| Current contract amount | | $ 934,310.00 |
| Less value of work not completed | | $ 379,977.30 |
| Value of work in place to date | $554,332.70 | |
| Value of unused materials previously paid for | .00 | |
| Value of unused materials paid for this period | .00 | |
| Earned to date | | $ 554,332.70 |
| Less retained (See line 59) | $55,433.27 | |
| Less previous payments | $424,406.52 | |
| Payment this period | | $ 74,492.91 |

Claim made as indicated above. I have made payment from proceeds of prior payments, and/or timely payment will be made from the proceeds of this progress payment now due to my subcontractors and suppliers in accordance with contractual arrangements with them.

DATE ______________ Jerry N. Grot

Per ______________ Title President

I approve the payment of this estimate in the amount of $74,492.91 and I certify that the articles and/or services represented hereon have been received and/or rendered in accordance with the terms of the contract.

G- 00638

**CERTIFIED**
**STATION #** 549A4
**PAT REF** C11534
**INV CNTL #**
**INV REC'D** ______ **SVC REC'D** 6/4/03
**PAY AMT. $** 74,492.91
**C or P LIQ. AMT $**

**DATE** 6/6/03 **SIGNATURE OF THE CERTIFIED OFFICAL & TITLE**

Charles Ballard, Assoc. Chief Eng. (Projects)
**Printed Name and Telephone number** 871069

JOHN MRAZ
Contracting Officer

VA Veterans Administration

# CONTRACT PROGRESS REPORT

REPORT FOR PERIOD ENDING: 6/4/2003

TO:
**Project Manager (087 )**
**Office of Facilities**
**Veterans Administration Central Office**
**Washington, DC 20420**

LOCATION OF PROJECT:
VA North Texas Health Care System
Sam Rayburn Memorial Veterans Center
Bonham, Texas

| 1. PROJECT NO. | 2. CONTRACT NO. | 3. DATE CONTRACT AWARD | 4. DATE NOTICE TO PROCEED RECEIVED | 5. DATE CONSTRUCTION STARTED |
|---|---|---|---|---|
| B01-114 + B02-100 | V549C-599-1 + V549P-609-2 | 2/15/2002 | 2/1/2002 | 4/15/2002 |

6. NAME AND ADDRESS OF CONTRACTOR:
Grot, Incorporated
688 Grot Drive
Lexington, Ky. 40505-3835

7. DESCRIPTION OF CONTRACT:
Replace Fire Alarm System, Phase and Phase 2
PO No. C11534 + PO No. C20751

| | | | |
|---|---|---|---|
| 8. ORIGINAL CONTRACT AMOUNT | $934,310.00 | 12. EXTENDED CONTRACT COMPLETION DATE | |
| 9. SCHEDULED PERCENT COMPLETION | 100% | 13. ESTIMATED COMPLETION DATE | 6/23/2003 |
| 10. ACTUAL PERCENT COMPLETION | 59% | 14. DATE COMPLETED | |
| 11. ORIGINAL CONTRACT COMPLETION DATE | 11/28/2002 | | |

| ITEM NO. | BRANCH OF WORK (A) | TOTAL VALUE (B) | VALUE OF WORK IN PLACE END OF LAST PERIOD (C) | VALUE OF WORK INSTALLED IN CURRENT PERIOD (D) |
|---|---|---|---|---|
| 15. | ENGINEERING | 19,342.00 | 18,374.90 | 967.10 |
| 16. | MOBILIZATION | 20,000.00 | 20,000.00 | 0.00 |
| 17. | BOND | 12,843.00 | 12,843.00 | 0.00 |
| 18. | FINISHES | 111,900.00 | 64,643.00 | 27,575.00 |
| 19. | FIRE ALARM | 390,491.00 | 132,573.30 | 4,899.00 |
| 20. | CONDUIT SYSTEM | 210,384.00 | 163,696.00 | 33,778.80 |
| 21. | CABLES LOW VOLTAGE | 125,500.00 | 59,432.60 | 15,550.00 |
| 22. | WARRANTY | 43,850.00 | 0.00 | 0.00 |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. | | | | |
| 30. | | | | |
| 31. | | | | |
| 32. | | | | |
| 33. | | | | |
| 34. | | | | |
| 35. | | | | |
| 36. | | | | |
| 37. | | | | |
| 38. | | | | |
| 39. | | | | |
| 40. | | | | |
| 41. | | | | |
| 42. | | | | |
| 43. | | | | |
| 44. | | | | |
| 45. | | | | |
| 46. | | | | |
| 47. | | | | |
| 48. | | | | |
| 49. | | | | |
| 50. | | | | |
| 51. | SUPPLEMENTAL AGREEMENT - ADD | | | |
| 52. | SUPPLEMENTAL AGREEMENT - DEDUCT | | | |
| 53. | TOTAL | $934,310.00 | $471,562.80 | $82,769.90 |

VA FORM MAY 1987 **08-6001A** SUPERSEDES VA FORM 08-6001a, FEB 1987, WHICH IS NOT USED

## CONTRACT FISCAL DATA

| | | | |
|---|---|---|---|
| 54. | CURRENT CONTRACT AMOUNT (From Item 53, Col. B) | | $934,310.00 |
| 55. | VALUE - WORK IN PLACE TO DATE (Item 53, Cols. C plus D) | $471,562.80 | |
| 56. | VALUE - UNUSED MATERIALS PREVIOUSLY PAID FOR | $0.00 | |
| 57. | VALUE - UNUSED MATERIALS PAID FOR THIS PERIOD | $0.00 | |
| 58. | EARNED TO DATE (Items 55 plus 56 plus 57) | | $554,332.70 |
| 59. | RETAINAGE (Based on Item 58 less cost of bond premiums) | | $55,433.27 |
| 60. | TOTAL PREVIOUS PAYMENTS | $424,406.52 | |
| 61. | PAYMENT THIS PERIOD | $74,492.91 | |
| 62. | TOTAL PAYMENT TO DATE (Items 60 plus 61) | | $498,899.43 |
| 63. | VALUE - WORK NOT COMPLETED (Item 54 minus 58) | | $379,977.30 |

| 64. EPUIPMENT STATUS | 65. MATERIALS STATUS | 66A. WORK PROGRESS | 66B. PROGRESS FACTOR | 67. SUBMISSIONS OVERDUE |
|---|---|---|---|---|
| SAT | SAT | UNSAT | U | Design for B.29 |

## CHANGE ORDERS, SUPPLEMENTAL AGREEMENTS, AND TIME EXTENSIONS

| ITEM NO. | SYMBOLS (A) | | | DATE APPROVED (B) | DAYS EXTENSION (C) | ADDITIONS (D) | DEDUCTIONS (E) |
|---|---|---|---|---|---|---|---|
| 68A. | CO SUPPL. AGREE. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 68B. | CO CHANGE ORD., PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68C. | FIELD SUPPL. AGREE. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 68D. | FIELD CHANGE ORD. PREV. REPORTED, SYM | TO | INCL. | | | | |
| 69. | TIME EXTENS. PREV. REPORTED, NO. | TO | INCL. | | | | |
| 70. | ISSUED THIS PERIOD | | | | | | |
| 71. | ISSUED THIS PERIOD | | | | | | |
| 72. | ISSUED THIS PERIOD | | | | | | |
| 73. | ISSUED THIS PERIOD | | | | | | |

74. REMARKS

75. SIGNATURE OF RESIDENT ENGINEER

Rickey L. Kirk, C.O.T.R.

76. DATE 5/1/2003

HP Fax Series 900
Plain Paper Fax/Copier

Fax History Report for
Bonham VA Eng Serv
903 583 6686
Jun 06 2003 11:58am

Last Fax

| Date | Time | Type | Identification | Duration | Pages | Result |
|---|---|---|---|---|---|---|
| Jun 6 | 11:55am | Sent | 71009 | 3:30 | 5 | OK |

Result:
OK - black and white fax