**DATE:** July 17, 2003

**SUBJ:** Replace Fire Alarm System
Contract #V549C-599-1
Project #B01-114
Grot Incorporated, Contractor

**TO:** Mr. Jon Evans
Contractor's On-site Supervisor

**FROM:** Rickey L. Kirk
Contracting Officer's Technical Representative

Mr. Evans,

It has been determined that there is inadequate fire safety coverage in Building 29, Nursing Home Care Unit, as per NFPA 101, chapters 18 and 4, and our letter to your home office dated August 23, 2002. This inadequate coverage we believe poses a threat to life and limb of the occupants of said building.
Therefore, upon my authority as Contracting Officer's Technical Representative, I do hereby direct you to either:

Set up a fire watch within Building 29, that will be maintained 24 hours a day until required coverage has been installed and functioning.

Or you may install a temporary system within Building 29, which would include 4 smoke detectors in each wing of Building 29, until required coverage has been installed and functioning.

Rickey L. Kirk

Rickey L. Kirk
C.O.T.R.

**Kirk, Rickey L.**

**From:** Mraz, John P.
**Sent:** Thursday, July 17, 2003 8:15 PM
**To:** Kirk, Rickey L.

-----Original Message-----
**From:** Angela Lafferty [mailto:grot04@iglou.com]
**Sent:** Thursday, July 17, 2003 5:20 PM
**To:** 'John Mraz (E-mail)'
**Subject:** RE: Contract #V549P-609-2 Project #B01-114

Dear Mr. Mraz:

This will acknowledge receipt of your letter of July 17, 2003 regarding the disarming of the fire alarm system in Building 1, Sam Rayburn Medical Center, Bonham, Texas. While I do not agree with your letter that Building 1 did not have fire alarm protection, Grot does acknowledge that it appears that temporary pull stations were not installed as they should have been. We apologize for this oversight and assure you that it was not intentional. For your information, this issue will be corrected before Grot leaves the job site today. In addition, we are administering a "fire watch" until the pull station issue is resolved.

In light of these events, procedures are now in place to prevent this from ever happening again. However, I do want to assure you that Building 1 was not without fire alarm protection. Smoke alarms, strobes and other visual fire alarm protection were present. All that was lacking were the pull stations.

For the record, Grot did notify the VA of its intentions to work in Building 1 by e-mail to Ricky Kirk, COTR, last week. We do not know why the VA did not receive notification.

Again, while there was fire alarm protection available, it does not excuse the failure to install the pull stations. We acknowledge this error and are moving to correct it and make sure it does not happen again.

We would appreciate the VA's patience with us on this matter.

Sincerely,

Grot, Inc.

Jerry N. Grot

**Kirk, Rickey L.**

| | |
|---|---|
| **From:** | Kirk, Rickey L. |
| **Sent:** | Sunday, July 20, 2003 2:05 PM |
| **To:** | Mraz, John P. |
| **Cc:** | Ballard, Charles; Brown, Kendrick D.; Heers, Daniel; Sprouse, Cojean C.; Dearing, Adam C.; Brewer, C Darrell; Osborne, Glenda C.; Harrison, Melvin; Fomer, Chris |
| **Subject:** | Bonham Fire Alarm |

John,
Mel Harrison, Chris Fomer and myself came in today, Sunday, July 20th, and did a survey of the fire alarm system in all areas. We determined that all systems do not meet the minimum requirements to meet Life Safety. We contacted Darrell Brewer, Safety Manager, and he came in. We explained the situation to Mr. Brewer and he implemented Interium Life Safety Measures for all Buildings. He contacted the fire department and let them know what was happening with our system. I contacted Mr. Jon Evans, Grot's on-site supervisor, and had him come in and I gave him a copy of the attached letter directing him to implement a fire watch through-out Buildings 1, 2, 3, 24, and 29. At this time Mr. Evans has contacted
his home office and his personnel are on their way to start the fire watch.
Please see that a copy of this directive is sent to the Grot office.

Directive to Grot
72003.doc

I will be sending a memo to you for Grot which will give more fully the details why this action was taken.

If you have questions or concerns please call or e-mail me.

Rickey L. Kirk
C.O.T.R.

P.S.
Before ending this e-mail Mr. Evans came in and said that his men were on station they were ready to begin the fire watch. I will give him a log sheet and pertinent information for doing the watch.

# DAILY LOG - F( MAL CONTRACT

STATION: S MVC

PROJECT TITLE: Replace Fire Alarm

NAME OF CONTRACTOR: Grot, Inc.

WEATHER:

CONTRACT NO.: V549-599-1

DATE: 7-20-03

DAY: Sunday

TEMPERATURE: 8 A.M. / NOON / 4 P.M.

PROJECT NO.: B01-114

| BRANCH OF WORK | SKILLED WORKERS AND HELPERS | UNSKILLED WORKERS | LOCATION AND DESCRIPTION OF WORK |
|---|---|---|---|
| Supervisor<br>Labor | 1<br>4 | | Fire Watch Buildings 1, 2, 3, 24, and 29. |
| TOTAL | 5 | | |

| | EQUIPMENT | FORCE | PROGRESS | DELIVERY OF MATERIALS |
|---|---|---|---|---|
| SATISFACTORY | | | | |
| UNSATISFACTORY | | | | |

REMARKS *(Continue on reverse, if necessary)*

Today Mel Harrison, Chris Forner and myself came in today an inspected systems in the main buildings. The following items were found to not be in accordance with Contract specifications and NFPA Codes:

1. No Master Horns in Boiler/Chiller Plant.
2. Wiring in all FACUs is not in compliance with marketing update from Siemens dated February 28, 2001.
3. Duct detectors do not shut down A/C units. (over)

SIGNATURE OF RESIDENT ENGINEER

VA FORM 08-6131 APR 1975 — EXISTING STOCKS OF VA FORM 08-6131, APR 1956, WILL BE USED. ☆ U.S.G.P.O.: 1986-491-867/47169

4. Elevator Recall functions not operating.
5. Smoke doors do not function in all areas.
6. No Tamper or Flow Switches connected to system.

We discovered 42 deficiencies in 3 buildings and believed this was enough to constitute an imminent danger to patients and personnel. We called Darrell Brewer into the engineering office and discussed the situation with him and he agreed and it was decided to call for a fire watch in Buildings 1, 2, 3, 24, and 29. Mr. Brewer called the fire department and informed the Captian in Charge of our situation and what we were going to do.
I got on the phone and called in Mr. Jon Evans, Grot's on-site supervisor, and gave him the attached directive to start a fire watch in the above mentioned buildings. I also gave him a radio and told him to have his fire watch check into the boiler plant at the beginning of each of his fire watch rounds, every two hours. I then went with contractor with fire watch forms and posted approximately 15 forms around the 5 buildings. Contractor and his men followed me around so that each would know what was to be done. Every two hours every accessible area of the buildings was to be physically inspected for fire. Each form was to be initialed and time placed on it as to when area was inspected. I gave Mr. Evans a paper giving detailed instruction on what to do in the event a fire is discovered. It also contained emergency phone numbers.
Chris Forner had to return to Dallas VA. Mel and myself remained on station to assure that contractor new his duties.

**DATE:** July 20, 2003

**SUBJ:** Replace Fire Alarm System
Contract #V549C-599-1
Project #B01-114
Grot Incorporated, Contractor

**TO:** Mr. Jon Evans
Contractor's On-site Supervisor

**FROM:** Rickey L. Kirk
Contracting Officer's Technical Representative

Mr. Evans,

It has been determined that the existing new installation of fire alarm equipment and the temporary fire alarm system in Bldg. 1 is inadequate fire safety coverage at the Sam Rayburn Memorial Veterans Center, as per NFPA 101, chapters 18.1 thru 18.7.9.2 and 9.6.1 thru 9.7.6.2, and our letter to your home office dated August 23, 2002. This inadequate coverage we believe poses a threat to life and limb of the occupants of said Medical Center.
Therefore, upon my authority as Contracting Officer's Technical Representative, I do hereby direct you to:

> Set up a fire watch within Buildings 1, 2, 3, 24 and 29, that will be maintained during all non-duty hours, "4:30pm to 8 am", weekends and holidays, until said systems meet the requirements of NFPA 72 and 101 and the contract specifications.
> This fire watch will consist of personnel on foot patrol throughout buildings listed above and every floor of said buildings during every two-hour period. A written log will be maintained and given to the C.O.T.R. at the beginning of each business day.

Additional instructions for foot patrols will be given verbally by me to you.

An additional letter with specific deficiencies listed will be provided to your home office from me through the contracting officer.

Rickey L. Kirk

Rickey L. Kirk
Contracting Officer's Technical Representative.

**Kirk, Rickey L.**

**From:** Jon C. Evans [jon@grotinc.com]
**Sent:** Monday, July 21, 2003 8:20 AM
**To:** Jerry N. Grot
**Cc:** Rick Kirk; Mraz, John P.; Clyde Bell
**Subject:** Daily report ( Fire Watch 1,2,3,24,29 )

Today Rick Kirk called and asked if I would come to the site to talk about some things. When I arrived Rick handed me a letter stating that we would have to do Fire watch in buildings 1,2,3,24,and 29. Rick also gave me a radio, and an instruction sheet on who to call in case of a fire. Throughout the buildings were posted log sheets for us to sign as we checked the areas. We had to make a round every two hours, and notify the boiler plant before every round. We do not have to be on fire watch between the hours of 8am, and 4:30pm.

7/20/03

**DEPARTMENT OF VETERANS AFFAIRS**
**NORTH TEXAS VETERANS HEALTH CARE SYSTEM**
**DALLAS VETERANS MEDICAL CENTER**
**4500 S. LANCASTER ROAD**
**DALLAS, TX 75216**
**JOHN MRAZ (90C)**
**CONTRACTING OFFICER**
**TEL: 214-857-0021**
**FAX: 214-857-0027**
**E-MAIL: john.mraz@med.va.gov**

Grot, Inc.
324 Henry Street
Lexington, KY 40508

Date: July 22,2002

Subject: Bonham Fire Watch

Dear Mr. Jerry Grot:

Your are hereby directed by John Mraz, the Contracting Officer for the Bonham Fire Alarm System Contract, to establish a fire watch for Buildings 1, 2, 3, 24 and 29 at the Sam Rayburn Veterans Memorial Center, Bonham, TX. The fire alarm watch shall be maintained between the hours of 4:30 P.M. to 8:00 A.M on weekdays, and maintained 24 hours on weekends and holidays. The fire watch shall consist of personnel on foot-patrol, who shall check every floor of every building listed above at two-hour intervals. Furthermore, Grot, Inc. shall furnish, at the start of each business day, a written record to Ricky Kirk, the Contract COTR, that the fire-watch requirement for each building has been met.

In addition, per specification Section 13850, Fire Alarm System, Paragraph 1.1. Sub-paragraph B: the VA is now requiring that the NICET Level Certified Technician must be on site during the installation process for the duration of the contract.

The directives in this letter are not subject to negotiations and thus, must be complied with.

Sincerely,

John Mraz
Contracting Officer

Grot Incorporated Est. 1986
Electrical & Technology Contractors
324 Henry Street
Lexington, Kentucky
40508-1215
Telephone: (859) 254-3848
Facsimile: (859) 254-3847
Toll Free: (888) 254-3847
Website: www.grotinc.com

July 24, 2003

July 24

July 24 2009

Fax Transmission & Regular Mail

John Mraz
Contracting Officer
Department of Veterans Affairs
Dallas Veterans Medical Center
4500 S. Lancaster Road
Dallas, TX. 75216

Re: Grot, Inc.
Contract No. V549P-609-2
Project No. B01-114
Replace Fire Alarm System

Subject: Activation of Bonham Fire Alarm System
Your letter of July 23, 2003

Dear Mr. Mraz:

This will acknowledge receipt of your letter of July 23, 2003 showing a preparation time of 5:30 p.m. With respect to your directive to "fully activate the entire fire alarm system at the Sam Rayburn Memorial Veterans Center, Bonham, TX within forty-eight (48) hours", this is to advise you that the system is fully activated in all buildings with the exception of building 1. Building 1 has a fully operational temporary system installed. Attached to this letter is a copy of a letter from Scott McCauley of Siemens verifying that the system is fully activated.

If there are any other questions, please contact me immediately.

Sincerely,
GROT, INC.
Jerry N Grot
Jerry Grot, President

JG:dmc

Attachment

cc: Andrew J. Kilpatrick, Jr., Esquire
Scott McCauley

EXHIBIT 19

Department of Veterans Affairs

# VHA FAX TRANSMITTAL

This transmission is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law.

All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited.

If you have received this communication in error, please notify us immediately at the telephone number shown below. Thank you.




TO: Scott McCaully

FAX NUMBER: ☐ FTS ☐ COMMERCIAL 972 751-1194

DATE: 7-23-03

No. PAGES ATTACHED: 1

SUBJECT: Fire Alarm Deficiencies

FROM: Rickey Kirk

TELEPHONE NUMBER: ☐ FTS ☐ COMMERCIAL 903 583-6494

VA FORM MAY 1993 10-0114B



G- 0067

**Deficiencies Needing Correction
Prior To Removing Fire Watch**

1. Install 3 Master Horns in Boiler/Chiller Plant for notification to operator that Fire System is in Alarm.
2. Rewire FACUs.
3. Connect Smoke Detectors in A/C Duct for proper shutdown of equipment.
4. Connect Elevator Recall on Elevators having the capacity for it.
   a. Elevator Point of Contact:
      i. Kone (877) 871-7000 Rita
5. Connect Smoke Doors for proper function during alarm.
6. Connect Tamper and Flow switches to Fire System.

**SIEMENS** FIRE SAFETY

SIEMENS BUILDING TECHNOLOGIES, INC.

July 24, 2003

July 24

July 24, 2003

To: Jerry Grot

RE: Activation of Bonham Fire Alarm System

Dear Jerry,

This memo is in response to the letter dated July 23, 2003 sent to you from John Mraz, Dallas VA Contracting Officer. The fire alarm system located at the Dallas VA Bonham facility is fully activated at this time. All buildings main FACU's, with the exception of Building 1 have been activated. Building 1 has an activated temporary system, similar to the temporary systems that have been installed previously in buildings 2,3, 24 and 25. There are temporary smoke detectors installed in the hallways of building 29 that are connected to the building 29 FACU. It was brought to our attention on July 23, 2003 at 12:22 pm that there are a few deficiencies that need to be corrected. The deficiencies are being worked on as we speak, but in no way do the deficiencies impair the fire alarm system from reporting a fire alarm to the VA staff and the building occupants.

Siemens would be available to discuss these issues with anyone concerned with the status of the system installed at the VA Bonham facility. If you have any questions please don't hesitate to call me at 972-621-5689.

Sincerely,

Scott McCauley

Scott McCauley
South Central District Manager
Siemens Building Technologies, Inc.

8600 N. Royal Ln., Suite 100 * Irving, Texas 75063 * Tel: (972)-929-5044 * Metro: (972) 751-1664 * Fax : 972-751-1194

July 28, 2003
28
1012

NORTH TEXAS VETERANS HEALTH CARE SYSTEM
DEPARTMENT OF VETERANS AFFAIRS
DALLAS VETERANS MEDICAL CENTER
4500 S. LANCASTER ROAD
DALLAS, TX 75216

July 28, 2003

July 28, 2008

Mr. Jerry Grot
Grot, Inc.
324 Henry Street
Lexington, KY 40508

Subject: Bonham Fire Alarm Watch

Dear Mr. Jerry Grot:

This letter rescinds my letter of July 22, 2003 that directed Grot, Inc. "to insure that the fire alarm system at the Sam Rayburn Veterans Memorial Center, Bonham, TX is fully activated within forty-eight hours". It also confirms our phone conversation of July 24, 2003 and the follow-up e-mail of the same date in which I revoked my directive of July 22, 2003 and replaced it with a new directive requiring Grot, Inc. to have the Bonham fire alarm system ***"fully operational"*** as opposed to "fully activated" not later than 8 A.M. on July 30, 2003. Fully operational means that "All major fire systems in Buildings 1, 2, 3, 24 and 29 must be in full operation and provide complete protection for our patients and employees in accordance with the requirements of Contract V549C-609-2 and the NFPA Codes."

In addition, as discussed over the telephone and in your letter of July 23, 2003 and July 24, 2003, the following six deficiencies must be cured not later than 8 A.M. on July 30, 2003.

Item 1. Install three (3) master horns at the Boiler/Chiller Plant to notify the operator that the fire system is in alarm: In accordance with "Two distinct alarm signal systems" found in Contract Specification Section 13850, paragraph 1.1, sub-paragraph 4. Two distinct alarm signals are required: one system that will provide coverage for Building 11, and one system that will provide coverage for the rest of the campus.

Item 2. Rewire FACU's:

All FACU's shall be wired in compliance with Siemens, manufacture's marketing update of February 28, 2001.

Item 3. Connect smoke detectors in A/C Duct for proper shutdown of equipment:

Required in accordance with Contract Specification Section 13580, paragraph 2.8, sub-paragraph F and paragraph 3.4, sub-paragraph F and the NFPA Codes.

EXHIBIT 20

Item 4. Connect elevator recall on elevators with elevator recall capacity:

Required in accordance with Contract Specification Section 13850, paragraph 2.11 and the NFPA Codes.

Item 5. Connect smoke doors and certify their functionality;

Required in accordance with Contract Specification Section 13850, paragraph 2.12 and the NFPA Codes.

July 28, 2003

Item 6. Connect tamper and flow switches to fire system:

uired in accordance with Contract Specification Section 13850, paragraph 1.8, sub-paragraph D and paragraph ., sub-paragraph K and the NFPA Codes.

This letter directs you to have the Bonham fire alarm system "fully operational" and the six above deficiencies cured not later than 8 A.M. on July 30, 2003. Nothing less than full compliance with the directives contained in this letter is acceptable.

Grot Incorporated is encouraged to send a representative to walk-thru and inspect the fire alarm system with the VA representatives at 8 A.M. on July 30, 2003.

Sincerely,

2 of 2

John Mraz
Contracting Officer