Building # 1

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak Audio/Vis | Duct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| N/M | FA-35 | No Audio Visual Shown | No Audio Visual Shown | AB-02 | 1-Audio Visual Shown | 1 Audio Visual Added | | 1 | | | 1 | |
| #35 | FA-35 | 2 Smokes Shown | 2 Smokes Shown | AB-02 | No Smokes Shown | 2 Smokes Deleted | | | | | | -2 |
| #34 | FA-35 | No Audio Visual Shown | No Audio Visual Shown | AB-02 | Audio Visual Shown | 2 Audio Visual Added | | | | | 2 | |
| 34 | FA-35 | No PIV Shown | No PIV Shown | AB-02 | PIV Shown | 1 PIV Added | | | | 1 | | |
| #33 | FA-35 | 3 Tampers Shown | 3 Tampers Shown | AB-02 | 4 Tampers Shown | 1 Tamper Added why? | | | | 1 | | |
| #2 | FA-35 | Smokes under computer fl. | Smokes under computer fl. | AB-02 | No Smokes Shown | Why were 2 smokes Deleted? | | | | | | 2 |
| #15 | FA-35 | Smokes under computer fl. | Smokes under computer fl. | AB-02 | No Smokes Shown | Why were 2 smokes Deleted? | | | | | | 2 |
| #15 | FA-35 | No A/V Shown | No A/V Shown | AB-02 | 1-A/V, 1 Visual, added | 1-A/V, 1 Visual, added | | | | | 1 | |
| #1 | FA-35 | No Tampers, Visuals | No Tampers, Visual | AB-02 | 2-Tampers, 1-Visual Added | 2-Tampers, 1-Visual Added | | | | | | |
| #1 | FA-35 | Pull Station | Pull Station | AB-02 | 1-Pull Station relocated | 1-Pull Station relocated | | | | | | |
| #1F | FA-35 | Smokes in hallway | Smokes Deleted in hallway | AB-02 | Smokes Deleted in hallway | No Changes | | | | | | |
| #1F | FA-35 | No Tampers Shown | 2- Tampers Shown | AB-02 | 2-Tampers Shown | No Changes | | | | | | |
| #18 | FA-35 | Smokes under computer fl. | Smokes under computer fl. | AB-02 | No Smokes Shown | Why were 2 smokes Deleted? | | | | | | |
| #21 | FA-35 | No Visual Shown | No Visual Shown | AB-02 | 2-Visuals Added | 2-Visuals Added | | | | | | |
| Hall top | FA-36 | 2-A/V Shown | 2-A/V Shown | AB-03 | 2-Visual Installed | Changed 2 Audio Visual to Visual | | | | | | |
| | | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | |
| Hall top | FA-36 | 1 Pull Station | 1 Pull Station | AB-03 | 1 Pull Station | 1-Pull Station relocated | | | | | | |
| #120 | FA-36 | 1 A/V shown | 1 A/V shown | AB-03 | 1-Visual Added | 1 A/V Changed to Visual | | | | | | |
| | | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | |
| #116 | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 1 Visual Added | 1 Visual Added | | | | | | |
| #115 | FA-36 | No Visual Shown | 1 Visual Shown | AB-03 | 1 Visual Shown | No Changes | | | | | | |
| #114 | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 1 Visual Added | 1 Visual Added | | | | | | |
| #113 | FA-36 | No Visual Shown | 1 Visual Shown | AB-03 | 1 Visual Shown | No Changes | | | | | | |
| #112 | FA-36 | No Visual Shown | 1 Visual Shown | AB-03 | 1 Visual Shown | No Changes | | | | | | |
| Waiting | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 2 Visual Added | 2 Visuals Added | | | | | | |
| Waiting | FA-36 | No Smokes Shown | 1 Smoke Shown | AB-03 | 1 Smoke Shown | No Changes | | | | | | |
| #139 | FA-36 | No Smokes Shown | No Smokes Shown | AB-03 | 1 Smoke Added | 1 Smoke Added | | | | | | |
| #139 | FA-36 | No Pull Station Shown | No Pull Station Shown | AB-03 | 1 Code Purple Pull Station | 1 Code Purple Pull Station | | | | | | |
| Hall-N | FA-36 | Smokes Shown | No Smokes Shown | AB-03 | No Smokes Shown | No Changes | | | | | | |
| #177 | FA-36 | Duct Smoke Shown | Duct Smoke Shown | AB-03 | No Duct Smoke Shown | 1 Duct Smoked Deleted | | | | | | |
| Hall-N | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 2 Visual Added | 2 Visuals Added | | | | | | |
| Hall-N | FA-36 | No Smokes Shown | 1 Smoke Detector for Door | AB-03 | 1 Smoke Detector For Door | No Changes | | | | | | |
| Waiting | FA-36 | No Smokes Shown | 1 Smoke Added | AB-03 | 1 Smoke Shown | No Changes | | | | | | |

Building # 1

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis | Duct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waiting | FA-36 | No Ceiling Speaker | 1 Ceiling Speaker Added | AB-03 | 1 Ceiling Speaker Shown | No Changes | | | | | | | |
| Waiting | FA-36 | No Ceiling Speaker | 1 Ceiling Speaker Added | AB-03 | 1 Ceiling Speaker Shown | No Changes | | | | | | | |
| Waiting | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 1 Visual Added | 1 Visual Added | | | | | | | |
| #172 | FA-36 | No Duct Smoke Shown | No Duct Smoke Shown | AB-03 | 1 Duct Smoke Added | 1 Duct Smoked Added | | | | | | | |
| #172 | FA-36 | No Module Shown | No Module Shown | AB-03 | 1 Module Added | 1 Module Added | | | | | | | |
| Hall/172 | FA-36 | 1 Pull Station | 1 Pull Station | AB-03 | 1 Pull Station Deleted | 1 Pull Station Deleted | | | | | | | |
| Hall/171 | FA-36 | 1 Smoke Detector Shown | 1 Smoke Detector Shown | AB-03 | 1 Smoke Detector Deleted | 1 Smoke Detector Deleted | | | | | | | |
| Hall/171 | FA-36 | 1 Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-03 | 1 Ceiling Speaker Deleted | 1 Ceiling Speaker Deleted | | | | | | | |
| #175A | FA-36 | No Tampers | 1 Tamper Added | AB-03 | 1 Tamper Shown | No Changes | | | | | | | |
| #164 | FA-36 | 1 A/V shown | 1 A/V shown | AB-03 | 1 Visual Added | A/V Changed to Visual | | | | | | | |
| #162 | FA-36 | No Smokes Shown | 1 Smoke Added | AB-03 | 1Smoke Shown | No Changes | | | | | | | |
| Break | FA-36 | No Visual Shown | 1 Visual Added | AB-03 | 1 Visual Shown | No Changes | | | | | | | |
| #154 | FA-36 | No Visual Shown | 1 Visual Added | AB-03 | 1 Visual Shown | No Changes | | | | | | | |
| #150 | FA-36 | No Visual Shown | No Visual Shown | AB-03 | 1 Visual Added | 1 Visual Added | | | | | | | |
| Hall/150 | FA-36 | No Visual Shown | 1 Visual Added | AB-03 | 1 Visual Shown | No Changes | | | | | | | |
| Hall/150 | FA-36 | Smoke Shown | Smoke Shown | AB-03 | 1 Smoke Relocated | 1 Smoke Relocated | | | | | | | |
| #143 | FA-36 | No Smokes Shown | No Smokes Shown | AB-03 | 1 Smoke Added | 1 Smoke Added | | | | | | | |
| #200D | FA-37 | No Smoke Shown | No Smoke Shown | AB-04 | 1 Smoke Added | 1 SmokeAdded | | | | | | | |
| #200D | FA-37 | Visual Shown | Visual Shown | AB-04 | 1 Visual Relocated | 1 Visual Relocated | | | | | | | |
| #219 | FA-37 | No Smoke Shown | No Smoke Shown | AB-04 | 1Smoke Added | 1 Smoke Added | | | | | | | |
| #219 | FA-37 | No Visual Shown | No Visual Shown | AB-04 | 1 Visual Added | 1 Visual Added | | | | | | | |
| #221 | FA-37 | No Visual Shown | 1 Visual Added | AB-04 | 1 Visual Shown | No Changes | | | | | | | |
| #222 | FA-37 | No Smoke Shown | 1 Smoke Added | AB-04 | 1 Smoke Shown | No Changes | | | | | | | |
| #222 | FA-37 | No PAD-3 Shown | No PAD-3 Shown | AB-04 | 1 PAD-3 Added | 1PAD-3 Added | | | | | | | |
| #222 | FA-37 | No Modules | No Modules | AB-04 | 4 Modules Added | 4 Modules Added | | | | | | | |
| AHU/Ro | FA-37 | 2 Duct Smokes | 2 Duct Smokes | AB-04 | 2 Ducts Smokes Deleted | 2 Ducts Smokes Deleted | | | | | | | |
| 200F/Ha | FA-37 | 2 Smokes | No Smokes Shown | AB-04 | No Smokes Shown | No Changes | | | | | | | |
| 200/Hall | FA-37 | 1 Smoke Shown | No Smoke Shown | AB-04 | No Smokes Shown | No Changes | | | | | | | |
| 200/Hall | FA-37 | 1 Visual Shown | 1 Visual Shown | AB-04 | 1 Visual Relocated | 1 Visual Relocated | | | | | | | |
| #210 | FA-37 | 1 A/V Shown | 1 A/V Shown | AB-04 | 1Visual Added | 1 A/V Changed To 1 Visual | | | | | | | |
| | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | | |
| #209 | FA-37 | No Visual Shown | 1 Visual Shown | AB-04 | 1 Visual Shown | No Changes | | | | | | | |
| Waiting | FA-37 | No Smoke Shown | No Smoke Shown | AB-04 | 1 Smoke Added | 1 Smoke Added | | | | | | | |
| 300D/Ha | FA-38 | 1 Smoke Shown | 1 Smoke Not Shown | AB-05 | 1 Smoke Not Shown | No Changes | | | | | | | |

Building # 1

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak Audio/Vis | Duct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 300D/Hε | FA-38 | 1 Pull Station Shown | 1 Pull Station Shown | AB-05 | 1 Pull,Station Relocated | 1 Pull Station Relocate | | | | | | |
| 300D/Hε | FA-38 | 1 Visual Shown | 1Visual Shown | AB-05 | 1Visual Relocated | 1Visual Relocated | | | | | | |
| 300/Hall | FA-38 | 1 Smoke Shown | 1 Smoke Shown | AB-05 | 1 Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 300/Hall | FA-38 | 1 Visual | 1Visual | AB-05 | 1 Visual Relocated | 1 Visual Relocated | | | | | | |
| 300B/Ha | FA-38 | 1 Visual | 1 Visual | AB-05 | 1 Visual Relocated | 1 Visual Relocated | | | | | | |
| 300B/Ha | FA-38 | 1 Smoke Shown | 1 Smoke Shown | AB-05 | 1 Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 300F/Ha | FA-38 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-05 | 1 Ceiling Speaker Added | 1 Ceiling Speaker Added | | | | | | |
| 300F/Ha | FA-38 | 2 Smokes Shown | 2 Smokes Not Shown | AB-05 | 2 Smokes Not Shown | No Changes | | | | | | |
| #324 | FA-38 | No Visual Shown | 1 Visual Shown | AB-05 | 1 Visual Shown | No Changes | | | | | | |
| #327 | FA-38 | No Visual Shown | 1 Visual Shown | AB-05 | 1 Visual Shown | No Changes | | | | | | |
| #317 | FA-38 | No Visual Shown | 1 Visual Shown | AB-05 | 1 Visual Shown | No Changes | | | | | | |
| #317 | FA-38 | No Smoke Shown | No Smoke Shown | AB-05 | 1 Smoke Added | 1 Smoke Added | | | | | | |
| #316 | FA-38 | No Visual Shown | 1 Visual Shown | AB-05 | 1 Visual Shown | No Changes | | | | | | |
| #307 | FA-38 | No Visual Shown | 1 Visual Shown | AB-05 | 1 Visual Shown | No Changes | | | | | | |
| 300F/Ha | FA-38 | 2 Smokes Shown | No Smoke Shown | AB-05 | 2 Smokes Shown | 2 Smokes Added | | | | | | |
| | | | | | | | | | | | | |
| 400D | FA-39 | 2 Ceiling Speakers | 2 Ceiling Speakers | AB-06 | 2 Ceiling Speakers Relocatec | 2 Ceiling Speakers Relocated | | | | | | |
| 400D | FA-39 | 2 Smokes | 2 Smokes | AB-06 | 2 Smokes Relocated | 2 Smokes Relocated | | | | | | |
| 400/Hall | FA-39 | 2 Smokes Shown | 2 Smokes Shown | AB-06 | 2 Smokes Deleted | 2 Smokes Deleted | | | | | | |
| 400B | FA-39 | 1 Smoke Shown | 1 Smoke Not Shown | AB-06 | 1 Smoke Not Shown | No Changes | | | | | | |
| 400F | FA-39 | 2 Smokes Shown | 2 Smokes Not Shown | AB-06 | 2 Smokes Not Shown | No Changes | | | | | | |
| 400F | FA-39 | 1 Visual Shown | 1 Visual Relocated | AB-06 | 1Visual Shown | No Changes | | | | | | |
| #427 | FA-39 | No Visual Shown | 1 Visual Shown | AB-06 | 1Visual Shown | No Changes | | | | | | |
| #427A | FA-39 | No Visual Shown | 1 Visual Shown | AB-06 | 1Visual Shown | No Changes | | | | | | |
| #430 | FA-39 | No Visual Shown | 1 Visual Shown | AB-06 | 1Visual Shown | No Changes | | | | | | |
| #417 | FA-39 | No Smoke Shown | 1 Smoke Shown | AB-06 | 1 Smoke Shown | No Changes | | | | | | |
| #417 | FA-39 | No Modules Shown | No Modules | AB-06 | 2 Modules Added | 2 Modules Added | | | | | | |
| #416 | FA-39 | No Smoke Shown | No Smoke Shown | AB-06 | 1 Smoked Added | 1 Smoke Added | | | | | | |
| #416 | FA-39 | No Visual Shown | 1 Visual Shown | AB-06 | 1 Visual Shown | No Changes | | | | | | |
| #407 | FA-39 | No Visual Shown | 2 Visual Shown | AB-06 | 2 Visuals Shown | No Changes | | | | | | |
| #402 | FA-39 | No Visual Shown | No Visual Shown | AB-06 | 1 Visual Added | 1 Visual Added | | | | | | |
| #400D | FA-39 | Smoke Not Shown | 1 Smoke Shown | AB-06 | 1 Smoke Shown | No Changes | | | | | | |
| 400B | FA-39 | Smokes Not Shown | 2 Smokes Shown | AB-06 | 2 Smokes Shown | No Changes | | | | | | |
| 400F | FA-39 | Smokes Not Shown | 2 Smokes Shown | AB-06 | 2 Smokes Shown | No Changes | | | | | | |
| | | | | | | | | | | | | |
| 500B | FA-40 | 2 Smokes Shown | No Smokes Shown | AB-07 | 2 Smokes Shown | Same As Original Design | | | | | | |
| 500B | FA-40 | 1 Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-07 | 1 Ceiling Speaker Shown | Same As Original Design | | | | | | |
| 500B | FA-40 | 2 Visuals Shown | 2 Visuals Shown | AB-07 | 2 Visuals Shown | No Changes | | | | | | |

Building # 1

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis | Duct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 500B | FA-40 | 1 Pull Station Shown | 1 Pull Station Shown | AB-07 | 1 Pull Station Shown | No Changes | | | | | | | |
| 500 | FA-40 | 1 Smoke Shown | No Smokes Shown | AB-07 | No Smoke Shown | No Changes | | | | | | | |
| 500D | FA-40 | 3 Smoke Shown | No Smokes Shown | AB-07 | 3 Smokes Shown | Same As Original Design | | | | | | | |
| 523 | FA-40 | No Visual Shown | No Visual Shown | AB-07 | 1 Visual Shown | 1 Visual Added | | | | | | | |
| 522 | FA-40 | No Visual Shown | 1 Visual Shown | AB-07 | 1 Visual Shown | No Changes | | | | | | | |
| 521 | FA-40 | No Visual Shown | 1 Visual Shown | AB-07 | 1 Visual Shown | No Changes | | | | | | | |
| 520 | FA-40 | No Visual Shown | 1 Visual Shown | AB-07 | 1 Visual Shown | No Changes | | | | | | | |
| 517 | FA-40 | No Smoke Shown | 1 Smoke Shown | AB-07 | 1 Smoke Shown | No Changes | | | | | | | |
| Telecom | FA-40 | No Smoke Shown | 1 Smoke Shown | AB-07 | 1 Smoke Shown | No Changes | | | | | | | |
| 515 | FA-40 | 1 Tamper Shown | 1 Tamper Not Shown | AB-07 | 1 Tamper Not Shown | No Changes | | | | | | | |
| 515 | FA-40 | 1 Flow Shown | 1 Flow Not Shown | AB-07 | 1 Flow Not Shown | No Changes | | | | | | | |
| 515B | FA-40 | A/V Not Shown | 1 A/V Shown | AB-07 | 1 A/V Shown | No Changes | | | | | | | |
| 515B | FA-40 | No Ceiling Speaker | 1 Ceiling Speaker Shown | AB-07 | 1 Ceiling Speaker Shown | No Changes | | | | | | | |
| 509 | FA-40 | No Visual Shown | 1 Visual Shown | AB-07 | 1 Visual Shown | No Changes | | | | | | | |
| Pent H. | FA-41 | FATC Shown | FATC Shown | AB-08 | FATC Relocated | FATC Relocated | | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | | |
| Pent H. | FA-41 | No Heat Detectors Shown | 10 Heat Detectors Shown | AB-08 | 10 Heat Detectors Shown | No Changes | | | | | | | |
| Pent H. | FA-41 | No Smoke Shown | No Smoke Shown | AB-08 | 1 Smoke Added | 1 Smoke Added | | | | | | | |
| 6-Riser | FA-42 | Devices Shown | Devices Shown | AB-09 | No Devices Shown | | | | | | | | |
| 6-Panel | FA-43 | Components Used | Components Used | AB-10 | Components Used | | | | | | | | |

SUMMARY SECTION

| | | |
|---|---|---|
| New Devices | Smoke Detectors | 10 |
| New Devices | Ceiling Speakers | 1 |
| New Devices | Visuals | 16 |
| New Devices | Audio/Visual | 5 |
| New Devices | Pull Stations | |
| New Devices | Duct Smoke | |
| New Devices | Tampers | 3 |
| New Devices | Flows | |
| New Devices | Modules | 7 |

Building # 1

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak Audio/Vis | Duct |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Deleted/Changed Devices | Smoke Detectors | 15 | Relocated Devices | 3 | | | | | | |
| | | Deleted/Changed Devices | Ceiling Speakers | 1 | Relocated Devices | 2 | | | | | | |
| | | Deleted/Changed Devices | Visuals | | Relocated Devices | 5 | | | | | | |
| | | Deleted/Changed Devices | Audio/Visual | 4 | Relocated Devices | | | | | | | |
| | | Deleted/Changed Devices | Pull Stations | 1 | Relocated Devices | 2 | | | | | | |
| | | Deleted/Changed Devices | Duct Smoke | 3 | Relocated Devices | | | | | | | |
| | | Deleted/Changed Devices | Tampers | | Relocated Devices | | | | | | | |
| | | Deleted/Changed Devices | Flows | | Relocated Devices | | | | | | | |
| | | | No Changes Made | 54 | | | | | | | | |
| | | | Same As Original Plans | 3 | | | | | | | | |