Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | FA-16 | Module Shown | Module Not Shown | AB-11 | Module Not Shown | No Changes | | | | | | |
| 1 | FA-16 | No A/V Shown | 1 A/V Shown | AB-11 | 2 A/V Shown | 1 A/V Added | | | | | | 1 |
| 1 | FA-16 | No Heat Detector | 1 Heat Detector Shown | AB-11 | 1 Heat Detector Shown | No Changes | | | | | | |
| 1 | FA-16 | Module Not Shown | 3 Module Shown | AB-11 | 3 Module Shown | No Changes | | | | | | |
| 1 | FA-16 | 2 FATC Shown | 2 FATC Shown | AB-11 | 2 FATC Deleted | 2 FATC Deleted | | | | | | |
| Hallway | FA-16 | Pull Station Not Shown | Pull Station Not Show | AB-11 | 1 Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| Hallway | FA-16 | No Visual Shown | No Visual Shown | AB-11 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 2 | FA-16 | 1 Smoke Detector Shown | 1 Smoke Detector not Shown | AB-11 | 1 Smoke not Shown | No Changes | | | | | | |
| 2 | FA-16 | A/V Shown | A/V Shown Relocated | AB-11 | A/V Shown | No Changes | | | | | | |
| 3B | FA-16 | A/V Shown | Visual Shown | AB-11 | Visual Shown | No Changes | | | | | | |
| 3B | FA-16 | Smoke Shown | Smoked Shown Removed | AB-11 | Smoked Shown Removed | No Changes | | | | | | |
| 6B | FA-16 | Smoke Shown | Smoked Shown Removed | AB-11 | Smoked Shown Removed | No Changes | | | | | | |
| 6B | FA-16 | A/V Shown | Visual Shown | AB-11 | Visual Shown | No Changes | | | | | | |
| 6A | FA-16 | No Visual Shown | Visual Shown | AB-11 | Visual Shown | No Changes | | | | | | |
| 7 | FA-16 | No A/V Shown | A/V Shown | AB-11 | A/V Shown | No Changes | | | | | | |
| Hallway | FA-17 | No Visual Shown | 1 Visual Shown | AB-12 | 1 Visual Shown | No Changes | | | | | | |
| Hallway | FA-17 | No Module Shown | No Module Shown | AB-12 | 1 Module Shown | 1 Module Shown | | | | 1 | | |
| Hallway | FA-17 | 3- Smokes Shown | 3 Smokes Not Shown | AB-12 | Smokes Not Shown | No Changes | | | | | | |
| Hallway | FA-17 | 2- Visuals Shown | 2- Visuals Relocated | AB-12 | 2-Visuals Shown | No Changes | | | | | | |
| Hallway | FA-17 | No Pull Station Shown | Pull Station Shown | AB-12 | Pull Station Shown | No Changes | | | | | | |
| Hallway | FA-17 | Duct Smoke Shown | Duct Smoke Not Shown | AB-12 | Duct Smoke Not Shown | No Changes | | | | | | |
| 100 | FA-17 | FACP Shown | FACP Shown | AB-12 | FACP Shown | No Changes | | | | | | |
| 100 | FA-17 | Smoke Shown | Smoke Shown | AB-12 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 100A | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 127 | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| Waiting | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 2 Visual Added | 2 Visual Added | | 2 | | | | |
| Waiting | FA-17 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-12 | 1 Ceiling Speaker Shown | 1 Ceiling Speaker Shown | | | | | 1 | |
| Waiting | FA-17 | No Smoke Shown | 2 Smokes Added | AB-12 | 2 Smokes Shown | No Changes | | | | | | |
| AHU/CLO | FA-17 | Duct Smoke Shown | Duct Smoke Shown | AB-12 | Duct Smoke Deleted | 1 Duct Smoke Deleted | | | | | | |
| 136C | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 136B | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 136B | FA-17 | No Smoke Shown | No Smoke Shown | AB-12 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 137 | FA-17 | No Module Shown | No Module Shown | AB-12 | 1 Module Shown | 1 Module Shown | | | | | | |
| 137 | FA-17 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-12 | 1 Ceiling Speaker Shown | 1 Ceiling Speaker Shown | | | | | | |
| 137 | FA-17 | No A/V Shown | No A/V Shown | AB-12 | 1 Audio Visual Added | 1 Audio Visual Added | | | | | | 1 |
| 143 | FA-17 | No Visual Shown | No Visual Shown | AB-12 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 141 | FA-17 | Duct Smoke Shown | Duct Smoke Shown | AB-12 | 1 Duct Smoke Deleted | 1 Duct Smoke Deleted | | | | | | |

Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conf.room | FA-17 | No Visual Shown | 1 Visual Shown | AB-12 | 1 Visual Shown | No Changes | | | | | | |
| Break | FA-17 | No Visual Shown | 1 Visual Shown | AB-12 | 1 Visual Shown | No Changes | | | | | | |
| Hallway | FA-18 | 5 Smokes Shown | 5 Smokes Not Shown | AB-13 | 5 Smokes Not Shown | No Changes | | | | | | |
| Hallway | FA-18 | No Pull Station shown | No Pull Station Shown | AB-13 | 1 Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| Hallway | FA-18 | Module Not Shown | Module Not Shown | AB-13 | 1 Module Shown | 1 Module Shown | | | | 1 | | |
| Hallway | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| Hallway | FA-18 | Smoke Shown | Smoke Not Shown | AB-13 | Smoke Not Shown | No Changes | | | | | | |
| 125B | FA-18 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-13 | 1 Celing Speaker Added | 1 Celing Speaker Added | | | | | 1 | |
| 125B | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 125A | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| no # Room | FA-18 | No A/V Shown | No A/V Shown | AB-13 | 1 A/V Added | 1A/V Added Room not on G.Plans | | | | | | 1 |
| 100C | FA-18 | Smoke Shown | Smoke Not Shown | AB-13 | Smoke Not Shown | No Changes | | | | | | |
| 100C | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 110A | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 110 | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 3 Visual Added | 3 Visual Added | | 3 | | | | |
| 103 | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 111 | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 111 | FA-18 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-13 | 1 Celing Speaker Added | 1 Celing Speaker Added | | | | | 1 | |
| 112 | FA-18 | No Module | No Module Shown | AB-13 | 2 Module Added | 2 Module Added | | | | 2 | | |
| 100S | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 100S | FA-18 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-13 | 1 Celing Speaker Added | 1 Celing Speaker Added | | | | | 1 | |
| 102 | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 101 | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 2 Visual Added | 2 Visual Added | | 2 | | | | |
| 101 | FA-18 | No Smokes Shown | No Smokes Shown | AB-13 | 2 Smokes Shown | 2 Smokes Shown | 2 | | | | | |
| Break | FA-18 | No Visual Shown | No Visual Shown | AB-13 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 200A | FA-19 | 4-Smoke Detectors Shown | No Smokes Shown | AB-14 | No Smokes Shown | No Change | | | | | | |
| 200A | FA-19 | 2- Visuals Shown | 2 Visuals Shown | AB-14 | 2 Visuals Deleted | 2 Visuals Deleted | | | | | | |
| 200A | FA-19 | 3- Ceiling Speakers Shown | 3 Ceiling Speakers Shown | AB-14 | 3 Ceiling Speakers Deleted | 3 Ceiling Speakers Deleted | | | | | | |
| 200D | FA-19 | 3 Smoke Detectors Shown | No Smokes Shown | AB-14 | No Smokes Shown | No Change | | | | | | |
| 200D | FA-19 | 3 Speakers Shown | 3 Speakers Shown | AB-14 | 3 Ceiling Speakers Deleted | 3 Ceiling Speakers Deleted | | | | | | |
| 200D | FA-19 | 2 Visuals Shown | 2 Visuals Shown | AB-14 | 2 Visuals Deleted | 2 Visuals Deleted | | | | | | |
| 200D | FA-19 | 1 Pull Station Shown | 1 Pull Station Shown | AB-14 | 1 Pull Station Shown | No Change | | | | | | |
| 214 | FA-19 | 1 Audio Visual Shown | 1 Audio Visual Shown | AB-14 | 1 Audio Visual Deleted | 1 Audio Visual Deleted | | | | | | |
| 216 | FA-19 | 1 Audio Visual Shown | 1 Audio Visual Shown | AB-14 | 1 Audio Visual Deleted | 1 Audio Visual Deleted | | | | | | |
| 217 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |
| 218 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |

Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 218 | FA-19 | No Duct Smoke Shown | 1 Duct Smoke Shown | AB-14 | 1 Duct Smoke Deleted | 1 Duct Smoke Deleted | | | | | | |
| 221 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |
| 210 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |
| 209 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |
| 208 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1 Visual Deleted | | | | | | |
| 208 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 209 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 210 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 224 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 223 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 223A | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 222 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 221 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 220 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 219 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 218 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 217 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 216 | FA-19 | Room Shown | Room Shown | AB-14 | Room Deleted | Room Walls & Hall Walls Deleted | | | | | | |
| 206 | FA-19 | FATC Not Shown | FATC Not Shown | AB-14 | FATC Relocated From 201A | FATC Relocated | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 206 | FA-19 | PAD 3 Not Shown | PAD 3 Not Shown | AB-14 | PAD 3 Relocated From 201A | PAD 3 Relocated | | | | | | |
| | | | | | Why was PAD 3 power audible panel relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 206 | FA-19 | Module Not Shown | Module Shown | AB-14 | Module Relocated From 201A | Module Relocated | | | | | | |
| 206 | FA-19 | No Smoke Detector Shown | No Smokes Shown | AB-14 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 200 | FA-19 | 1 Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Deleted | 1Visual Deleted | | | | | | |
| 200 | FA-19 | 1 Smoke Shown | 1 Smoke Shown | AB-14 | 1 Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 200 | FA-19 | 2 Ceiling Speakers Shown | 2 Ceiling Speakers Shown | AB-14 | 2 Ceiling Speakers Deleted | 2 Ceiling Speakers Deleted | | | | | | |
| 201A | FA-19 | FATC Shown | FATC Shown | AB-14 | FATC Deleted | FATC Deleted | | | | | | |
| 201A | FA-19 | PAD 3 Shown | PAD 3 Shown | AB-14 | PAD 3 Deleted | PAD 3 Deleted | | | | | | |
| 201A | FA-19 | Module Shown | Module Shown | AB-14 | Module Deleted | Module Deleted | | | | | | |
| 200B Hall | FA-19 | 5 Smokes Shown | 5 Smokes Not Shown | AB-14 | 5 Smokes Not Shonw | No Change | | | | | | |
| 200B Hall | FA-19 | No Duct Smoke Shown | 2 Duct Smoke Shown | AB-14 | 2 Duct Smoke Shown | No Change | | | | | | |
| 237 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Shown | No Change | | | | | | |
| 239 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Shown | No Change | | | | | | |

Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 240 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Shown | No Change | | | | | | |
| 241A | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Shown | No Change | | | | | | |
| 241 | FA-19 | No Visual Shown | 1 Visual Shown | AB-14 | 1 Visual Shown | No Change | | | | | | |
| 241 | FA-19 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-14 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 225 | FA-19 | No Audio Visual Shown | 1 Audio Visual Shown | AB-14 | 1 Visual Shown | 1 Audio Visual Changed to Visual | | | | | | |
| | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 320 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 320 | FA-20 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-15 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 320A | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 320B | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 300A | FA-20 | 6 Smokes Shown | 6 Smokes Not Shown | AB-15 | 6 Smokes Not Shown | No Change | | | | | | |
| 319 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 310 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 309 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 308 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 306 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 300 Hall | FA-20 | 3 Smokes | 3 Smokes | AB-15 | 3 Smokes | No Change | | | | | | |
| 300 Hall | FA-20 | 2 Ceiling Speakers | 2 Ceiling Speakers | AB-15 | 2 Ceiling Speakers | No Change | | | | | | |
| 300 Hall | FA-20 | 2 Visuals Shown | 2 Visuals Shown | AB-15 | 2 Visuals Shown | No Change | | | | | | |
| 300 Hall | FA-20 | 1 Pull Station | 1 Pull Station | AB-15 | 1 Pull Station | No Change | | | | | | |
| 304 | FA-20 | FATC Not Shown | FATC Not Shown | AB-15 | FATC Shown | FATC Relocated From 301A | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 301A | FA-20 | FATC Shown | FATC Shown | AB-15 | FATC Deleted | FATC Deleted | | | | | | |
| 301 | FA-20 | No Audio Visual Shown | 1 Audio Visual Shown | AB-15 | 1 Visual Shown | 1 Audio Visual Changed to Visual | | | | | | |
| | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 300B | FA-20 | 5 Smokes Shown | 5 Smokes Shown | AB-15 | 5 Smokes Deleted | 5 Smokes Deleted | | | | | | |
| 300B | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 3 Visual Added | 3 Visual Added | | 3 | | | | |
| 323 | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 323 | FA-20 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-15 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| Conf.RM | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |

Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conf.RM | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| Copy RM | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 324 | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 327B | FA-20 | No Visual Shown | 1 Visual Shown | AB-15 | 1 Visual Shown | No Change | | | | | | |
| 328B | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 328 | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 328C | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 328D | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 330A | FA-20 | No Visual Shown | No Visual Shown | AB-15 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 330A | FA-20 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-15 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 414 | FA-21 | No Audio Visual Shown | 1 Audio Visual Shown | AB-16 | 1 Audio Visual Shown | No Change | | | | | | |
| 400 Hall | FA-21 | 5 Smokes Shown | 5 Smokes Not Shown | AB-16 | Smokes Not Shown | No Change | | | | | | |
| 413 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 413 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Added | 1 Additional Visual Added | | 1 | | | | 1 |
| | | | | | Original Plans show a room divider, Grot 2nd drawings do not show room divider, Siemens completion show the room divider inplace. Does the Code require (2) Visuals or (1) based upon square footage. | | | | | | | |
| 412 | FA-21 | No Audio Visual Shown | 1 Audio Visual Shown | AB-16 | 1 Audio Visual Shown | No Change | | | | | | |
| 412 | FA-21 | 1 Smoke Shown | No Smoke Shown | AB-16 | No Smoke Shown | No Change | | | | | | |
| 409 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 408 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 407 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 406 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 404 | FA-21 | FATC Not Shown | FATC Not Shown | AB-16 | FATC Shown | FATC Relocated From 401A | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 404 | FA-21 | PAD 3 Not Shown | PAD 3 Not Shown | AB-16 | PAD 3 Shown | PAD 3 Relocated From 401A | | | | | | |
| | | | | | Why was PAD 3 power audible panel relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 404 | FA-21 | 3 Modules Not Shown | 3 Modules Not Shown | AB-16 | 3 Modules Shown | Modules Relocated From 401A | | | | | | |
| | | | | | Why was Modules relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 404 | FA-21 | No Smokes Shown | No Smokes Shown | AB-16 | 1 Smoke Added | 1 Smoke Added | | | | | | |
| 400 Hall | FA-21 | 3 Smokes Shown | 3 Smokes Shown | AB-16 | 3 Smokes Shown | No Change | | | | | | |

Building # 2

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 400 Hall | FA-21 | 2 Ceiling Speakers Shown | 2 Ceiling Speakers Shown | AB-16 | 2 Ceiling Speakers Shown | No Change | | | | | | |
| 400 Hall | FA-21 | 2 Visuals Shown | 2 Visuals Shown | AB-16 | 2 Visuals Shown | No Change | | | | | | |
| 400 Hall | FA-21 | 1 Pull Station Shown | 1 Pull Station Shown | AB-16 | 1 Pull Satation Shown | No Change | | | | | | |
| 402 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| Ele Shaft | FA-21 | No Smokes Shown | No Smokes Shown | AB-16 | 2 Smokes Added | 2 Smokes Added | 2 | | | | | |
| | | | | | Are Smokes requires by NFPA 1997 since shaft is sprinkled> | | | | | | | |
| 400B | FA-21 | 1 Smoke Shown | 1 Smoke Not Shown | AB-16 | No Smoke Shown | No Change | | | | | | |
| 416 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 417 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 417 | FA-21 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-16 | 1 Ceiling Speaker Added | 1 Ceiling Speaker Added | | | | | 1 | |
| 418 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 421 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 421 | FA-21 | 1 Smoke Shown | 1 Smoke Not Shown | AB-16 | Smokes Not Shown | No Change | | | | | | |
| 421 | FA-21 | 1 Ceiling Speaker Not Showr | 1 Ceiling Speaker Shown | AB-16 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 422 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 422 | FA-21 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-16 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 423 | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| 423 | FA-21 | No Ceiling Speaker Shown | 1 Ceiling Speaker Shown | AB-16 | 1 Ceiling Speaker Shown | No Change | | | | | | |
| 400G | FA-21 | 3 Smokes Shown | 3 Smokes Not Shown | AB-16 | Smokes Not Shown | No Change | | | | | | |
| 400G | FA-21 | No Visual Shown | 1 Visual Shown | AB-16 | 1 Visual Shown | No Change | | | | | | |
| Ele. Mech | FA-22 | Pull Station Shown | Pull Station Shown | AB-17 | Pull Station Relocated | Pull Station Relocated | | | | | | |
| | | | | | Why was Pull Station relocated, was Pull Station no in accordance with 1997 NFPA as shown on Grot's Plans or was Device relocated for owner convenience? | | | | | | | |
| 5-Riser | FA-23 | Devices Shown | Devices Shown | AB-18 | No Devices Shown | | | | | | | |
| 5-Riser | FA-24 | Components Used | Components Used | AB-19 | Components Used | | 6 | 33 | 2 | 4 | 5 | 4 |
| | | | | | | | 200 | 174.81 | 215.75 | 211.87 | 161.69 | 188.81 |
| | | | | | | | $1,200 | $5,769 | $432 | $847 | $808 | $755 |
| | | | | | | | $9,811 | | | | | |