Building # 3

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Duct Sm. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Conf.Space | FA-9 | 1 Flow Shown | 1 Flow Shown | AB-20 | 1 Flow Deleted | 1 Flow Deleted | | | | | | |
| Conf.Space | FA-9 | 2 Modules Shown | 2 Modules Shown | AB-20 | 2 Modules Deleted | 2 Modules Deleted | | | | -2 | | |
| Conf.Space | FA-9 | 1 Audio Visual Shown | 1 Audio Visual Shown | AB-20 | 1 Visual Added | 1 Audio Visual Changed to Visual | | | | | | |
| | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| Conf.Space | FA-9 | 1 Smoke Shown | 1 Smoke Not Shown | AB-20 | Smoke Not Shown | No Change | | | | | | |
| 133 | FA-9 | 1 Audio Visual Shown | 1 Audio Visual Relocated | AB-20 | 1 Audio Visual Shown | No Change | | | | | | |
| 133 | FA-9 | No Duct Smoke Shown | No Duct Smoke Shown | AB-20 | 1 Duct Smoke Added | 1 Duct Smoke Added | | | | | | 1 |
| 133 | FA-9 | No Module Shown | No Module Shown | AB-20 | 1 Module Added | 1 Module Added | | | | 1 | | |
| 134A | FA-9 | Duct Smoke Shown | Duct Smoke Shown | AB-20 | Duct Smoke Deleted | Duct Smoke Deleted | | | | | | -1 |
| 134A | FA-9 | No Visual Shown | No Visual Shown | AB-20 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 134B | FA-9 | No Visual Shown | No Visual Shown | AB-20 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 134 | FA-9 | No Smoke Shown | No Smoke Shown | AB-20 | 2 Smokes Added | 2 Smokes Added | 2 | | | | | |
| 134 | FA-9 | No Visual Shown | No Visual Shown | AB-20 | 2 Visuals Added | 2 Visual Added | | 2 | | | | |
| 134 | FA-9 | Duct Smoke Shown | Duct Smoke Shown | AB-20 | Duct Smoke Deleted | Duct Smoke Deleted | | | | | | -1 |
| 134 | FA-9 | Audio Visual Shown | Audio Visual Not Shown | AB-20 | Audio Visual Not Shown | No Change | | | | | | |
| 100C | FA-9 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-20 | Duct Smoke Added | Duct Smoke Added | | | | | | 1 |
| 100C | FA-9 | No Module Shown | No Module Shown | AB-20 | 1 Module Added | 1 Module Added | | | | 1 | | |
| 100C | FA-9 | No Visual Shown | No Visual Shown | AB-20 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 131 | FA-9 | No Visual Shown | Visual Shown | AB-20 | Visual Shown | No Change | | | | | | |
| 118 Hall | FA-9 | PIV Module Shown | PIV Module Shown | AB-20 | PIV Module Relocated | Module Relocated to #120 | | | | | | |
| | | | | | Why was Modules relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 120 | FA-9 | PIV Module Not Shown | PIV Module Not Shown | AB-20 | PIV Module Shown | PIV Relocated | | | | | | |
| 120 | FA-9 | Module Shown | Module Shown | AB-20 | Module Deleted | Module Deleted | | | | -1 | | |
| 120 | FA-9 | No Audio Visual Shown | 1 Audio Visual Shown | AB-20 | Audio Visual Shown | No Change | | | | | | |
| 124 | FA-9 | No Flow Shown | No Flow Shown | AB-20 | 1 Flow Added | 1 Flow Added | | | | 1 | | |
| 124 | FA-9 | No Module Shown | No Module Shown | AB-20 | 5 Module Added | 5 Module Added | | | | 5 | | |
| 100 | FA-9 | 2 Smokes Shown | 2 Smokes Not Shown | AB-20 | Smoke Not Shown | No Change | | | | | | |
| 100 | FA-9 | 1 Pull Station Shown | 1 Pull Station Shown | AB-20 | Pull Station Shown Relocated | Pull Station Shown Relocated | | | | | | |
| | | | | | Why was Pull Station relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 117 | FA-9 | FATC Not Shown | FATC Not Shown | AB-20 | FATC Relocated | FATC Relocated from RM. 100 | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 117 | FA-9 | No Audio Visual Shown | 1 Audio Visual Shown | AB-20 | Audio Visual Shown | No Change | | | | | | |

Building # 3

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Duct Sm. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Waiting | FA-9 | Smoke Shown | Smoke Deleted | AB-20 | No Smoke Shown | No Change | | | | | | |
| Waiting | FA-9 | No Pull Station Shown | No Pull Station Shown | AB-20 | 1 Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| 103 | FA-9 | No Smoke Shown | No Smoke Shown | AB-20 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 103 | FA-9 | No Visual Shown | No Visual Shown | AB-20 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 104 | FA-9 | 5 Smokes Shown | 5 Smokes Not Shown | AB-20 | No Smoke Shown | No Change | | | | | | |
| 104 | FA-9 | 1 Duct Smoke Shown | Duct Smoke Not Shown | AB-20 | No Duct Smoke Shown | No Change | | | | | | |
| 105 | FA-9 | 2 Smokes Shown | 2 Smokes Not Shown | AB-20 | No Smoke Shown | No Change | | | | | | |
| 105 | FA-9 | No Duct Smoke Shown | 2 Duct Smokes Shown | AB-20 | 2 Duct SmokesShown | No Change | | | | | | |
| 105 | FA-9 | No Pull Station Shown | Pull Station Shown | AB-20 | Pull Station Shown | No Change | | | | | | |
| 109 | FA-9 | No Visual Shown | 1 Visual Shown | AB-20 | Visual Shown | No Change | | | | | | |
| 111 | FA-9 | No Visual Shown | 1 Visual Shown | AB-20 | Visual Shown | No Change | | | | | | |
| 112 | FA-9 | No Visual Shown | No Visual Shown | AB-20 | Visual Added | 1 Visual Added | | 1 | | | | |
| 114 | FA-9 | No Visual Shown | Visual Shown | AB-20 | Visual Shown | No Change | | | | | | |
| 115 | FA-9 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-20 | 1 Ceiling Speaker Added | 1 Ceiling Speaker Added | | | | | 1 | |
| 115 | FA-9 | No Smoke Shown | No Smoke Shown | AB-20 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 205 | FA-10 | No Module Shown | No Module Shown | AB-21 | 2 Modules Added | 2 Modules Added | | | | 2 | | |
| 200 | FA-10 | No Visual Shown | 1 Visual Shown | AB-21 | 1 Visual Shown | No Changes | | | | | | |
| 200 | FA-10 | No Module Shown | No Module Shown | AB-21 | 1 Module Added | 1 Module Added | | | | 1 | | |
| 200A | FA-10 | No Tamper Shown | Tamper Shown | AB-21 | Tamper Shown | No Changes | | | | | | |
| 200A | FA-10 | No Module Shown | Module Shown | AB-21 | Module Shown | No Changes | | | | | | |
| 201B | FA-10 | No Visual Shown | 1 Visual Shown | AB-21 | Visual Shown | No Changes | | | | | | |
| 203A | FA-10 | No Flow Shown | No Flow Shown | AB-21 | 1 Flow Addes | 1 Flow Added | | | | 1 | | |
| 203A | FA-10 | No Tamper Shown | No Tamper Shown | AB-21 | 1 Tamper Added | 1 Tamper Added | | | | 1 | | |
| 203A | FA-10 | No Module Shown | No Module Shown | AB-21 | 1 Module Added | 1 Module Added | | | | 1 | | |
| 213 | FA-10 | No Visual Shown | 1 Visual Shown | AB-21 | Visual Shown | No Changes | | | | | | |
| 213 | FA-10 | No Visual Shown | No Visual Shown | AB-21 | 1 Visual Added | 1 Visual Added | | 1 | | | | |
| 213 | FA-10 | No Duct Smoke Shown | No Duct Smoke Shown | AB-21 | 1 Duct Smoke Added | 1 Duct Smoke Added | | | | | | 1 |
| 213 | FA-10 | No Module Shown | 1 Module Shown | AB-21 | Module Shown | No Changes | | | | | | |
| 213B | FA-10 | No Audio Visual Shown | Audio Visual Shown | AB-21 | Audio Visual Shown | No Changes | | | | | | |
| Pent.H | FA-10 | No Module Shown | 4 Modules Shown | AB-21 | Module Shown | No Changes | | | | | | |
| Pent.H | FA-10 | No Heats Shown | 5 Heats Added | AB-21 | 5 Heats Shown | No Changes | | | | | | |
| Pent.H | FA-10 | No Smokes Shown | 1 Smoke Added | AB-21 | Smoke Shown | No Changes | | | | | | |
| Pent.H | FA-10 | No Smokes Shown | No Smoke Shown | AB-21 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| | | | | | | | 5 | 8 | 1 | 11 | 1 | 1 |
| | | | | | | | 200 | 174.81 | 215.75 | 211.87 | 161.69 | 336.25 |
| | | | | | | | 1000 | 1398 | 216 | 2331 | 162 | 336 |
| | | | | | | $5,443 | | | | | | |

Building # 4

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 100F | FA-11 | No Audio Visual Shown | Audio Visual Shown | AB-22 | Audio Visual Shown | No Changes | | | | | | |
| 100F | FA-11 | No Pull Station Shown | No Pull Station Shown | AB-22 | Pull Station Added | | | | 1 | | | |
| 100A | FA-11 | No PAD 3 Shown | No PAD 3 Shown | AB-22 | PAD 3 Added | PAD 3 Added | | | | | | |
| 100A | FA-11 | No Module Shown | 2 Module Shown | AB-22 | Module Shown | No Changes | | | | | | |
| 100A | FA-11 | Pull Station Shown | Pull Station Shown | AB-22 | Pull Station Deleted | Pull Station Deleted | | | -1 | | | |
| 100A | FA-11 | Audio Visual Shown | Audio Visual Not Shown | AB-22 | Audio Visual Not Shown | No Changes | | | | | | |
| 100A | FA-11 | 5 Smokes Shown | No Smokes Shown | AB-22 | 5 Smokes Shown | Same As Original Design | 5 | | | | | |
| 107 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 108 | FA-11 | No Visual Shown | 1 Visual Shown | AB-22 | Visual Shown | No Changes | | | | | | |
| 106 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 105 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 104 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 100 Hall | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 109A | FA-11 | No Module Shown | No Module Shown | AB-22 | 3 Module Added | 3 Module Added | | | | 3 | | |
| 110 | FA-11 | No Visual Shown | 1 Visual Shown | AB-22 | Visual Shown | No Changes | | | | | | |
| 110 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 101 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| 103 | FA-11 | Visual Not Shown | Visual Shown | AB-22 | Visual Shown | No Changes | | | | | | |
| 102 | FA-11 | Smoke Shown | Smoke Not Shown | AB-22 | Smoke Not Shown | No Changes | | | | | | |
| Elev Shaf | FA-11 | No Smoke Shown | No Smokes Shown | AB-22 | Smoke Added | 1 Smoke Added | 1 | | | | | |
| 207B | FA-11 | No Visual Shown | No Visual Shown | AB-22 | 1 Visual Added | 1 Visuall Added | | 1 | | | | |
| Break | FA-11 | No Visual Shown | Visual Shown | AB-22 | Visual Shown | No Changes | | | | | | |
| | | | | | | | 6 | 1 | 0 | 3 | 0 | 0 |
| | | | | | | | 200 | 174.81 | 215.75 | 211.87 | 161.69 | 188.81 |
| | | | | | | | $1,200 | $175 | $0 | $636 | $0 | $0 |
| | | | | | | $2,010 | | | | | | |

Building # 5

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 105 | FA-12 | FATC Shown | FATC Shown | AB-23 | FATC Relocated | FATC Relocated to Rm 104B | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 100D | FA-12 | PAD 3 Shown | PAD 3 Shown | AB-23 | PAD 3 Relocated | PAD 3 Relocated to Rm. 104B | | | | | | |
| | | | | | Why was PAD 3 power audible panel relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 100D | FA-12 | Module Shown | Module Shown | AB-23 | Module Relocated | Module Relocated to Rm. 104B | | | | | | |
| | | | | | Why was Module relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 100 | FA-12 | Pull Station Not Shown | Pull Station Not Shown | AB-23 | Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| 100 | FA-12 | Visual Not Shown | Visual Shown | AB-23 | Visual Shown | No Changes | | | | | | |
| 102 | FA-12 | Pull Station Not Shown | Pull Station Not Shown | AB-23 | Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| 104 | FA-12 | Pull Station Not Shown | Pull Station Not Shown | AB-23 | Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| 104B | FA-12 | Smoke Not Shown | Smoke Not Shown | AB-23 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 200 Hall | FA-12 | Pull Station Not Shown | Pull Station Not Shown | AB-23 | Pull Station Added | 1 Pull Station Added | | | 1 | | | |
| | | | | | | | 1 | 0 | 4 | 0 | 0 | 0 |
| | | | | | | | 200 | 174.81 | 215.75 | 211.87 | 161.69 | 188.81 |
| | | | | | | | $200 | $0 | $863 | $0 | $0 | $0 |
| | | | | | | | $1,063 | | | | | |

Building 5 is a house. Are pull stations required to be installed at the exits of living quarters.
Has building classification changed.