Building # 6

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Heat | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 112 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 111 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| Copy RM | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 110 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 108A | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 108 Hall | FA-13 | 3 Ceiling Speakers Shown | Ceiling Speakers Not Shown | AB-24 | Ceiling Speakers Not Shown | No Changes | | | | | | |
| 108 Hall | FA-13 | Pull Stataions Shown | No Pull Stations Shown | AB-24 | No Pull Station Shown | No Changes | | | | | | |
| 108 Hall | FA-13 | Audio Visuals Not Shown | Audio Visuals Shown | AB-24 | Audio Visuals Shown | No Changes | | | | | | |
| 100 Hall | FA-13 | Ceiling Speaker Shown | Ceiling Speakers Not Shown | AB-24 | Ceiling Speakers Not Shown | No Changes | | | | | | |
| 100 Hall | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 101 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 101 | FA-13 | Heat Detector Not Shown | Heat Detector Not Shown | AB-24 | Heat Detector Shown | Heat Detector Added | | | 1 | | | |
| 101 | FA-13 | FATC Not Shown | FATC Not Shown | AB-24 | FATC Relocated | FATC Relocated from Rm 100 | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 101A | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 104 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 105A | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 106 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 106 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 103 | FA-13 | Audio Visuals Shown | Audio Visuals Not Shown | AB-24 | Visuals Shown | A/V Changed to Visual | | 1 | | | | -1 |
| | | | | | Why was Audio Visual changed to Visual only, device all ready inplace this just increased cost to the completion of the project by adding additional labor, material and finish trades not needed. | | | | | | | |
| 215 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 214 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 213 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 211 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 211A | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 210 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 210 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 200 Hall | FA-13 | No Smoke Shown | No Smoke Shown | AB-24 | Smoke Added | Smoke Added | 1 | | | | | |
| 209 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | SmokeNot Shown | No Changes | | | | | | |
| 209 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 209 | FA-13 | FATC Not Shown | FATC Not Shown | AB-24 | FATC Relocated | FATC Relocated from Stairwell | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |

Building # 6

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Heat | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 202 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 202 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 207 | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| 207 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 203 | FA-13 | Smoke Shown | No Smoke Shown | AB-24 | No Smoke Shown | No Changes | | | | | | |
| 205 | FA-13 | Smoke Shown | No Smoke Shown | AB-24 | No Smoke Shown | No Changes | | | | | | |
| 205 | FA-13 | No Visual Shown | Visual Shown | AB-24 | Visual Shown | No Changes | | | | | | |
| 206 | FA-13 | Smoke Shown | No Smoke Shown | AB-24 | No Smoke Shown | No Changes | | | | | | |
| 204 | FA-13 | Smoke Shown | No Smoke Shown | AB-24 | No Smoke Shown | No Changes | | | | | | |
| 204 | FA-13 | No Visual Shown | No Visual Shown | AB-24 | Visual Shown | Visual Added | | 1 | | | | |
| 208 | FA-13 | No Audio Visual Shown | No Audio Visual Shown | AB-24 | Audio Visual added | Audio Visual Added | | | | | | 1 |
| Ele. Lob | FA-13 | Smoke Shown | Smoke Not Shown | AB-24 | Smoke Not Shown | No Changes | | | | | | |
| Ele.Shaf | FA-13 | No Smoke Shown | No Smoke Shown | AB-24 | Smoke Shown | Smoke Added | 1 | | | | | |
| | | | | | | | 2 | 2 | 1 | 0 | 0 | 0 |
| | | | | | | | 200 | 174.81 | 200 | 211.87 | 161.69 | 188.81 |
| | | | | | | | $400 | $350 | $200 | $0 | $0 | $0 |
| | | | | | | | $950 | | | | | |

Building 8

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mezzaine | FA-6 | No Visual Shown | No Visual Shown | AB-27 | Visuals Shown | 2 Visuals Shown | | 2 | | | | |
| 100 Hall | FA-6 | Pull Station Shown | Pull Station Shown | AB-27 | Pull Station Shown Relocated | Pull Station Relocated | | | | | | |
| | | | | | Why was Pull Station relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 100 Hall | FA-6 | Smoke Shown | Smoke Not Shown | AB-27 | Smoke Not Shown | No Changes | | | | | | |
| 100 Hall | FA-6 | FATC Shown | FATC Shown | AB-27 | FATC Not Shown | FATC Deleted | | | | | | |
| 105 | FA-6 | Audio Visual Not Shown | Audio Visual Shown | AB-27 | Audio Visual Shown | No Changes | | | | | | |
| Break Rm | FA-6 | No Heat Detector Shown | Heat Detector Shown | AB-27 | Heat Detector Shown | No Changes | | | | | | |
| Break Rm | FA-6 | Smoke Shown | Smoke Not Shown | AB-27 | Smoke Not Shown | No Changes | | | | | | |
| 104 | FA-6 | No Heat Detector Shown | Heat Detector Shown | AB-27 | Heat Detector Shown | No Changes | | | | | | |
| 104 | FA-6 | Smoke Shown | Smoke Not Shown | AB-27 | Smoke Not Shown | No Changes | | | | | | |
| 110 | FA-6 | No Module Shown | No Module Shown | AB-27 | 1 Module Added | 1 Module Added | | | | 1 | | |
| 110A | FA-6 | No Visual Shown | Visual Shown | AB-27 | Visuals Shown | No Changes | | | | | | |
| | | | | | | | 0 | 2 | 0 | 1 | 0 | 0 |
| | | | | | | | 200 | 174.81 | 200 | 211.87 | 161.69 | 188.81 |
| | | | | | | | 0 | $350 | 0 | $212 | 0 | 0 |
| | | | | | | | $561 | | | | | |

Building 9

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mezzanie | FA-5 | Not Shown | Not Shown | AB-28 | Conduit & J. boxes | Conduit & J. Boxes | | | | | | |
| 114 | FA-5 | Visual Shown | Visual Shown | AB-28 | Visual Shown | Visual Relocated | | | | | | |
| | | | | Why was Visual relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | | |
| 114 | FA-5 | FATC Shown | FATC Shonw | AB-28 | FATC Not Shown | FATC Deleted | | | | | | |
| 114 | FA-5 | PAD 3 Not Shown | PAD 3 Not Shown | AB-28 | PAD 3 Relocated | PAD 3 Relocated from 103A | | | | | | |
| | | | | Why was PAD 3 power audible panel relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | | |
| 114 | FA-5 | No Module Shown | No Module Shown | AB-28 | Module Shown | 1 Module Added | | | | 1 | | |
| 114 | FA-5 | No Smoke Shown | No Smoke Shown | AB-28 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| 100B | FA-5 | No Visual Shown | No Visual Shown | AB-28 | 2 Visual Added | 2 Visual Added | | 2 | | | | |
| 100B | FA-5 | Visual Shown | Visual Shown | AB-28 | Visual Relocated | No Change Visual Relocated | | | | | | |
| | | | | Why was Visual relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | | |
| 104 | FA-5 | No Visual Shown | No Visual Shown | AB-28 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 103A | FA-5 | 2 Module Shown | No Module Shown | AB-28 | No Module Shown | No Change | | | | | | |
| 102 | FA-5 | No Visual Shown | Visual Shown | AB-28 | Visual Shown | No Change | | | | | | |
| | | | | | | | 1 | 3 | 0 | 1 | 0 | 0 |
| | | | | | | | 200 | 174.81 | 200 | 211.87 | 161.69 | 188.81 |
| | | | | | | | 200 | 524.43 | 0 | 211.87 | 0 | 0 |
| | | | | | | Material total | 936.3 | | | | | |

Building 10

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | Duct Sm. | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 101 | FA-4 | No Visual Shown | No Visual Shown | AB-29 | Visual Shown | 2 Visuals Added | | 2 | | | | |
| 101 | FA-4 | No Smokes Shown | No Smokes Shown | AB-29 | 1 Smoke Added | 1 Smoke Added | 1 | | | | | |
| 101 | FA-4 | FATC Shown | FATC Shown | AB-29 | FATC Not Shown | FATC Deleted | | | | | | |
| 101 | FA-4 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-29 | Duct Smoke Shown | 2 Duct Smoke Added | | | | | 1 | |
| Dock | FA-4 | No Audio Visual Shown | No Audio Visual Shown | AB-29 | Audio Visual Shown | 1 Audio Visual Added | | | | | | 1 |
| 103 | FA-4 | No Visual Shown | Visual Shown | AB-29 | Visual Shown | No Change | | | | | | |
| 102 | FA-4 | No Visual Shown | No Visual Shown | AB-29 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 100 Hall | FA-4 | Duct Smoke Shown | Duct Smoke Not Shown | AB-29 | Duct Smoke Not Shown | No Change | | | | | | |
| 105 | FA-4 | Duct Smoke Shown | Duct Smoke Not Shown | AB-29 | Duct Smoke Not Shown | No Change | | | | | | |
| 113 | FA-4 | No Audio Visual Shown | No Audio Visual Shown | AB-29 | Audio Visual Shown | 1 Audio Visual Added | | | | | | 1 |
| 113 | FA-4 | No Pull Station Shown | No Pull Station Shown | AB-29 | Pull Station Shown | 2 Pull Stations Added | | | 2 | | | |
| 113 | FA-4 | No Module Shown | No Module Shown | AB-29 | Module Shown | 1 Module Added | | | | 1 | | |
| 112 | FA-4 | No Audio Visual Shown | No Audio Visual Shown | AB-29 | Audio Visual Shown | 2 Audio Visual Added | | | | | | 2 |
| 112 | FA-4 | Pull Station Shown | No Pull Station Shown | AB-29 | No Pull Station Shown | No Change | | | | | | |
| 112 | FA-4 | No Duct Smoke Shown | Duct Smoke Shown | AB-29 | Duct Smoke Shown | No Change | | | | | | |
| 112 | FA-4 | No Audio Visual Shown | Audio Visual Shown | AB-29 | Audio Visual Shown | No Change | | | | | | |
| 112 | FA-4 | No Visual Shown | No Visual Shown | AB-29 | Visual Shown | 3 Visuals Added | | 3 | | | | |
| 112 | FA-4 | No Duct Smoke Shown | Duct Smoke Shown | AB-29 | Duct Smokes Shown | No Change | | | | | | |
| 112G | FA-4 | No Audio Visual Shown | Audio Visual Shown | AB-29 | Audio Visual Shown | No Change | | | | | | |
| | | | | | | | 1 | 6 | 2 | 1 | 1 | 4 |
| | | | | | | | $200 | $175 | $200 | $212 | $336 | $189 |
| | | | | | | | $200 | $1,049 | $400 | $212 | $336 | $755 |
| | | | | | | Material Total | | $2,952 | | | | |

Building 11_23A

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bldg 23A | FA-2 | Smoke Shown | Smoke Not Shown | AB-30 | Smoke Not Shown | No Change | | | | | | |
| Bldg 23 | FA-2 | No Heat Detector | Heat Detector Shown | AB-30 | Heat Detector Shown | No Change | | | | | | |
| Bldg. 23 | FA-2 | No Visual Shown | No Visual Shown | AB-30 | Visual Shown | 1 Visual Added | | 1 | | | | |
| Bldg 11 | FA-2 | No Visual Shown | No Visual Shown | AB-30 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 102 | FA-2 | No Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-30 | Ceiling Speaker Shown | 1 Ceiling Speaker Shown | | | | | 1 | |
| 102 | FA-2 | No Smoke Shown | Smoke Shown | AB-30 | Smoke Shown | No Change | | | | | | |
| 102 | FA-2 | No Pull Station Shown | No Pull Station Shown | AB-30 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| | | | | | Pull Station to be CODE PURPLE, WHAT IS THIS??? | | | | | | | |
| | | | | | | | 0 | 2 | 1 | 0 | 1 | 0 |
| | | | | | | | $200.00 | $174.81 | $200.00 | $211.87 | $161.69 | $188.81 |
| | | | | | | | $0.00 | $349.62 | $200.00 | $0.00 | $161.69 | $0.00 |
| | | | | | | Material Total | $711.31 | | | | | |

Building 12

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | Duct SM | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 106 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 105 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 104 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 103 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 102 | FA-3 | No Smoke Shown | Smoke Shown | AB-31 | Smoke Shown | No Change | | | | | | |
| 102 | FA-3 | No Pull Station Shown | No Pull Station Shown | AB-31 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| 102 | FA-3 | No Visual Shown | Visual Shown | AB-31 | Visual Shown | No Change | | | | | | |
| 102A | FA-3 | No Audio Visual Shown | Audio Visual Shown | AB-31 | Audio Visual Shown | No Change | | | | | | |
| 100 | FA-3 | No Pull Station Shown | Pull Station Shown | AB-31 | Pull Station Shown | No Change | | | | | | |
| 116 | FA-3 | No Smoke Shown | SmokeShown | AB-31 | Smoke Shown | No Change | | | | | | |
| 112 | FA-3 | No Visual Shown | Visual Shown | AB-31 | Visual Shown | No Change | | | | | | |
| 107 | FA-3 | Smoke Shown | No Smoke Shown | AB-31 | No Smoke Shown | No Change | | | | | | |
| 107 | FA-3 | Ceiling Speaker Shown | No Ceiling Speaker Shown | AB-31 | No Ceiling Speaker Shown | No Change | | | | | | |
| 107 | FA-3 | No Audio Visual Shown | Audio Visual Shown | AB-31 | Audio Visual Shown | No Change | | | | | | |
| 115 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 200 Hall | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 200 Hall | FA-3 | No Pull Station Shown | Pull Station Shown | AB-31 | Pull Station Shown | No Change | | | | | | |
| Ele.Shaf | FA-3 | Smoke Not Shown | Smoke Not Shown | AB-31 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| 211 | FA-3 | No Visual Shown | Visual Shown | AB-31 | Visual Shown | No Change | | | | | | |
| 212 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 212 | FA-3 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-31 | Duct Smoke Shown | 1 Duct Smoke Added | | | | | 1 | |
| 207 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 206 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 205 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 204 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 203 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Not Shown | No Change | | | | | | |
| 202 | FA-3 | Smoke Shown | Smoke Not Shown | AB-31 | Smoke Shown | No Change | | | | | | |
| | | | | | | | 1 | 0 | 1 | 0 | 1 | 0 |
| | | | | | | | $200 | $175 | $200 | $212 | $336 | $189 |
| | | | | | | | $200 | $0 | $200 | $0 | $336 | $0 |
| | | | | | | Material | $736 | | | | | |