Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hallway | FA-25 | Smoke Shown | Smoke Not Shown | AB-34 | Smoke Not Shown | No Change | | | | | | |
| Hallway | FA-25 | Visual Not Shown/Elevator Area | No Visual Shown | AB-34 | Visual Added | 2- Visual Added | | 2 | | | | |
| Hallway | FA-25 | Smoke ShownElevator Area | Smoke Not Shown | AB-34 | Smoke Not Shown | No Change | | | | | | |
| Hallway | FA-25 | Ceiling Speaker Not Shown | Ceiling Speaker Not Shown | AB-34 | Ceiling Speaker Shown | 1 Ceiling Speaker Added | | | | | 1 | |
| 130 | FA-25 | Visual Shown | Visual Shown | AB-34 | Visual Shown | No Change | | | | | | |
| 128 | FA-25 | Heat Detector Not Shown | Heat Detector Shown | AB-34 | Heat Detector Shown | No Change | | | | | | |
| 128 | FA-25 | Module Not Shown | Module Shown | AB-34 | Module Shown | No Change | | | | | | |
| 132 | FA-25 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-34 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| Hallway | FA-25 | Visual Not Shown/Waiting | Visual Not Shown | AB-34 | Visual Shown | 1 Visual Added | | 1 | | | | |
| Hallway | FA-25 | Smoke Not Shown/Waiting | Smoke Shown | AB-34 | Smoke Shown | No Change | | | | | | |
| 122 | FA-25 | Ceiling Speaker Not Shown | Ceiling Speaker Not Shown | AB-34 | Ceiling Speaker Shown | 1 Ceiling Speaker Added | | | | | 1 | |
| 122 | FA-25 | Visual Not Shown | Visual Not Shown | AB-34 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 125 | FA-25 | Visual Not Shown | Visual Shown | AB-34 | Visual Shown | No Change | | | | | | |
| 131 | FA-25 | Visual Not Shown | Visual Shown | AB-34 | Visual Shown | No Change | | | | | | |
| 117 | FA-25 | Audio Visual Not Shown | Audio Visual Not Shown | AB-34 | Audio Visual Shown | 1 AudioVisual Added | | | | | | 1 |
| 117 | FA-25 | Smoke Not Shown | Smoke Shown | AB-34 | Smoke Shown | No Change | | | | | | |
| 129 | FA-25 | Visual Not Shown | Visual Shown | AB-34 | Visual Shown | No Change | | | | | | |
| 135 | FA-25 | Audio Visual Not Shown | Audio Visual Not Shown | AB-34 | Audio Visual Shown | 1Audio Visual Added | | | | | | 1 |
| 137 | FA-25 | Visual Not Shown | Visual Not Shown | AB-34 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 100 | FA-25 | Audio Visual Not Shown | Audio Visual Shown | AB-34 | Audio Visual Shown | No Change | | | | | | |
| 145 | FA-25 | PAD 3 Not Shown | PAD 3 Not Shown | AB-34 | PAD 3 Shown | Relocated from Un-marked RM | | | | | | |
| | | | | Why was PAD 3 power audible panel relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | | |
| 145 | FA-25 | Modules Not Shown | Module Not Shown | AB-34 | Module Shown | Relocated from Un-marked RM | | | | | | |
| | | | | Why was Modules relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | | |
| 145 | FA-25 | Smokes Not Shown | Smoke Not Shown | AB-34 | Smoke Shown | Smoke Added | 1 | | | | | |
| 141 | FA-25 | Smoke Not Shown | Smoke Shown | AB-34 | Smoke Shown | No Change | | | | | | |
| 149 | FA-25 | Tamper Not Shown | Tamper Shown | AB-34 | Tamper Shown | No Change | | | | | | |
| 149 | FA-25 | Module Not Shown | Module Shown | AB-34 | Module Shown | No Change | | | | | | |
| 149 | FA-25 | Duct Smoke Not Shown | Duct Smoke Shown | AB-34 | Duct Smoke Shown | No Change | | | | | | |
| Ele.Shaf | FA-28 | Smoke Not Shown | Smoke Not Shown | AB-35 | Smokes Shown | 2 Smokes Added | 2 | | | | | |
| Hallway | FA-28 | Smoke Shown | Smoke Not Shown | AB-35 | Smokes Not Shown | No Changes | | | | | | |
| Hallway | FA-28 | Visual Not Shown | Visual Shown | AB-35 | Visual Shown | No Changes | | | | | | |
| 2A-104 | FA-28 | Visual Not Shown | Visual Not Shown | AB-35 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 2A-104 | FA-28 | Smoke Not Shown | Smoke Shown | AB-35 | Smoke Shown | No Changes | | | | | | |
| 2A-103 | FA-28 | Visual Not Shown | Visual Not Shown | AB-35 | Visual Shown | 1 Visual Added | | 1 | | | | |

Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2A-109 | FA-28 | Pull Station Not Shown | Pull Station Not Shown | AB-35 | Pull Station Shown | 2 Pull Stations Added | | | 2 | | | |
| 2A-109 | FA-28 | Smoke Not Shown | Smoke Shown | AB-35 | Smoke Shown | No Changes | | | | | | |
| Hallway | FA-26 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-36 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| Hallway | FA-26 | Smoke Shown | Smoke Not Shown | AB-36 | Smoke Not Shown | No Change | | | | | | |
| Hallway | FA-26 | Visual Not Shown | Visual Shown | AB-36 | Visual Shown | No Change | | | | | | |
| 146 | FA-26 | Visual Not Shown | Visual Shown | AB-36 | Visual Shown | No Change | | | | | | |
| 146 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Shown | No Change | | | | | | |
| 140 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Shown | No Change | | | | | | |
| 140 | FA-26 | Module Shown | Module Not Shown | AB-36 | Module Not Shown | No Change | | | | | | |
| 108 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Shown | No Change | | | | | | |
| 108 | FA-26 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-36 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| 108 | FA-26 | Visual Not Shown | Visual Shown | AB-36 | Visual Shown | No Change | | | | | | |
| 124 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Shown | No Change | | | | | | |
| 124 | FA-26 | Visual Not Shown | Visual Shown | AB-36 | Visual Shown | No Change | | | | | | |
| 109 | FA-26 | Heat Detector Not Shown | Heat Detector Shown | AB-36 | Heat Detector Shown | No Change | | | | | | |
| 109 | FA-26 | Pull Station Shown | Pull Station Not Shown | AB-36 | Pull Station Shown | Same As Original Design | | | 1 | | | |
| | | | | Why is a Pull Station required by door leaving Kitchen area into Building Hallway? | | | | | | | | |
| 100 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 101 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 102 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 103 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 105 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 107 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 114 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 115** | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 118 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 119 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 120 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 121 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 122 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 123 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 125 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 126 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 127 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 128 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 129 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 132 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 133 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 135 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 136 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 137 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 138 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 141 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 142 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 143A | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 143 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 144 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 145 | FA-26 | Smoke Not Shown | Smoke Shown | AB-36 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

The Smokes listed above are 120 Volts Stand alone Devices did Siemens delete these devices from the job or just from their drawings? If devices were deleted, did room classification change?

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hallway | FA-29 | Smokes Shown | Smokes Not Shown | AB-37 | Smoke Not Shown | No Changes | | | | | | |
| Hallway | FA-29 | Visual Not Shown | Visual Not Shown | AB-37 | Visual Shown | 2 Visual Added | | 2 | | | | |
| Hallway | FA-29 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-37 | Duct Smoke Shonw | 1 Duct Smoke Added | | | | 1 | | |
| 2B-148 | FA-29 | Visual Not Shown | Visual Shown | AB-37 | Visual Shown | No Changes | | | | | | |
| 2B-148 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Shown | No Changes | | | | | | |
| 2B-104A | FA-29 | Visual Not Shown | Visual Shown | AB-37 | Visual Shown | No Changes | | | | | | |
| 2B-108 | FA-29 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-37 | Duct Smoke Shonw | 1 Duct Smoke Added | | | | 1 | | |
| 2B-108 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Shown | No Changes | | | | | | |
| 2B-108 | FA-29 | Visual Not Shown | Visual Shown | AB-37 | Visual Shown | No Changes | | | | | | |
| 2B-109 | FA-29 | Heat Detector Not Shown | Heat Detector Shown | AB-37 | Heat Detector Shown | No Changes | | | | | | |
| 2B-124 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Shown | No Changes | | | | | | |
| 2B-124 | FA-29 | Visual Not Shown | Visual Shown | AB-37 | Visual Shown | No Changes | | | | | | |
| Ele.Shaf | FA-29 | Smoke Not Shown | Smoke Not Shown | AB-37 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| 2B-100 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-101 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-102 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-103 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-105 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-107 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-113 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-114 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-117 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-118 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-119 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-120 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2B-121 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-122 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-124 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-125 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-126 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-127 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-129 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-131 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-132 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-135 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-136 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-137 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-138 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-141 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-142 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-143A | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-143 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-144 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2B-145 | FA-29 | Smoke Not Shown | Smoke Shown | AB-37 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| | | | | The Smokes listed above are 120 Volts Stand alone Devices did Siemens delete these devices from the job or just from their drawings? If devices were deleted, did room classification change? | | | | | | | | |
| 3B-101 | FA-31 | Visual Not Shown | Visual Not Shown | AB-38 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 3B-101 | FA-31 | Audio Visual Not Shown | Audio Visual Not Shown | AB-38 | Audio Visual Shown | 1 Adudio Visual Added | | | | | | 1 |
| C3-BD1 | FA-31 | Visual Not Shown | Visual Not Shown | AB-38 | Visual Shown | 1 Visual Added | | 1 | | | | |
| | Elect Rm | Smoke Shown | Smoke Not Shown | AB-38 | Smoke Shown | Same As Original Design | 2 | | | | | |
| Hallway | FA-27 | Smoke Shown | Smoke Not Shown | AB-39 | Smoke Not Shown | No Changes | | | | | | |
| Hallway | FA-27 | Visual Not Shown | Visual Shown | AB-39 | Visual Shown | No Changes | | | | | | |
| Hallway | FA-27 | Visual Not Shown | Visual Not Shown | AB-39 | Visual Shown | 1 Visual Added | | 1 | | | | |
| Hallway | FA-27 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-39 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| Rm/?? | FA-27 | Smoke Not Shown/beside 130 | Smoke Shown | AB-39 | Smoke Shown | No Changes | | | | | | |
| Rm/?? | FA-27 | Visual Not Shown/beside 130 | Visual Shown | AB-39 | Visual Shown | No Changes | | | | | | |
| 131 | FA-27 | Visual Not Shown | Visual Shown | AB-39 | Visual Shown | No Changes | | | | | | |
| 108 | FA-27 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-39 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| 108 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Shown | No Changes | | | | | | |
| 108 | FA-27 | Visual Not Shown | Visual Shown | AB-39 | Visual Shown | No Changes | | | | | | |
| 117 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Shown | No Changes | | | | | | |