Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | FA-27 | FATC Not Shown | FACT Not Shown | AB-39 | FATC Shown | Relocated From Rm. 140 | | | | | | |
| | | | | | Why was the Fire Alarm Terminal Can Relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 117 | FA-27 | PAD 3 Not Shown | PAD 3 Not Shown | AB-39 | PAD 3 Shown | Relocated From Rm. 140 | | | | | | |
| | | | | | Why was PAD 3 power audible panel relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 117 | FA-27 | Module Not Shown | Module Not Shown | AB-39 | Module Shown | 2 Module Relocated from #140 | | | | | | |
| | | | | | Why was Module relocated to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| 146 | FA-27 | Visual Not Shown | Visual Shown | AB-39 | Visual Shown | No Changes | | | | | | |
| 146 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Shown | No Changes | | | | | | |
| 119 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 118 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 115 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 114 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 107 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 105 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 103 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 102 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 101 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 100 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 145 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 144 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 143 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 143A | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 142 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 141 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 138 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 137 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 136 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 135 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 133 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 132 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 129 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 128 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 127 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 126 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 125 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 123 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 122 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 121 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 120 | FA-27 | Smoke Not Shown | Smoke Shown | AB-39 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

The Smokes listed above are 120 Volts Stand alone Devices did Siemens delete these devices from the job or just from their drawings? If devices were deleted, did room classification change?

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hallway | FA-30 | Smokes Shown | Smokes Not Shown | AB-40 | Smokes Not Shown | No Change | | | | | | |
| Hallway | FA-30 | Visual Not Shown | Visual Not Shown | AB-40 | Visual Shown | 2 Visuals Added | | 2 | | | | |
| Hallway | FA-30 | Ceiling Speaker Not Shown | Ceiling Speaker Not Shown | AB-40 | Ceiling Speaker Shown | 1 Ceiling Speaker Added | | | | | 1 | |
| Hallway | FA-30 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-40 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| 2C-123 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Shown | No Changes | | | | | | |
| 2C-123 | FA-30 | Visual Not Shown | Visual Shown | AB-40 | Visual Shown | No Changes | | | | | | |
| 2C-108 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Shown | No Changes | | | | | | |
| 2C-108 | FA-30 | Duct Smoke Not Shown | Duct Smoke Not Shown | AB-40 | Duct Smoke Shown | 1 Duct Smoke Added | | | | 1 | | |
| 2C-108 | FA-30 | Visual Not Shown | Visual Shown | AB-40 | Visual Shown | No Changes | | | | | | |
| 2C-146 | FA-30 | Visual Not Shown | Visual Shown | AB-40 | Visual Shown | No Changes | | | | | | |
| 2C-146 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Shown | No Changes | | | | | | |
| 2C-100 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-101 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-102 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-103 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-105 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-107 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-113 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-114 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-117 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-118 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-119 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-120 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-121 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-122 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-124 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-125 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-126 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |

Building 24

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Duct | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2C-127 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-128 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-131 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-133 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-135 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-136 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-137 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-138 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-141 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-142 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-143A | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-143A | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-144 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| 2C-145 | FA-30 | Smoke Not Shown | Smoke Shown | AB-40 | Smoke Deleted | 1 Smoke Deleted | | | | | | |
| | | | | The Smokes listed above are 120 Volts Stand alone Devices did Siemens delete these devices from the job or just from their drawings? If devices were deleted, did room classification change? | | | | | | | | |
| C3-C01 | FA-32 | Visual Not Shown | Visual Not Shown | AB-41 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 3C-101 | FA-32 | Visual Not Shown | Visual Not Shown | AB-41 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3-C01 | FA-32 | Audio Visual Shown | Audio Visual Shown | AB-41 | Audio Visual Not Shown | 1 Audio Visual Deleted | | | | | | -1 |
| C3-C01 | FA-32 | Smoke Shown | Smoke Not Shown | AB-41 | Smoke Shown | Same As Original Design | 2 | | | | | |
| | | | | | | | 8 | 16 | 3 | 9 | 3 | 2 |
| | | | | | | | $200 | $175 | $200 | $336 | $161.69 | $188.81 |
| | | | | | | | $1,600 | $2,797 | $600 | $3,026 | $485 | $378 |
| | | | | | | Material | $8,886 | | | | | |