Building 29

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A1007 | FA-44 | Pull Station Not Shown | Pull Station Shown | AB-44-1 | Pull Station Shown | No Changes | | | | | | |
| A1007 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| A1007 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| A1012 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| A1012 | FA-44 | Smoke Shown | Smoke Not Shown | AB-44-1 | Smoke Not Shown | No Changes | | | | | | |
| A1012 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| A1022 | FA-44 | Smoke Not Shown | Smoke Shown | AB-44-1 | Smoke Shown | No Changes | | | | | | |
| A1022 | FA-44 | Module Not Shown | Module Shown | AB-44-1 | Module Shown | No Changes | | | | | | |
| A1013D | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3100 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 2 Visual Added | | 2 | | | | |
| C3100 | FA-44 | Smoke Not Shown | Smoke Shown | AB-44-1 | Smoke Shown | No Changes | | | | | | |
| 3101 | FA-44 | Module Not Shown | Module Not Shown | AB-44-1 | Module Shown | 1 Module Added | | | | 1 | | |
| C3200 | FA-44 | Smoke Not Shown | Smoke Shown | AB-44-1 | Smoke Shown | No Changes | | | | | | |
| 3114A | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 3114B | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3203A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3204A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3206 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3208A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3210 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3211 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3209A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3207 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3205A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3202 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3201A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| Hallway | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| Hallway | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-1 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| Hallway | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3111 | FA-44 | PAD 3 Not Shown | PAD 3 Not Shown | AB-44-1 | PAD 3 Shown | (2) PAD 3 Added | | | | | | |
| | | | | | Why were (2) PAD 3 power audible panels added to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| C3111 | FA-44 | Module Not Shown | Module Not Shown | AB-44-1 | Module Shown | 2 Modules Added | | | | 2 | | |
| C3111 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3117 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3117 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3401A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3403 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3406A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |

Building 29

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C3408 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3410 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3412 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3411 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3409 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3407 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3405 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3404 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3118 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3118 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| C3400 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3300 | FA-44 | Ceiling Speaker Shown | Ceiling Speaker Not Shown | AB-44-1 | Ceiling Speaker Not Shown | No Changes | | | | | | |
| C3301A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3303 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3306A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3308 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3310A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3312 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3311 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3309A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3307 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3305A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3304A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3302 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-1 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| C3122 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-1 | Visual Shown | 1 Visual Added | | 1 | | | | |
| A1001 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| A1011A | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| A1011A | FA-44 | Ceiling Speaker Not Shown | Ceiling Speaker Not Shown | AB-44-2 | Ceiling Speaker Shown | 1 Ceiling Speaker Added | | | | | 1 | |
| A1011B | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-2 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| A1012 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2100 | FA-44 | Visual Not Shown | Visual Shown | AB-44-2 | Visual Shown | No Change | | | | | | |
| A1013B | FA-44 | Ceiling Speaker Shown | Ceiling Speaker Shown | AB-44-2 | Ceiling Speaker Not Shown | 1 Ceiling Speaker Deleted | | | | | -1 | |
| B2102 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2122 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2122 | FA-44 | PAD 3 Not Shown | PAD 3 Not Shown | AB-44-2 | PAD 3 Shown | 2 PAD 3 Added | | | | | | |
| | | | | | Why were (2) PAD 3 power audible panels added to new location. This just increased cost to the completion of the project by adding additional labor, material and finishing trades not needed. | | | | | | | |
| B2122 | FA-44 | Modules Not Shown | Modules Not Shown | AB-44-2 | Modules Shown | 2 Modules Added | | | | 2 | | |
| B2121 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |

Building 29

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B2121 | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-2 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| Nurse St | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 4 Smoke Added | 4 | | | | | |
| B2115 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2112A | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-2 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| B2112A | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2112B | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2112C | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2203A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2205A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2207 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2209A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2211 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2210 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2208 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2206 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2204A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2202 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2201A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2114 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2304A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2306A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2308 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2310A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2312 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2311 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2309A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2307 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2305 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2303 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2301A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2119 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2119 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| B2119 | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-2 | Pull Station Shown | 1 Pull Station Added | | | 1 | | | |
| B2404A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2406A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2408 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2410A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2412 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2411 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2409A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2407 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |

Building 29

| Room # | Sheet # | Grot Original Drawings | Grot Redesign | Sheet # | Siemens Finish Product | Difference in Plans or Changes | Smoke | Visual | Pull | Module | C.Speak | Audio/Vis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B2405A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2403 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2401A | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2120 | FA-44 | Smoke Not Shown | Smoke Not Shown | AB-44-2 | Smoke Shown | 1 Smoke Added | 1 | | | | | |
| B2120 | FA-44 | Visual Not Shown | Visual Not Shown | AB-44-2 | Visual Shown | 1 Visual Added | | 1 | | | | |
| 29 West | FA-44 | Pull Station Not Shown | Pull Station Not Shown | AB-44-2 | Pull Station Shown | 2 Pull Stations Added | | | 2 | | | |
| 29 West | FA-44 | Audio Visual Not Shown | Audio Visual Not Shown | AB-44-2 | Audio Visual Shown | 2 Audio Visuals Added | | | | | | 2 |

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this the 2nd day of April, 2007, I caused to be served electronically a copy of Plaintiff's Supplmental Appendix in Support of Plaintiff's Response to Defendant's Motion for Summary Judgment Upon the Claims Transferred from the VABCA and Upon the Issue of Whether the Termination of the Contract for Default was Proper to:

Joan M. Stentiford
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
Room 12038
1100 L Street, N.W.
Washington, DC 20530

This 2nd day of April, 2007.

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr.