IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1951 C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), defendant United States respectfully requests a seven day enlargement of time, to and including April 26, 2007, within which to file a reply to plaintiff's opposition to the Government's motion for summary judgment on all remaining issues. Our reply is currently due on April 19, 2007. This is defendant's first request for an enlargement for this purpose. On April 13, 2007, counsel for defendant spoke with Andrew Kilpatrick, counsel for the plaintiff, who indicated he does not oppose this motion.

Government counsel is also counsel in a bid protest case filed on March 30, 2007, Southern Foods, Inc. v. United States, Court of Federal Claims No. 07-210C, and there are briefing deadlines on April 6, 13, 20, and 27, as well as on May 3, 2007. This demands of this schedule have

rendered it necessary to request a short extension to complete the Government's reply brief.

The parties also request that deadline for filing the consolidated statement of uncontroverted facts ("CSUF") be extended to May 10, 2007; it is currently due on April 26, 2007. Plaintiff's counsel states that he has just completed one trial, and has another scheduled for the week of April 23, 2007, resulting in this request for additional time.

For the foregoing reasons, defendant respectfully requests the Court to grant this motion for enlargement of time of seven days, to and including, April 26, 2007, within which to file its reply brief. The parties further respectfully request the Court to grant their motion to extend the deadline to file the CSUF, to May 10, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

April 16, 2007

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _16_th day of April, 2007, the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME", was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD