# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: April 19, 2007)

****************************************************
GROT INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

**The Defendant's unopposed Motion for a 7-day Enlargement of Time within which to file its Reply to Plaintiff's opposition to the Government's Motion for Summary Judgment is hereby GRANTED.**

**Defendant's Reply shall be filed no later than April 26, 2007. The Parties shall submit a Consolidated Statement of Uncontroverted Facts tailored appropriately for the motion no later than May 10, 2007.**

**IT IS SO ORDERED.**

/s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge