# DAILY LOG - FORMAL CONTRACT

STATION: SRMVC

PROJECT TITLE: Replace Fire Alarm

NAME OF CONTRACTOR: Grot, Inc.

WEATHER:

CONTRACT NO.: V549-599-1

DATE: 4/15-19/02

DAY:

TEMPERATURE: 8 A.M. / NOON / 4 P.M.

PROJECT NO.: B01-114

| BRANCH OF WORK | SKILLED WORKERS AND HELPERS | UNSKILLED WORKERS | LOCATION AND DESCRIPTION OF WORK |
|---|---|---|---|
| Supervisor | 1 | | |
| Laborer | 1 | | |
| TOTAL | | | |

| | EQUIPMENT | FORCE | PROGRESS | DELIVERY OF MATERIALS |
|---|---|---|---|---|
| SATISFACTORY | | | | |
| UNSATISFACTORY | | | | |

REMARKS (*Continue on reverse, if necessary*)

Until actual installation begins I will only fill out one log per week.
Contractor is tracing out path for "A" Loop.
Rejected AC Cable assembly submittal. over

SIGNATURE OF RESIDENT ENGINEER: Rickey L. Kirk

G- 002322

VA FORM APR 1975 08-6131 EXISTING STOCKS OF VA FORM 08-6131, APR 1956, WILL BE USED. ☆ U.S.G.P.O.: 1986-491-867/47169

242

Jon Evans will be the onsite project supervisor for Grot.
Don Bloodworth will be the supervisor for Siemens.
Ive asked for his NICET III Certifications.
Gave Mr. Evans plans we had of sprinkler systems. Couldn't find any on 29.

A. Yes.

Q. You were at Bonham. They were still visiting that site right before they finished their construction drawings, weren't they?

A. They probably were. I don't know for sure. 14:46

Q. How many times do you recall being with them when they went above the ceiling?

A. I can't even recall. A couple of times that I know of.

Q. How -- a couple of times you can recall? 14:46

A. After three years, it's kind of hard to remember.

Q. I understand. But you do recall a couple of times that you were with them?

A. Yeah. It seems I can recall a couple of times. 14:46

Q. One of the issues that came up during the course of construction involved tampers and flows, right? Remember that?

A. I believe so. You have to be specific though. 14:47

Q. Where are the tampers and flows located?

A. Normally they're above the fire hose cabinets where the sprinkler lines come out of the main line into the hallway and then branch off. The tamper 14:47

Kirk Depo.



switches are to be put on valves. They're just a little box set up there with a switch attached to the valve so that if the valve is messed with, it will set off an alarm to let somebody know that somebody may be shutting down the sprinkler system. 14:48
Q. Or that the system is activated, right?
A. Yes.
Q. It works both ways?
A. That's the flow switch.
Q. Right. What was the problem with Grot in the tampers and flows? 14:48
A. They wasn't locating all of them and getting them hooked up.
Q. Is that something that should have been a part of their bid, in your opinion, at the time they priced the job? 14:48
A. I don't understand what you're asking.
Q. Well, if they weren't doing -- if you're saying they weren't getting them all hooked up, you considered that a part of their scope of work, right? 14:48
A. Yes.
Q. So it would have been something that they should have priced as a part of their scope of work at the time of bid, right?
A. Yes. 14:48

Q. And the only way to know about the tampers and flows is to get up above the ceiling, right?
A. Well, not during an actual estimation of the bid. They could have. They were invited to come out and look the site over. Everybody was. 14:49
Q. How long would it have taken them to have gone through every building and looked above all those ceilings and found all those tampers and flows that were up there?
A. It would have taken a while. 14:49
Q. That would have been part of that 88 days that they got to bid the job, right?
A. Yes.
Q. In addition to the time it's going to take them to do their design work, to estimate it, right? 14:49
A. Yes.
Q. Fratto had 266 days and didn't show all the tampers and flows, did they?
A. No, they didn't. But they did in the back of the specifications list, most every one of them. 14:49
Q. Listed all the tampers and flows?
A. Most initiating devices, I believe so.
Q. Siemens is the completion contractor on the project now, right?
A. Yes. 14:50

Q. How many change orders have been issued to Siemens?

A. Three.

Q. What were they for?

A. One was to move a PIV valve to correct some badly damaged wall surfaces after leaks. I can't recall offhand what the others are. 14:50

Q. When Siemens first priced the job, there was -- they modified that price to add additional work for tampers and flows, didn't they? 14:50

A. I don't recall them doing that.

Q. The PIV valve, that was another issue between Grot and you, wasn't it?

A. Yes, it was.

Q. And the PIV valve was sunk in the ground, and you couldn't see it by just standing there looking for it, could you? 14:51

A. Yes, you could.

Q. Oh, you could?

A. Yes. 14:51

Q. And what was the problem with Grot and the PIV valve?

A. They were saying it was a differing site condition, and we were saying it was not.

Q. All right. But you gave -- you gave Siemens 14:51

value engineering incentive payments to a subcontractor. The Contractor may choose any arrangement for subcontractor value engineering incentive payments; provided, that these payments shall not reduce the Government's share of the savings resulting from the VECP.

(i) Data. The Contractor may restrict the Government's right to use any part of a VECP or the supporting data by marking the following legend on the affected parts:
"These data, furnished under the Value Engineering-Construction clause of contract...., shall not be disclosed outside the Government or duplicated, used, or disclosed, in whole or in part, for any purpose other than to evaluate a value engineering change proposal submitted under the clause. This restriction does not limit the Government's right to use information contained in these data if it has been obtained or is otherwise available from the Contractor or from another source without limitations."

If a VECP is accepted, the Contractor hereby grants the Government unlimited rights in the VECP and supporting data, except that, with respect to data qualifying and submitted as limited rights technical data, the Government shall have the rights specified in the contract modification implementing the VECP and shall appropriately mark the data. (The terms "unlimited rights" and "limited rights" are defined in Part 27 of the Federal Acquisition Regulation.)

(End of Clause)

**52.249-10 DEFAULT (FIXED-PRICE CONSTRUCTION) (APR 1984)**

(a) If the Contractor refuses or fails to prosecute the work or any separable part, with the diligence that will insure its completion within the time specified in this contract including any extension, or fails to complete the work within this time, the Government may, by written notice to the Contractor, terminate the right to proceed with the work (or the separable part of the work) that has been delayed. In this event, the Government may take over the work and complete it by contract or otherwise, and may take possession of and use ~~any materials, appliances, and plant on the work site necessary for completing~~ the work. The Contractor and its sureties shall be liable for any damage to the Government resulting from the Contractor's refusal or failure to complete the work within the specified time, whether or not the Contractor's right to proceed with the work is terminated. This liability includes any increased costs incurred by the Government in completing the work.

(b) The Contractor's right to proceed shall not be terminated nor the Contractor charged with damages under this clause, if--

(1) The delay in completing the work arises from unforeseeable causes beyond the control and without the fault or negligence of the Contractor. Examples of such causes include (i) acts of God or of the public enemy, (ii) acts of the Government in either its sovereign or contractual capacity, (iii) acts of another Contractor in the performance of a contract with the Government, (iv) fires, (v) floods, (vi) epidemics, (vii) quarantine restrictions (viii) strikes, (ix) freight embargoes, (x) unusually severe weather, or (xi) delays of subcontractors or suppliers at any tier arising from unforeseeable causes beyond the control and without the fault or negligence of both the Contractor and the subcontractors or suppliers; and

(2) The Contractor, within 10 days from the beginning of any delay (unless extended by the Contracting Officer), notifies the Contracting Officer in writing of the causes of delay. The Contracting Officer shall ascertain the facts and the extent of delay. If, in the judgment of the

248



G- 003107