IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| GROT, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 03-1951 C |
| | ) | (Judge Baskir) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT MOTION
FOR ENLARGEMENT OF TIME

Pursuant to Rules 6(b)(1) and 6.1 of the United States Court of Federal Claims ("RCFC"), the parties respectfully request a two day enlargement of time, to and including May 14, 2007, within which to submit the parties' Consolidated Statement of Uncontroverted Facts ("CSUF") relating to the Government's pending motion for summary judgment, and Defendant's opposition thereto. The CSUF is currently due on May 10, 2007.

This is the parties second request for an enlargement of time for this purpose. On May 10, 2007, counsel for defendant spoke with Andrew Kilpatrick, counsel for the plaintiff, who indicated he does not oppose this motion.

As noted in the request for enlargement of time filed on April 16, 2007, undersigned counsel for the Government has been responsible for

representing the Government in a bid protest action, Southern Foods, Inc. v. United States, No. 07-210C, in which oral argument was held on May 10, 2007. The demands of this schedule have rendered it necessary to request a short extension to complete the CSUF. Additionally, counsel for the plaintiff states that he will be out of the office on May 11, 2007, and therefore unavailable to complete preparation of the CSUF until May 14, 2007.

For the foregoing reasons, the parties respectfully request the Court to grant this motion for enlargement of time of two days, to and including, May 14, 2007, within which to file the CSUF.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

FRANKLIN E. WHITE, JR.
Assistant Director

/s/ Andrew J. Kilpatrick, Jr.
ANDREW J. KILPATRICK, JR.
Gore, Kilpatrick & Dambrino, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
akilpatrick@gorekilpatrick.com
Tele: (601) 957-1595
Fax: (601) 957-1790

May 10, 2007

/s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this _10th day of May, 2007, the foregoing “JOINT MOTION FOR AN ENLARGEMENT OF TIME”, was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

__/s/ Joan M. Stentiford___
JOAN M. STENTIFORD