**65. [D] The Project Manual Including Specifications incorporated into Grot's contract included the clause below on page 13850-2.**

**Specification Section 13850 Fire Alarm System**

**Part 1 General**
**1.1 Description**

*** * ***

**E. The Contractor shall provide a dedicated fire watch person all times any normally protected area is disconnected from a fire alarm system as a result of the project work, except during normal day shift non-holiday VA work hours. The fire watch person shall have no duties other than fire watch. Contractor personnel assigned to fire watch shall have VA fire watch training prior to assuming fire watch duties. The training shall be during normal day shift hours. Individuals shall be instructed by VA personnel for VA alarm notification procedures. Coordinate with the COTR for this training.**

**F. Fire alarm system outages must be coordinated with the COTR not less than 2 weeks in advance.**

**App. at 103-104.**

**66. [D] The Project Manual Including Specifications, incorporated into Grot's contract, included the following clause on page 13850-9.**

> **Specification Section 13850 Fire Alarm System**
> **Part 2 Products**
> **2.2 Conduit, Boxes, Wire and Circuits**
> **A. Conduit shall be in accordance with Section 16111, CONDUIT SYSTEMS and as follows:**
> **1. All new and reused conduit shall be installed in accordance with NFPA 70.**
> **2. Conduit fill shall not exceed 40 percent of interior cross-sectional area.**
> **3. All new conduit shall be 3/4 inch minimum.**
> **4. Use of existing spare raceways and spare stub-outs is not permitted.**

**App. at 105.**

**67. [D] The Project Manual Including Specifications, incorporated into Grot's contract includes the following clause on page 16111-1.**

> **Section 16111 – Conduit Systems**
>
> **Part 1 General**
> **1.1 Description**
> **A. This section specifies the furnishing, installation, and connection of conduit, fittings, and boxes to form complete, coordinated, grounded raceway systems. Raceways are required for all wiring unless shown or specified otherwise.**
> **B. Definitions: The term conduit, as used in this specification, shall mean any or all of the raceway types specified.**

**App. at 107-118.**

**68. [D] The contract was terminated for default on August 7, 2003. Grot Order at 8; App. at 59.**

**69. [D] Grot protested the termination, and the contracting officer issued a final decision in which he stated his conclusion that 59 percent of the work had been completed, based upon the contract payment history. The contracting officer authorized 59 percent of the contract amount to be paid. App. at 88.**

**70. [D] At the time of default, the VA had been late in paying some of Grot's payment requests as follows:**

| Invoice Amount Due | Received | Paid | Days of Interest | Interest Due |
|---|---|---|---|---|
| **$81,322.85** | **5/23/02** | **7/31/02** | **39** | **$ 456.36** |
| **$33,329.23** | **6/25/02** | **8/9/02** | **9** | **$ 71.85** |
| **$17,447.28** | **7/22/02** | **9/17/02** | **27** | **$ 67.50** |
| **$18,630.00** | **8/21/02** | **10/9/02** | **19** | **$ 50.73** |
| **$102,712.00** | **9/22/02** | **11/8/02** | **16** | **$ 236.32** |
| **$9,856.98** | **10/22/02** | **4/7/03** | **82** | **$ 104.80** |
| **$17,137.98** | **12/20/02** | **4/7/03** | **67** | **$ 153.87** |
| **$48,331.71** | **12/2/03** | **4/28/03** | **67** | **$ 377.99** |
| **$74,492.91** | **3/31/03** | **6/19/03** | **50** | **$ 433.10** |

**App. at 184-185; 193.**

**71. [D] The amount of interest owed on the first 13 payment requests totals $1,953.52. App. at 184-185; 193.**

**72. [D] Grot also submitted requests for payment on May 1, 2003, May 30, 2003, June 30, 2003, July 21, 2003, and March 18, 2004. These requests were not paid by the VA because the COTR did not certify that the work had been completed. App. 185, 193.**

**73. [D] As the VA paid progress payments, it retained 10 percent of the total value of the work that had been completed through the period for which the payment was being made as follows:**

| **Period Ending** | **Earned To Date** | **Retainage** |
|---|---|---|
| **5/15/02** | **$ 40,895.60** | **$ 4,089.56** |
| **7/22/02** | **$131,254.32** | **$13,125.43** |
| **7/30/02** | **$168,286.80** | **$16,828.68** |
| **8/31/02** | **$187,706.00** | **$18,770.60** |
| **9/30/02** | **$208,406.00** | **$20,840.60** |
| **10/30/02** | **$322,531.40** | **$32,253.15** |
| **1/28/03** | **$366,193.70** | **$36,619.37** |
| **3/17/03** | **$385,235.90** | **$17,137.98** |
| **4/9/03** | **$438,937.80** | **$43,893.78** |
| **5/1/03** | **$471,562.80** | **$47,156.28** |
| **6/4/03** | **$554,332.70** | **$55,433.27** |

**App. at 119, 122, 126,129,133, 137, 140, 146, 149, 152, 156.**

**74. [D] Grot did not make pre-bid inspection of the VA facility in Bonham. App. at 200-201, 204; Bell Dep. 50:2-51:18; Deposition of Jerry Grot, 36:15-18**

**75. [D] The solicitation document clearly contained the FAR provision that states that contractors are "urged and expected" to ~~walk~~ the site prior to submitting bids. App. at 195-196.**

**Objection [P]:** Plaintiff objects to this contention in that the the solicitation does not use the word "walk".

**76. [D] Grot was aware of this, and Clyde Bell, Grot's contract supervisor, agreed that it is always better to do a site visit. App. at 204, 201; Grot Dep. 71:20-24 and Bell Dep. 51:18**.

**77. [D] Moreover, the VA specifically encouraged Grot to make a site visit. App. at 199, 206; Kirk Dep. 25:16-21; Evans Dep. 70:16-25. Nevertheless, Grot elected not to visit the site prior to submitting a bid. App. at 204; Grot Dep, 36:15-18.**