**121. [P] ~~Mr. McCauley's affidavit also confirms that at the time Grot was terminated by the VA, Grot, through Siemens, was providing adequate fire alarm protection for buildings 1, 2, 3, 24 and 29. Pl. Supp. App. at 254, ¶ 6.~~**

**Objection [D]:** Defendant objects because this contention does not constitute a factual contention but Grot's opinion. Additionally object to the term "adequate fire alarm protection" as being vague.

**122. [P] At the time of the construction of the Project by Grot, Mr. McCauley was a NICET Level III Certified Fire Alarm Technician. He is now a NICET Level IV Certified Fire Alarm Technician. ~~Mr. McCauley is fully competent to testify to the adequacy of the design of the system and to testify that the system as designed met the plans, specifications, drawings and system design requirements including compliance with NFPA 101 and 72. Pl. Supp. App. at 255, ¶ 8.~~**

**Objection [D]:** Defendant objects because the third sentence does not constitute a factual contention but Grot's legal conclusion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Franklin E. White, Jr.
FRANKLIN E. WHITE, JR.
Assistant Director

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624
Attorneys for Defendant

GROT, INCORPORATED

s/ Andrew J. Kilpatrick, Jr.
Andrew J. Kilpatrick, Jr. ID#656
Gore, Kilpatrick & Dambrino, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
akilpatrick@gorekilpatrick.com
Telephone: 601.957.1595
Facsimile: 601.957.1790

May 14, 2007

Counsel for Plaintiff