# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: August 7, 2007)

| | |
|---|---|
| GROT, INCORPORATED, *Plaintiff,* | * * * |
| v. | * * |
| THE UNITED STATES OF AMERICA, *Defendant.* | * * |

## ORDER

The Court intends to schedule Oral Argument on the Defendant's Motion for Summary Judgment during the month of September 2007. Accordingly, it is ORDERED that the parties agree upon three dates in September and **notify the Court**'s Judicial Assistant, Denise Lawson, at (202) 357-6500, **of the proposed Oral Argument dates no later than August 23, 2007**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Counsel for the Plaintiff may participate by phone. **Please advise Ms. Lawson of your preference at the time the Oral Argument is scheduled.** Counsel for the United States must appear in person.

**IT IS SO ORDERED.**

/s/ Judge Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge