# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: August 20, 2007)

*****************************************************

GROT, INCORPORATED, *Plaintiff,*

v.

THE UNITED STATES OF AMERICA, *Defendant.*

*****************************************************

## ORDER

This Order confirms **Oral Argument** is scheduled for **10:00 a.m., on Wednesday, September 19, 2007**. The Oral Argument will be held in the U.S. Court of Federal Claims courtroom at the National Courts Building, 717 Madison Place, N.W., Washington, D. C. 20005. Counsel for the Plaintiff and the United States shall appear in person.

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge