# In the United States Court of Federal Claims

Case No. 03-1951C
(Filed: September 20, 2007)

****************************************************
GROT, INCORPORATED, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

In response to issues that arose during oral argument on September 19, 2007, the Plaintiff is ordered to supply to the Court copies of the FAR provision upon which it bases its claim for an additional interest penalty from the Government and the proper calculation of that penalty. The Plaintiff is also ordered to provide the Court with copies of the contract provisions cited to on page 43 of its brief in response to the Government's motion for summary judgment. These documents are to be **filed with the Court no later than October 3, 2007.**

**IT IS SO ORDERED.**

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge