United States Court of Federal Claims
717 MADISON PLACE, N.W.
WASHINGTON, DC 20005

October 16, 2007

Andrew J. Kilpatrick, Jr., Esquire
Gore, Kilpatrick, et al.
400 Legacy Park Drive, Suite B
P.O. Drawer 2900
Ridgeland, MS 39158

In re: Grot, Inc. v. United States,
No. 03-1951C (consolidated)

Dear Mr. Kilpatrick:

I enclose herewith the 28 U.S.C. §2517 certified transcript of judgment, dated October 5, 2007, in the above-entitled case.

As to the procedure for obtaining payment of this judgment, see the enclosed Instruction Sheet.

Sincerely,

Debra L. Samler
Senior Case Manager

Enclosures

cc: Joan M. Stentiford, Esquire
Department of Justice