ORIGINAL

FILED
NOV 3 0 2007
U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1951C (Consolidated)
(Judge Baskir)

| | | |
|---|---|---|
| GROT, INCORPORATED, | ) | |
| Plaintiff, | ) | |
| v. | ) | Notice of Appeal |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

Notice is hereby given that Grot, Incorporated, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final Judgment as to cause numbers 03-19510, 03-19511, 03-19513, 03-19514, 03-19515 and 03-19516 entered in this action on October 5, 2007.

Respectfully submitted,

GROT, INCORPORATED

Andrew J. Kilpatrick, Jr. ID#656
Gore, Kilpatrick & Dambrino, PLLC
Post Office Drawer 2900
Ridgeland, Mississippi 39158
akilpatrick@gorekilpatrick.com
Telephone: 601.957.1595
Facsimile: 601.957.1790

November 29, 2007

Counsel for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on this the 29th day of November, 2007, I caused to be served by United State Mail, postage prepaid, a true and correct copy of Plaintiff's Notice of Appeal to:

Joan M. Stentiford
Commercial Litigation Branch
Civil Division
United States Department of Justice
Classification Unit
Room 12038
1100 L Street, N.W.
Washington, DC 20530

This 29th day of November, 2007.

Andrew J. Kilpatrick, Jr.